**Form 4.      Appeal Information Sheet**

FEDERAL CIRCUIT APPEAL INFORMATION SHEET

__✔__  United States District Court for the _____ SOUTHERN DISTRICT OF FLORIDA

_____  United States Court of International Trade

_____  United States Court of Federal Claims

_____  United States Court of Appeals for Veterans Claims

Type of case: _____ 15:1125 Trademark Infringement (Lanham Act) _____

BPI SPORTS, LLC                              THERMOLIFE INTERNATIONAL LLC, ET AL

_____  v.  _____

(List all parties.  Use an asterisk to indicate dismissed or withdrawn parties.  Use a separate sheet if needed.  Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. _____ 19-CV-60505-RS          Date of Judgment or Order _____ 02/14/2023

Cross or related appeal? _____ NO          Date of Notice of Appeal _____ 03/10/2023

Appellant is: _____ Plaintiff  __✔__ Defendant  _____ Other (explain) _____

FEES:  Court of Appeals docket fee paid?  __✔__ Yes  _____ No

    U.S. Appeal?  _____ Yes  __✔__ No

    In forma pauperis?  _____ Yes  __✔__ No

Is this matter under seal?  _____ Yes  __✔__ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party.  Indicate party represented.  Use separate sheet if needed.)

| | |
|---|---|
| (Plaintiff) GREGORY LOYDE HILLYER | (Defense) EDWARD MAURICE MULLINS |
| 2525 PONCE DE LEON BLVD, 4TH F( | 1001 BRICKELL BAY DRIVE, SUITE 900 |
| CORAL GABLES, FL 33134 | MIAMI, FL 33131-2847 |
| 305-428-5077 | 786-747-0200 |

COURT REPORTER: (Name and telephone): _____ ELLEN RASSIE _____

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum.  Forward together with a copy of the notice of appeal and certified docket entries.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:19-cv-60505-SMITH

| | |
|---|---|
| BPI SPORTS, LLC, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| THERMOLIFE INTERNATIONAL, LLC, | ) |
| MUSCLE BEACH NUTRITION, LLC, | ) |
| and | ) |
| RONALD L. KRAMER, | ) |
| | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

### NOTICE OF APPEAL TO THE FEDERAL CIRCUIT

Notice is hereby given that Defendants ThermoLife International, LLC, Muscle Beach

Nutrition, LLC, and Ronald L. Kramer appeal to the U.S. Court of Appeals for the Federal Circuit

this Court's Order Denying Defendants' Motion for Relief Under Rule 60(b), ECF No. 438 (Feb.

14, 2023).

Respectfully submitted,

*/s/ Edward M. Mullins*
Edward M. Mullins (FBN 863920)
Reed Smith LLP
200 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Telephone: 786-747-0200
Facsimile: 786-747-0299
Email: emullins@reedsmith.com

-and-

Matthew J. Dowd (*pro hac vice*)
Robert J. Scheffel (*pro hac vice*)
Anthony H. Son (*pro hac vice*)
Dowd Scheffel PLLC
1717 Pennsylvania Avenue NW
Suite 1025
Washington, D.C. 20006
Tel: (202) 559-9175
mdowd@dowdscheffel.com
rscheffel@dowdscheffel.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

<em><u>By: /s/ Edward M. Mullins</u></em><br>Edward M. Mullins, Esq.

AOV,APPEAL,CLOSED,MEDIATION,REF_PTN

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:19-cv-60505-RS
## Internal Use Only

BPI Sports, LLC v. ThermoLife International LLC et al
Assigned to: Judge Rodney Smith
Referred to: Magistrate Judge Alicia O. Valle
Case in other court:  USCA Federal Circuit, 23-01068
                      USCA Federal Circuit, 23-01112
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 02/26/2019
Date Terminated: 02/10/2022
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**BPI Sports, LLC**                    represented by **Clinton Sawyer Payne**
                                       Hinshaw & Culbertson, LLP
                                       2525 Ponce de Leon Boulevard
                                       4th Floor
                                       Coral Gables, FL 33134
                                       305-428-5077
                                       Fax: 305-577-1063
                                       Email: cpayne@hinshawlaw.com
                                       *ATTORNEY TO BE NOTICED*

                                       **Gregory Loyde Hillyer**
                                       Feldman Gale PA
                                       One Biscayne Tower 30th Floor
                                       2 S Biscayne Boulevard
                                       Miami, FL 33131
                                       202-600-1246
                                       Fax: 202-686-2877
                                       Email: ghillyer@hillyerlegal.com
                                       *ATTORNEY TO BE NOTICED*

**Javier Sobrado**
The Brickell IP Group
1101 Brickell Ave.
South Tower
Suite 800
Miami, FL 33131
305-728-8831
Email: JSobrado@BrickellIP.com
*ATTORNEY TO BE NOTICED*


**Philip C. Ducker**
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
415-696-5644
Email: pcducker@mintz.com
*TERMINATED: 04/29/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Salvatore Hazard Fasulo**
Krinzman Huss Lubetsky Feldman & Hotte
800 Brickell Avenue, Suite 1501
Miami, FL 33131
305-854-9700
Fax: 305-854-0508
Email: shf@khllaw.com
*ATTORNEY TO BE NOTICED*


**Stephen J. Akerley**
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC
44 Montgomery Street
36th Floor
San Francisco, CA 94104
415-696-5644
Email: sakerley@mintz.com
*TERMINATED: 04/29/2019*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Cary Alan Lubetsky**
Krinzman Huss Lubetsky
169 E. Flagler Street
Suite 500
Miami, FL 33131
305-854-9700
Email: cal@khllaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ThermoLife International LLC**         represented by **Ana Maria Barton**
Reed Smith LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131
7867470200
Fax: 7867470299
Email: abarton@reedsmith.com
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Maurice Mullins**
Reed Smith LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131-2847
786-747-0200
Fax: 786-747-0299
Email: emullins@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie Jean Lott**
Lott & Fischer, PL
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134-1098
305-448-7089
Fax: 305 446-6191
Email: LJLott@lottfischer.com
*TERMINATED: 02/27/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ury Fischer**
Lott & Fischer
255 Aragon Avenue
Third Floor
Coral Gables, FL 33134
305-448-7089
Fax: 305-446-6191
Email: ufischer@lottfischer.com
*TERMINATED: 02/27/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony H. Son**
Dowd Scheffel PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
202-559-9175
Email: ason@dowdscheffel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cara Molly Rogers**
Kercsmar & Feltus PLLC
7150 E. Camelback Road, Suite 285
Scottsdale, AZ 85251
(480) 421-1001

Email: cmr@kflawaz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Hull**
Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, AZ 85251
Email: ebh@kflawaz.com
*TERMINATED: 08/30/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory B. Collins**
Kercsmar & Feltus PLLC
7150 E. Camelback Road, Suite 285
Scottsdale, AZ 85251
480-421-1001
Email: gbc@kflawaz.com
*TERMINATED: 08/30/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Dowd**
Dowd Scheffel PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
202-559-9175
Email: mdowd@dowdscheffel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Scheffel**
Dowd Scheffel PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
202-559-9175
Email: rscheffel@dowdscheffel.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald L. Kramer**                          represented by **Ana Maria Barton**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Maurice Mullins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie Jean Lott**
(See above for address)
*TERMINATED: 02/27/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ury Fischer**
(See above for address)
*TERMINATED: 02/27/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony H. Son**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cara Molly Rogers**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric B. Hull**
(See above for address)
*TERMINATED: 08/30/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory B. Collins**
(See above for address)
*TERMINATED: 08/30/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Dowd**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Scheffel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Muscle Beach Nutrition LLC**                     represented by    **Ana Maria Barton**
1811 Ocean Front Walk                                               (See above for address)
Venice, CA 90291                                                    *TERMINATED: 10/11/2022*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Anthony H. Son**
                                                                    (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Edward Maurice Mullins**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Eric B. Hull**
(See above for address)
*TERMINATED: 08/30/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew J. Dowd**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Scheffel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2019 | 1 | COMPLAINT against Ronald L. Kramer, ThermoLife International LLC. Filing fees $ 400.00 receipt number 113C-11425120, filed by BPI Sports, LLC.(Lubetsky, Cary) (Entered: 02/26/2019) |
| 02/26/2019 | 2 | Clerks Notice of Judge Assignment to Judge Federico A. Moreno.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Barry S. Seltzer is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (jao) (Entered: 02/26/2019) |
| 02/26/2019 | 3 | Summons Issued as to Ronald L. Kramer, ThermoLife International LLC. (jao) (Entered: 02/26/2019) |
| 02/26/2019 | 4 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (Attachments: # 1 Supplement Complaint and Exhibits) (jao) (Entered: 02/26/2019) |
| 02/26/2019 | 5 | NOTICE of Attorney Appearance by Salvatore Hazard Fasulo on behalf of BPI Sports, LLC. Attorney Salvatore Hazard Fasulo added to party BPI Sports, LLC(pty:pla). (Fasulo, Salvatore) (Entered: 02/26/2019) |

| 03/01/2019 | 6 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Stephen J. Akerley and Philip C. Ducker. Filing Fee $ 150.00 Receipt # 113C-11436595 by BPI Sports, LLC. Responses due by 3/15/2019 (Attachments: # 1 Certification Stephen J. Akerley, # 2 Certification Philip C. Ducker, # 3 Text of Proposed Order)(Lubetsky, Cary) (Entered: 03/01/2019) |
| 03/01/2019 | 🔒 | (Court only) ***Attorney Stephen J. Akerley, Philip C. Ducker for BPI Sports, LLC added (pt) (Entered: 03/01/2019) |
| 03/01/2019 | 🔒 | (Court only) ***Clerk's Notice of Noncompliance with LR 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys as follows: Local counsel did not consent to electronically serve all documents and things that may be served electronically or consent to serving documents in compliance with the CM/ECF Administrative Procedures. (sample motion can be found on the Courts website); Re 6 Motion to Appear Pro Hac Vice, (pt) (Entered: 03/01/2019) |
| 03/01/2019 | 7 | Corporate Disclosure Statement by BPI Sports, LLC (Fasulo, Salvatore) (Entered: 03/01/2019) |
| 03/06/2019 | 8 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by BPI Sports, LLC. ThermoLife International LLC served on 2/28/2019, answer due 3/21/2019. (Fasulo, Salvatore) (Entered: 03/06/2019) |
| 03/06/2019 | 9 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by BPI Sports, LLC. Ronald L. Kramer served on 2/28/2019, answer due 3/21/2019. (Fasulo, Salvatore) (Entered: 03/06/2019) |
| 03/15/2019 | 10 | WAIVER OF SERVICE Returned Executed by BPI Sports, LLC. Ronald L. Kramer waiver sent on 3/14/2019, answer due 5/13/2019; ThermoLife International LLC waiver sent on 3/14/2019, answer due 5/13/2019. (Fasulo, Salvatore) (Entered: 03/15/2019) |
| 03/18/2019 | 11 | ORDER granting 6 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Stephen J. Akerley and Philip C. Ducker. Signed by Judge Federico A. Moreno on 3/15/2019. *See attached document for full details.* (ap00) (Entered: 03/18/2019) |
| 04/19/2019 | 12 | AMENDED COMPLAINT against All Defendants, filed by BPI Sports, LLC.(Fasulo, Salvatore) (Entered: 04/19/2019) |
| 04/23/2019 | 13 | STIPULATED MOTION for Substitution of Counsel. Substituting Gregory L. Hillyer for Stephen J. Akerley, Phillip C. Ducker by BPI Sports, LLC. Attorney Gregory Loyde Hillyer added to party BPI Sports, LLC(pty:pla). Responses due by 5/7/2019 (Attachments: # 1 Text of Proposed Order)(Hillyer, Gregory) (Entered: 04/23/2019) |
| 04/29/2019 | 14 | PAPERLESS ORDER granting 13 Motion for Substitution of Counsel. Gregory L. Hillyer of Hillyer Legal, PLLC shall be admitted as counsel of record for BPI and substituted for Stephen J. Akerley and Phillip C. Ducker of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. who shall be withdrawn as counsel of record. The Clerk of the Court shall provide electronic notices of all filings on this docket to Gregory L. Hillyer at the email address: ghillyer@hillyerlegal.com. Signed by Judge Federico A. Moreno on 4/29/2019. (ap00) (Entered: 04/29/2019) |

| | | |
|---|---|---|
| 05/03/2019 | 15 | NOTICE by BPI Sports, LLC re 12 Amended Complaint *Response Deadline* (Fasulo, Salvatore) (Entered: 05/03/2019) |
| 05/17/2019 | 16 | MOTION TO DISMISS 12 Amended Complaint FOR FAILURE TO STATE A CLAIM *or in the alternative*, MOTION to Change Venue *to Transfer to the District of Arizona* by Ronald L. Kramer, ThermoLife International LLC. Attorney Ury Fischer added to party Ronald L. Kramer(pty:dft), Attorney Ury Fischer added to party ThermoLife International LLC(pty:dft). Responses due by 5/31/2019 (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Fischer, Ury) (Entered: 05/17/2019) |
| 05/17/2019 | 17 | Corporate Disclosure Statement by ThermoLife International LLC (Fischer, Ury) (Entered: 05/17/2019) |
| 05/30/2019 | 18 | Unopposed Motion for Extension of Time to File Response/Reply/Answer as to 16 MOTION TO DISMISS 12 Amended Complaint FOR FAILURE TO STATE A CLAIM *or in the alternative* MOTION to Change Venue *to Transfer to the District of Arizona* by BPI Sports, LLC. Responses due by 6/13/2019 (Attachments: # 1 Text of Proposed Order) (Fasulo, Salvatore) Modified Relief on 5/30/2019 (ls). (Entered: 05/30/2019) |
| 05/30/2019 | 19 | Clerks Notice to Filer re 18 MOTION for Extension of Time to File Response to Motion to Dismiss re 16 MOTION TO DISMISS 12 Amended Complaint FOR FAILURE TO STATE A CLAIM *or in the alternative* MOTION to Change Venue *to Transfer to the District of Arizon.* **Wrong Motion Relief(s) Selected**; *ERROR - The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (ls) (Entered: 05/30/2019)* |
| 05/31/2019 | 20 | PAPERLESS ORDER Granting 18 Motion for Enlargement of Time to Respond. Response to motion must be filed no later than June 7, 2019. Signed by Judge Federico A. Moreno on 5/31/2019. (ap00) (Entered: 05/31/2019) |
| 06/04/2019 | 21 | NOTICE of Attorney Appearance by Clinton Sawyer Payne on behalf of BPI Sports, LLC. Attorney Clinton Sawyer Payne added to party BPI Sports, LLC(pty:pla). (Payne, Clinton) (Entered: 06/04/2019) |
| 06/07/2019 | 22 | MOTION Request for Judicial Notice by BPI Sports, LLC. (Attachments: # 1 Exhibit (1) Trademark Registrations, # 2 Exhibit (2) Trademark Complaint, # 3 Exhibit (3) Trademark Opposition, # 4 Exhibit (4) Website, # 5 Exhibit (5) Website, # 6 Exhibit (6) Court Order)(Hillyer, Gregory) (Entered: 06/07/2019) |
| 06/07/2019 | 23 | RESPONSE in Opposition re 16 MOTION TO DISMISS 12 Amended Complaint FOR FAILURE TO STATE A CLAIM *or in the alternative* MOTION to Change Venue *to Transfer to the District of Arizona* filed by BPI Sports, LLC. Replies due by 6/14/2019. (Hillyer, Gregory) (Entered: 06/07/2019) |
| 06/11/2019 | 24 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 23 Response in Opposition to Motion, *[Defendants' Motion to Dismiss the Amended Complaint]* by Ronald L. Kramer, ThermoLife International LLC. Attorney Leslie Jean Lott added to party Ronald L. Kramer(pty:dft), Attorney Leslie Jean Lott added to party ThermoLife International LLC(pty:dft). (Attachments: # 1 Text of Proposed Order Proposed Order Granting Extension) (Lott, Leslie) (Entered: 06/11/2019) |

| 06/13/2019 | 25 | PAPERLESS ORDER Granting 24 Motion for Extension of Time to Reply to BPI's Response in Opposition to Thermolife's Motion to Dismiss. Reply must be filed no later than June 21, 2019. Signed by Judge Federico A. Moreno on 6/13/2019. (ap00) (Entered: 06/13/2019) |
| 06/17/2019 | 26 | Order of Reassignment to District Judge Rodney Smith. Judge Federico A. Moreno no longer assigned to case. Signed by Judge Federico A. Moreno on 6/17/2019. *See attached document for full details.* (ap00) (Entered: 06/17/2019) |
| 06/17/2019 | 27 | ORDER OF REASSIGNMENT. Signed by Judge Federico A. Moreno on 6/17/2019. *See attached document for full details.* (yar) (Entered: 06/18/2019) |
| 06/17/2019 | 28 | ORDER OF REASSIGNMENT. Signed by Judge Federico A. Moreno on 6/17/2019. *See attached document for full details.* (yar) (Entered: 06/18/2019) |
| 06/21/2019 | 29 | MOTION for Leave to File Excess Pages *for Reply in Support of Motion to Dismiss* by Ronald L. Kramer, ThermoLife International LLC. (Lott, Leslie) (Entered: 06/21/2019) |
| 06/21/2019 | 30 | REPLY to Response to Motion re 16 MOTION TO DISMISS 12 Amended Complaint FOR FAILURE TO STATE A CLAIM *or in the alternative* MOTION to Change Venue *to Transfer to the District of Arizona* filed by Ronald L. Kramer, ThermoLife International LLC. (Attachments: # 1 Exhibit 1 - Abstract of Study, # 2 Exhibit 2 - Arizona Certificate of Good Standing)(Lott, Leslie) (Entered: 06/21/2019) |
| 06/21/2019 | 31 | PAPERLESS ORDER GRANTING Defendants' Motion for Leave to File Excess Pages [DE 29]. Defendants' Reply shall not exceed 15 pages. Signed by Judge Rodney Smith on 6/21/2019. (lbn) (Entered: 06/21/2019) |
| 07/11/2019 | 32 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Cara Molly Rogers. Filing Fee $ 75.00 Receipt # 113C-11803477 by Ronald L. Kramer, ThermoLife International LLC. Responses due by 7/25/2019 (Attachments: # 1 Certification Certification of Cara Molly Rogers, # 2 Text of Proposed Order)(Fischer, Ury) (Entered: 07/11/2019) |
| 07/11/2019 | 🔒 | (Court only) ***Attorney Cara Molly Rogers for Ronald L. Kramer, Cara Molly Rogers for ThermoLife International LLC added (pt) (Entered: 07/11/2019) |
| 07/11/2019 | 🔒 | (Court only) ***Clerk's Notice of Compliance with LR 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys re 32 Motion to Appear Pro Hac Vice, (pt) (Entered: 07/11/2019) |
| 07/12/2019 | 33 | ORDER ON MOTION TO APPEAR PRO HAC VICE, granting 32 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Cara Molly Rogers. Signed by Judge Rodney Smith on 7/12/2019. *See attached document for full details.* (pcs) (Entered: 07/15/2019) |
| 11/05/2019 | 34 | ORDER REQUIRING JOINT STATUS REPORT, ( Status Report due by 11/13/2019.) Signed by Judge Rodney Smith on 11/5/2019. *See attached document for full details.* (jao) (Entered: 11/05/2019) |
| 11/13/2019 | 35 | STATUS REPORT *JOINT* by BPI Sports, LLC (Hillyer, Gregory) (Entered: 11/13/2019) |

| | | |
|---|---|---|
| 11/19/2019 | 36 | Notice of Supplemental Authority by BPI Sports, LLC (Attachments: # 1 Exhibit Order in Arizona Litigation Granting Motion to Dismiss) (Hillyer, Gregory) (Entered: 11/19/2019) |
| 01/09/2020 | 37 | ORDER granting in part and denying in part 16 Motion to Dismiss for Failure to State a Claim( Amended Complaint due by 1/22/2020.); granting in part and denying in part 16 Motion to Change Venue; granting in part and denying in part 22 Motion Request for Judicial Notice. Defendants shall move to dismiss or respond to the second amended complaint no later than February 5, 2020. If a motion to dismiss is filed, Plaintiff shall respond no later than February 19, 2020. Any reply shall be filed no later than February 26, 2020. Signed by Judge Rodney Smith on 1/8/2020. *See attached document for full details.* (jao) (Entered: 01/09/2020) |
| 01/09/2020 | | Set Answer Due Deadline: Ronald L. Kramer response due 2/5/2020; ThermoLife International LLC response due 2/5/2020 per Order on DE 37 (jao) (Entered: 01/09/2020) |
| 01/09/2020 | 38 | ORDER SETTING CIVIL TRIAL DATE, PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE: ( Jury Trial set for 12/7/2020 before Judge Rodney Smith., Calendar Call set for 12/1/2020 09:00 AM before Judge Rodney Smith., Amended Pleadings due by 1/22/2020., Expert Discovery due by 7/8/2020., Fact Discovery due by 7/8/2020., Joinder of Parties due by 1/22/2020., Mediation Deadline 7/23/2020., In Limine Motions due by 10/9/2020., Dispositive Motions due by 8/10/2020., Motions due by 10/9/2020., Pretrial Stipulation due by 11/10/2020.) Signed by Judge Rodney Smith on 1/8/2020. *See attached document for full details.* (jao)<br><br>**Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 01/09/2020) |
| 01/09/2020 | 39 | ORDER OF REFERRAL TO MEDIATION (Mediation Deadline 7/23/2020.) Signed by Judge Rodney Smith on 1/8/2020. *See attached document for full details.* (jao) (Entered: 01/09/2020) |
| 01/22/2020 | 40 | NOTICE by BPI Sports, LLC *of Non-Amendment to Amended Complaint* (Hillyer, Gregory) (Entered: 01/22/2020) |
| 02/05/2020 | 41 | *Defendants'* ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by Ronald L. Kramer, ThermoLife International LLC. (Fischer, Ury) (Entered: 02/05/2020) |
| 02/18/2020 | 42 | Plaintiff's MOTION to Strike 41 Answer to Amended Complaint by BPI Sports, LLC. Responses due by 3/3/2020 (Lubetsky, Cary) (Entered: 02/18/2020) |
| 02/25/2020 | 43 | Defendant's STIPULATED MOTION for Substitution of Counsel. Substituting Edward M. Mullins and Ana M. Barton for Leslie Jean Lott and Ury Fischer by Ronald L. Kramer, ThermoLife International LLC. Attorney Edward Maurice Mullins added to party Ronald L. Kramer(pty:dft), Attorney Edward Maurice Mullins added to party ThermoLife International LLC(pty:dft). Responses due by 3/10/2020 (Attachments: # 1 Text of Proposed Order)(Mullins, Edward) (Entered: 02/25/2020) |
| 02/27/2020 | 44 | ORDER granting 43 Motion for Substitution of Counsel. Attorney added Ana Maria Barton for Ronald L. Kramer, Ana Maria Barton for ThermoLife International LLC. Attorney Ury Fischer and Leslie Jean Lott terminated. Signed by Judge |

| | | |
|---|---|---|
| | | Rodney Smith on 2/27/2020. *See attached document for full details.* (jbs) (Entered: 02/27/2020) |
| 02/28/2020 | 45 | Joint Motion for Extension of Time to Mediate Responses due by 3/13/2020 (Attachments: # 1 Text of Proposed Order) (Hillyer, Gregory) Modified Relief on 3/2/2020 (ls). (Entered: 02/28/2020) |
| 03/02/2020 | 46 | Clerks Notice to Filer re 45 Joint MOTION for Extension of Time to Finalize Schedule for Mediation . **Wrong Motion Relief(s) Selected**; ERROR - The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (ls) (Entered: 03/02/2020) |
| 03/02/2020 | 47 | PAPERLESS ORDER GRANTING 45 Motion for Extension of Time to Finalize Schedule for Mediation. The Parties shall have a one week extension up to March 6, 2020, to supply the additional scheduling information required by the Court's Scheduling Order Setting Civil Trial Deadlines [DE 38]. Signed by Judge Rodney Smith on 3/2/2020. (lbn) (Entered: 03/02/2020) |
| 03/03/2020 | 48 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 42 Plaintiff's MOTION to Strike 41 Answer to Amended Complaint by Ronald L. Kramer, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order)(Mullins, Edward) (Entered: 03/03/2020) |
| 03/03/2020 | 49 | PAPERLESS ORDER GRANTING 48 Defendants' Unopposed Motion for Extension of Time to File Response to Motion to Strike. Defendants' response to BPI's Motion to Strike Affirmative Defenses shall be filed no later than March 6, 2020. Signed by Judge Rodney Smith on 3/3/2020. (lbn) (Entered: 03/03/2020) |
| 03/06/2020 | 50 | NOTICE of Mediator Selection and Hearing. Selected/Added Jeffrey Grubman, Esq. as Mediator. Mediation Hearing set for 07/10/2020 at 10:00 a.m.. (Lubetsky, Cary) (Entered: 03/06/2020) |
| 03/06/2020 | 51 | NOTICE by Ronald L. Kramer, ThermoLife International LLC *of Filing Amended Answer with Consent* (Attachments: # 1 Exhibit) (Mullins, Edward) (Entered: 03/06/2020) |
| 03/06/2020 | 52 | PAPERLESS ORDER REGARDING NOTICE OF AMENDMENT [DE 51]: Defendants ThermoLife International, LLC and Ronald L. Kramer shall re-file their Amended Answer as a separate document. Signed by Judge Rodney Smith on 3/6/2020. (lbn) (Entered: 03/06/2020) |
| 03/06/2020 | 53 | *Amended* ANSWER and Affirmative Defenses to Complaint with Jury Demand by Ronald L. Kramer, ThermoLife International LLC. (Mullins, Edward) (Entered: 03/06/2020) |
| 03/11/2020 | 54 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Gregory Collins. Filing Fee $ 200.00 Receipt # AFLSDC-12588218 by Ronald L. Kramer, ThermoLife International LLC. Responses due by 3/25/2020 (Attachments: # 1 Text of Proposed Order)(Mullins, Edward) (Entered: 03/11/2020) |

| | | |
|---|---|---|
| 03/12/2020 | 🔒 | (Court only) ***Attorney Gregory B. Collins for Ronald L. Kramer, Gregory B. Collins for ThermoLife International LLC added (cco) (Entered: 03/12/2020) |
| 03/12/2020 | 🔒 | (Court only) ***Clerk's Notice of Compliance with LR 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys re 54 Motion to Appear Pro Hac Vice, (cco) (Entered: 03/12/2020) |
| 03/16/2020 | 55 | PAPERLESS ORDER DENYING AS MOOT 42 Plaintiff's Motion to Strike Answer and Affirmative Defenses. (See DE 53.) Signed by Judge Rodney Smith on 3/16/2020. (lbn) (Entered: 03/16/2020) |
| 03/16/2020 | 56 | PAPERLESS ORDER GRANTING 54 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Gregory Collins, who appears as counsel for Defendants, ThermoLife International, LLC and Ronald L. Kramer. The Clerk shall permit Gregory Collins to receive Notices of Electronic Filing at gbc@kflawaz.com. Signed by Judge Rodney Smith on 3/16/2020. (lbn) (Entered: 03/16/2020) |
| 03/17/2020 | 57 | Joint MOTION for Extension of Time All Deadlines and For New Trial Date re 38 Scheduling Order,,,, Order Referring Case to Magistrate Judge,,, by BPI Sports, LLC. Responses due by 3/31/2020 (Attachments: # 1 Text of Proposed Order) (Hillyer, Gregory) (Entered: 03/17/2020) |
| 03/18/2020 | 58 | PAPERLESS ORDER DENYING 57 Joint Motion for Extension of Time. COVID-19 alone is not a sufficient basis for extension of pretrial deadlines or the trial date. In today's highly technological world, restrictions on movement and in-person interactions do not automatically preclude the parties from litigating their case. For depositions, for example, as needed, the parties shall utilize video conferencing or other remote means. If the parties are unable to do so for particular depositions, the parties may file a motion with the Court seeking relief. The motion must be signed by both parties, outline the obstacles faced by counsel, and detail the diligent efforts undertaken to comply with this Order or reasons compliance is difficult. Thus, absent a showing of hardship, through a sworn affidavit or declaration, no extensions will be granted. If official Court policies change in light of COVID-19 then the parties may refile their motion. Signed by Judge Rodney Smith on 3/18/2020. (lbn) (Entered: 03/18/2020) |
| 03/23/2020 | 59 | MOTION to Strike 53 Answer to Complaint by BPI Sports, LLC. Responses due by 4/6/2020 (Lubetsky, Cary) (Entered: 03/23/2020) |
| 03/26/2020 | 60 | Joint MOTION for Protective Order *Governing Confidential Information* by BPI Sports, LLC. (Attachments: # 1 Text of Proposed Order)(Hillyer, Gregory) (Entered: 03/26/2020) |
| 03/26/2020 | 61 | STIPULATED PROTECTIVE ORDER. Signed by Magistrate Judge Alicia O. Valle on 3/26/2020. *See attached document for full details.* (sr00) (Entered: 03/26/2020) |
| 03/27/2020 | 62 | MOTION to Compel *Discovery From Defendants* by BPI Sports, LLC. Responses due by 4/10/2020 (Attachments: # 1 Exhibit (1) Corporate Document, # 2 Exhibit (2) BPI Discovery, # 3 Exhibit (3) Defendants Responses, # 4 Errata (4) LR 26.1 Disclosures, # 5 Exhibit (5) Meet and Confer Letter)(Hillyer, Gregory) (Entered: 03/27/2020) |

| | | |
|---|---|---|
| 03/27/2020 | 63 | NOTICE OF DISCOVERY PROCEDURES. Judge Valle's discovery procedures are set forth at http://www.flsd.uscourts.gov/content/judge-alicia-o-valle. Specifically, discovery motions are handled on an expedited briefing schedule and with a shortened page limitation. The parties shall file responses to discovery motions no later than seven (7) days after a motion is filed. These deadlines are inclusive of the mailing days allotted by the Federal and Local Rules. Contrary deadlines that may appear on the Court's docket or on reports generated by CM/ECF cannot modify these procedures. Any discovery motion and response, including the incorporated memorandum of law, shall not exceed ten (10) double-spaced pages, using 12-point font. Reply memoranda, if permitted by the Court, shall not exceed five (5) double-spaced pages. Accordingly, Defendant's response to 62 Plaintiff BPI Sports, LLCs Motion to Compel is due by **April 3, 2020**. Signed by Magistrate Judge Alicia O. Valle on 3/27/2020. (sr00) (Entered: 03/27/2020) |
| 03/31/2020 | 64 | MOTION to Amend/Correct 12 Amended Complaint by BPI Sports, LLC. Responses due by 4/14/2020 (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Exhibit Second Amended Complaint (redline), # 3 Exhibit Subpoena to Muscle Beach Nutrition, # 4 Exhibit Objections to Subpoena, # 5 Exhibit Meet and Confer Emails, # 6 Exhibit Marking Website, # 7 Exhibit Marking Website)(Hillyer, Gregory) (Entered: 03/31/2020) |
| 04/03/2020 | 65 | RESPONSE in Opposition re 62 MOTION to Compel *Discovery From Defendants* filed by Ronald L. Kramer, ThermoLife International LLC. Replies due by 4/10/2020. (Attachments: # 1 Exhibit 1 - Declaration of Greg Collins) (Mullins, Edward) (Entered: 04/03/2020) |
| 04/06/2020 | 66 | RESPONSE in Opposition re 59 MOTION to Strike 53 Answer to Complaint filed by ThermoLife International LLC. Replies due by 4/13/2020. (Mullins, Edward) (Entered: 04/06/2020) |
| 04/13/2020 | 67 | REPLY to 66 Response in Opposition to Motion *to Strike Amended Affirmative Defenses and Supporting Memorandum of Law* by BPI Sports, LLC. (Lubetsky, Cary) (Entered: 04/13/2020) |
| 04/14/2020 | 68 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 64 MOTION to Amend/Correct 12 Amended Complaint by Ronald L. Kramer, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order) (Barton, Ana) (Entered: 04/14/2020) |
| 04/15/2020 | 69 | RESPONSE in Opposition re 64 MOTION to Amend/Correct 12 Amended Complaint filed by Ronald L. Kramer, ThermoLife International LLC. Replies due by 4/22/2020. (Attachments: # 1 Exhibit 1 - Declaration of Greg Collins) (Mullins, Edward) (Entered: 04/15/2020) |
| 04/17/2020 | 70 | PAPERLESS ORDER DENYING AS MOOT 68 Motion for Extension of Time to File Response. (See DE 69.) Signed by Judge Rodney Smith on 4/17/2020. (lbn) (Entered: 04/17/2020) |
| 04/20/2020 | 71 | Defendant's EXPEDITED MOTION for Leave to Supplement its Opposition to Plaintiff's Motion to Compel by Ronald L. Kramer, ThermoLife International LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Mullins, Edward) (Entered: 04/20/2020) |
| 04/20/2020 | 72 | PAPERLESS ORDER requiring Joint Status Report and granting 71 Defendants' Expedited Motion for Leave to Supplement its Opposition to Plaintiff's Motion to Compel ("Expedited Motion to Supplement"). In 65 Defendants' |

| | | |
|---|---|---|
| | | Response to 62 Plaintiff's Motion to Compel (the "Motion"), Defendants dispute Plaintiff's representation regarding a good faith conferral. *See* (ECF No. 65 at 6-7). Moreover, in 71 Defendants' Expedited Motion for Leave to Supplement, Defendants argue that Plaintiff's recent expert disclosure and response to RFP No. 12 further support Defendants' objections to the Motion. *See generally* (ECF No. 71). Accordingly, the parties are to meet and confer (conferral may be telephonic) to meaningfully discuss the issues raised in the Motion, Defendants' Response, and Defendants' Expedited Motion to Supplement, and attempt to resolve or narrow those issues. Conferral must involve a substantive give-and-take exchange with opposing counsel; just sending an email and demanding an immediate or near immediate response is insufficient. *Royal Bahamian Ass'n, Inc. v. QBE Ins. Corp.*, 744 F. Supp. 2d 1297, 1299 n.2 (S.D. Fla. 2010); *see also Trinos v. Quality Staffing Servs. Corp.*, 250 F.R.D. 696, 698 (S.D. Fla. 2008). By **April 24, 2020**, the parties are to file a Joint Status Report updating the Court on any unresolved issues. The Joint Status Report must set forth the following information: (i) the relief sought; (ii) the opposition to the relief; (iii) a brief summary of each partys position; and (iv) the result of the parties meet and confer. The parties shall e-mail the Joint Status Report, in Word format, to valle@flsd.uscourts.gov. The Joint Status Report shall follow the format set forth as Exhibit 1. Signed by Magistrate Judge Alicia O. Valle on 4/20/2020. (sr00) (Entered: 04/20/2020) |
| 04/21/2020 | 73 | SUPPLEMENT to 65 Response in Opposition to Motion, *to Compel [DE 62]* by Ronald L. Kramer, ThermoLife International LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mullins, Edward) (Entered: 04/21/2020) |
| 04/22/2020 | 74 | REPLY to Response to Motion re 64 MOTION to Amend/Correct 12 Amended Complaint filed by BPI Sports, LLC. (Attachments: # 1 Exhibit In Rem Complaint, # 2 Exhibit Email, # 3 Exhibit Interview, # 4 Exhibit Articles of Incorporation, # 5 Exhibit Board Reports, # 6 Exhibit TM Declaration Page, # 7 Exhibit ThermoLife TM, # 8 Exhibit Corporate Statement, # 9 Exhibit ThermoLife Building, # 10 Exhibit LinkedIn Page)(Hillyer, Gregory) (Entered: 04/22/2020) |
| 04/23/2020 | 75 | Joint MOTION for Extension of Time to Comply with Order DE 72 re 72 Order on Expedited Motion,,,,,,,,, by Ronald L. Kramer, ThermoLife International LLC. Responses due by 5/7/2020 (Attachments: # 1 Text of Proposed Order)(Barton, Ana) (Entered: 04/23/2020) |
| 04/23/2020 | 76 | PAPERLESS ORDER granting 75 Joint Motion for Extension of Time. Accordingly, the parties' Joint Status Report will be due on April 27, 2020. Signed by Magistrate Judge Alicia O. Valle on 4/23/2020. (sr00) (Entered: 04/23/2020) |
| 04/27/2020 | 77 | NOTICE by BPI Sports, LLC *of Filing of Joint Status Report* (Attachments: # 1 Exhibit Plaintiff's Exhibit A, # 2 Exhibit Defendants' Exhibits 1-5) (Hillyer, Gregory) (Entered: 04/27/2020) |
| 04/30/2020 | 78 | Notice of Supplemental Authority re 77 Notice (Other) *in Support of Joint Status Report* by Ronald L. Kramer, ThermoLife International LLC (Barton, Ana) (Entered: 04/30/2020) |
| 05/01/2020 | 79 | RESPONSE to Motion re 75 Joint MOTION for Extension of Time to Comply with Order DE 72 re 72 Order on Expedited Motion,,,,,,,, *Response to Notice of Filing Deposition Transcript* filed by BPI Sports, LLC. Replies due by 5/8/2020. (Attachments: # 1 Exhibit Plaintiff's Exhibit B, # 2 Exhibit Plaintiff's Exhibit C)(Hillyer, Gregory) (Entered: 05/01/2020) |

| | | |
|---|---|---|
| 05/04/2020 | [80](#) | REPLY to Response to Motion re [75](#) Joint MOTION for Extension of Time to Comply with Order DE 72 re [72](#) Order on Expedited Motion,,,,,,,, *REPLY IN SUPPORT OF NOTICE OF FILING DE 78* filed by Ronald L. Kramer, ThermoLife International LLC. (Attachments: # [1](#) Exhibit Exhibit 1, # [2](#) Exhibit Exhibit 2)(Barton, Ana) (Entered: 05/04/2020) |
| 05/12/2020 | [81](#) | MOTION for Summary Judgment by BPI Sports, LLC. Responses due by 5/26/2020 (Hillyer, Gregory) (Entered: 05/12/2020) |
| 05/12/2020 | [82](#) | Statement of: Material Facts by BPI Sports, LLC re [81](#) MOTION for Summary Judgment (Attachments: # [1](#) Exhibit Website, # [2](#) Exhibit Trademark, # [3](#) Exhibit Website, # [4](#) Exhibit 074 Patent, # [5](#) Exhibit Rexam Request, # [6](#) Exhibit Rexam Grant, # [7](#) Exhibit Rexam Request, # [8](#) Exhibit Reexam Grant, # [9](#) Exhibit Office Action, # [10](#) Exhibit Amendment, # [11](#) Exhibit Reexam Merger, # [12](#) Exhibit Office Action, # [13](#) Exhibit Amendment, # [14](#) Exhibit PTAB decision 1, # [15](#) Exhibit PTAB decision 2)(Hillyer, Gregory) (Entered: 05/12/2020) |
| 05/12/2020 | [83](#) | Statement of: Material Facts *(Exhibits 16-31)* by BPI Sports, LLC re [81](#) MOTION for Summary Judgment , [82](#) Statement,, (Attachments: # [1](#) Exhibit (16) CAFC Decision, # [2](#) Exhibit (17) CAFC Decision, # [3](#) Exhibit (18) CAFC Decision, # [4](#) Exhibit (19) CAFC Brief, # [5](#) Exhibit (20) Prior art, # [6](#) Exhibit (21) Prior art, # [7](#) Exhibit (22) Prior art, # [8](#) Exhibit (23) Prior art, # [9](#) Exhibit (24) Prior art, # [10](#) Exhibit (25) Website, # [11](#) Exhibit (26) Office Action, # [12](#) Exhibit (27) Judgment, # [13](#) Exhibit (28) Press Release, # [14](#) Exhibit (29) Press Release, # [15](#) Exhibit (30) Letters, # [16](#) Exhibit (31) Website)(Hillyer, Gregory) (Entered: 05/12/2020) |
| 05/22/2020 | [84](#) | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to [81](#) MOTION for Summary Judgment by Ronald L. Kramer, ThermoLife International LLC. (Attachments: # [1](#) Text of Proposed Order)(Mullins, Edward) (Entered: 05/22/2020) |
| 05/26/2020 | 85 | PAPERLESS ORDER GRANTING [DE 84] DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [DE 81]. Defendants' Response is due no later than June 16, 2020. Signed by Judge Rodney Smith on 5/26/2020. (lbn) (Entered: 05/26/2020) |
| 05/26/2020 | [86](#) | MOTION to Compel *Better Responses to Discovery* by Ronald L. Kramer, ThermoLife International LLC. Responses due by 6/9/2020 (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6)(Mullins, Edward) (Entered: 05/26/2020) |
| 05/26/2020 | [87](#) | Second MOTION to Compel *Discovery Responses* by BPI Sports, LLC. Responses due by 6/9/2020 (Attachments: # [1](#) Exhibit Rule 11 letter, # [2](#) Exhibit Rule 11 motion, # [3](#) Exhibit Response Letter, # [4](#) Exhibit Email, # [5](#) Exhibit BPI's Discovery, # [6](#) Exhibit Defendants Responses, # [7](#) Exhibit Local Rule 26.1 Document, # [8](#) Exhibit Meet and Confer Letter, # [9](#) Exhibit Deposition Transcript)(Hillyer, Gregory) (Entered: 05/26/2020) |
| 06/02/2020 | [88](#) | RESPONSE to Motion re [86](#) MOTION to Compel *Better Responses to Discovery* filed by BPI Sports, LLC. Replies due by 6/9/2020. (Hillyer, Gregory) (Entered: 06/02/2020) |

| | | |
|---|---|---|
| 06/02/2020 | 89 | RESPONSE in Opposition re 87 Second MOTION to Compel *Discovery Responses* filed by Ronald L. Kramer, ThermoLife International LLC. Replies due by 6/9/2020. (Barton, Ana) (Entered: 06/02/2020) |
| 06/03/2020 | 90 | ORDER Setting Telephonic Hearing on 62 Plaintiff's Motion to Compel, 86 Defendants' Motion to Compel, and 87 Plaintiff's Second Motion to Compel. Telephonic Motion Hearing set for 6/19/2020 at 10:00 AM in the Fort Lauderdale Division before Magistrate Judge Alicia O. Valle. Signed by Magistrate Judge Alicia O. Valle on 6/3/2020. *See attached document for full details.* (sr00) (Entered: 06/03/2020) |
| 06/03/2020 | 91 | ORDER granting 64 Motion to Amend/Correct. *Clerks Notice: Filer must separately re-file the amended pleading pursuant to Local Rule 15.1, unless otherwise ordered by the Judge.* Amended Complaint due by 6/10/2020. Signed by Judge Rodney Smith on 6/4/2020. *See attached document for full details.* (jas) (Entered: 06/04/2020) |
| 06/05/2020 | 92 | Second AMENDED COMPLAINT against Ronald L. Kramer, ThermoLife International LLC, Muscle Beach Nutrition LLC filed in response to Order Granting Motion for Leave, filed by BPI Sports, LLC.(Hillyer, Gregory) (Entered: 06/05/2020) |
| 06/05/2020 | 93 | NOTICE of Filing Proposed Summons(es) *to Muscle Beach Nutrition* by BPI Sports, LLC re 92 Amended Complaint filed by BPI Sports, LLC (Attachments: # 1 Exhibit Proposed Summons) (Hillyer, Gregory) (Entered: 06/05/2020) |
| 06/08/2020 | 94 | Summons Issued as to Muscle Beach Nutrition LLC. (pes) (Entered: 06/08/2020) |
| 06/10/2020 | 95 | NOTICE by BPI Sports, LLC re 92 Amended Complaint *Summons Return of Service* (Hillyer, Gregory) (Entered: 06/10/2020) |
| 06/10/2020 | 96 | Clerks Notice to Filer re 95 Notice (Other). **Wrong Event Selected**; CORRECTIVE ACTION REQUIRED - The Filer must refile the document using the Summons (Affidavit) Returned Executed event and ensure dates are entered. (pes) (Entered: 06/10/2020) |
| 06/10/2020 | 97 | SUMMONS (Affidavit) Returned Executed on 92 Amended Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by BPI Sports, LLC. Muscle Beach Nutrition LLC served on 6/9/2020, answer due 6/30/2020. (Hillyer, Gregory) (Entered: 06/10/2020) |
| 06/10/2020 | 98 | Defendant's EXPEDITED MOTION /Request for Telephonic Status Conference to Discuss Maintaining Current Pretrial Schedule by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Attorney Edward Maurice Mullins added to party Muscle Beach Nutrition LLC(pty:dft). (Mullins, Edward) (Entered: 06/10/2020) |
| 06/10/2020 | 99 | PAPERLESS ORDER: The Court has reviewed Defendants' Expedited Motion for Telephonic Status Conference [DE 98] and its certificate of conferral. It is ORDERED that no later than June 12, 2020, at noon, Plaintiff shall file a response addressing its opposition to the "contents" of the Expedited Motion. Signed by Judge Rodney Smith on 6/10/2020. (lbn) (Entered: 06/10/2020) |
| 06/12/2020 | 100 | RESPONSE in Opposition re 98 Defendant's EXPEDITED MOTION /Request for Telephonic Status Conference to |

| | | |
|---|---|---|
| | | Discuss Maintaining Current Pretrial Schedule filed by BPI Sports, LLC. Replies due by 6/19/2020. (Attachments: # 1 Exhibit Email Correspondence)(Hillyer, Gregory) (Entered: 06/12/2020) |
| 06/12/2020 | 101 | STRICKEN - NOTICE by BPI Sports, LLC re 90 Order Setting Hearing on Motion, *Filing of Joint Status Report* (Hillyer, Gregory) Modified to strike per DE 106 on 6/17/2020 (pes). (Entered: 06/12/2020) |
| 06/12/2020 | 102 | PAPERLESS ORDER: Defendants may file a reply to Plaintiff's Response to Expedited Request for Telephonic Status Conference [DE 100] no later than June 15, 2020. Signed by Judge Rodney Smith on 6/12/2020. (lbn) (Entered: 06/12/2020) |
| 06/15/2020 | 103 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 81 MOTION for Summary Judgment by Ronald L. Kramer, ThermoLife International LLC. (Mullins, Edward) (Entered: 06/15/2020) |
| 06/15/2020 | 104 | Defendant's REPLY to 100 Response in Opposition to Motion, *for Telephonic Status Conference to Discuss Mantaining Current Pretrial Schedule* by ThermoLife International LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mullins, Edward) (Entered: 06/15/2020) |
| 06/15/2020 | 105 | PAPERLESS ORDER GRANTING 103 Defendants' Motion for Extension of Time to File Response to BPI's Motion for Summary Judgment [DE 81]. Defendants shall file a response no later than June 19, 2020. Signed by Judge Rodney Smith on 6/15/2020. (lbn) (Entered: 06/15/2020) |
| 06/16/2020 | 106 | PAPERLESS ORDER STRIKING 101 Joint Status Report ("JSR"). Pursuant to this Court's order, the parties were required to meet and confer regarding the pending discovery motions and then file a Joint Status Report setting forth "a brief summary of each party's position" on any unresolved issues. *See* (ECF 90). The JSR is not designed to be a copy-and-paste duplication of the briefs; rather, the JSR should contain a succinct summary of each party's position. The current JSR is 140 pages long, is repetitive, and defeats the purpose of the JSR as an aid to the Court in streamlining the issues. *See* (ECF No 101). Accordingly, the 101 JSR is stricken. By **June 17, 2020 at 3:00 p.m.**, the parties shall file and separately e-mail a revised Joint Status Report, which is not to exceed 60-pages at 12 point font, that complies with these instructions. If helpful in summarizing the issues, the parties may group the requests by category/topic. Signed by Magistrate Judge Alicia O. Valle on 6/16/2020. (sr00) (Entered: 06/16/2020) |
| 06/16/2020 | 107 | PAPERLESS ORDER changing due date for revised Joint Status Report ("JSR") required by 106 . The revised JSR is due by **June 18, 2020 at 12:00 PM**. Signed by Magistrate Judge Alicia O. Valle on 6/16/2020. (sr00) (Entered: 06/16/2020) |
| 06/16/2020 | 108 | PAPERLESS ORDER DENYING [DE 98] DEFENDANTS' EXPEDITED MOTION FOR TELEPHONIC STATUS CONFERENCE ("Motion"). Plaintiff filed a response in opposition to the Motion [DE 100] and Defendants filed a Reply [DE 104]. Plaintiff filed a Second Amended Complaint [DE 92] on June 5, 2020, naming Muscle Beach Nutrition LLC ("Muscle Beach") as a defendant in this action. Muscle Beach was served on June 9, 2020. (See DE 97.) Under the Federal Rules of Civil Procedure, Muscle Beach can either default or appear in the case and defend. Further, consistent with the Rules, Plaintiff is entitled to discovery; Defendants cannot unilaterally limit Plaintiff's discovery rights. In sum, regardless of any indemnification agreement between Defendants, Defendants must comply with rules and law |

| | | |
|---|---|---|
| | | governing this action. The Motion is denied. Muscle Beach shall respond to the Second Amended Complaint no later than July 7, 2020. Signed by Judge Rodney Smith on 6/16/2020. (lbn) (Entered: 06/16/2020) |
| 06/16/2020 | 109 | PAPERLESS ORDER: The parties shall file a joint proposed amended scheduling order no later than July 14, 2020. Signed by Judge Rodney Smith on 6/16/2020. (lbn) (Entered: 06/16/2020) |
| 06/16/2020 | 🔒 | (Court only) ***Set/Reset Deadlines per DE 107 : Status Report due by 6/18/2020. (pes) (Entered: 06/17/2020) |
| 06/18/2020 | 110 | NOTICE by BPI Sports, LLC re 107 Order *Filing of Revised Joint Status Report* (Hillyer, Gregory) (Entered: 06/18/2020) |
| 06/18/2020 | 111 | NOTICE of Attorney Appearance by Javier Sobrado on behalf of BPI Sports, LLC. Attorney Javier Sobrado added to party BPI Sports, LLC(pty:pla). (Sobrado, Javier) (Entered: 06/18/2020) |
| 06/18/2020 | 112 | PAPERLESS NOTICE regarding Motion Hearing for June 19, 2020 at 10:00 A.M. Due to the COVID-19 pandemic the Motion Hearing will be held telephonically. Accordingly, shortly before the Hearing, all parties shall call (877) 848-7030 and, when prompted, enter Access Code 2004890 followed by # (tpl) (Entered: 06/18/2020) |
| 06/18/2020 | 113 | ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by Ronald L. Kramer, ThermoLife International LLC. (Barton, Ana) (Entered: 06/18/2020) |
| 06/19/2020 | 114 | RESPONSE in Opposition re 81 MOTION for Summary Judgment filed by Ronald L. Kramer, ThermoLife International LLC. Replies due by 6/26/2020. (Barton, Ana) (Entered: 06/19/2020) |
| 06/19/2020 | 115 | PAPERLESS ORDER granting in part and denying in part 62 Plaintiff's Motion to Compel, and 87 Plaintiff's Second Motion to Compel for the reasons stated on the record at the June 19, 2020 hearing. Accordingly, Defendants must produce amended responses to Plaintiff's Interrogatories and RFPs by July 1, 2020. To the extent any responsive documents contain privileged information, Defendants may assert the specific privilege being claimed and prepare an appropriate privilege log. *See McMullen v. GEICO Indem. Co.*, No. 14-CV-62467, 2015 WL 2226537, at *3 (S.D. Fla. May 13, 2015); *NIACCF, Inc. v. Cold Stone Creamery, Inc.*, No. 12-cv-20756, 2014 WL 4545918, *5 (S.D. Fla. Sept. 12, 2014) (discussing requirements of a proper privilege log). Finally, Plaintiff's request for attorney's fees in connection with the filing of the Motions is denied in that Defendants' position was substantially justified. *See* Fed. R. Civ. P. 37(a)(5)(A)(ii). Signed by Magistrate Judge Alicia O. Valle on 6/19/2020. (sr00) (Entered: 06/19/2020) |
| 06/19/2020 | 116 | PAPERLESS ORDER denying 86 Defendants' Motion to Compel for the reasons stated on the record of the June 19, 2020 hearing. The parties are to meet and confer to select appropriate terms to narrow the scope of the search for relevant documents in connection with RFP Nos. 8-11. Search terms must be selected by no later than Wednesday, June 24, 2020. Thereafter, Plaintiff must produce documents responsive to the search by July 2, 2020. Signed by Magistrate Judge Alicia O. Valle on 6/19/2020. (sr00) (Entered: 06/19/2020) |
| 06/19/2020 | 117 | Statement of: Material Facts by Ronald L. Kramer, ThermoLife International LLC re 114 Response in Opposition to Motion (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit |

| | | 7, # 8 Exhibit 8)(Barton, Ana) (Entered: 06/19/2020) |
|---|---|---|
| 06/19/2020 | 118 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Alicia O. Valle: Motion Hearing held on 6/19/2020 re 86 MOTION to Compel, 62 MOTION to Compel, 87 Second MOTION to Compel. Oral argument heard from both sides. Total time in court: 3 hour(s) : 15 minutes. (ATT Digital Audio Recording:AOV_01_6_19_2020) (tpl) (Entered: 06/22/2020) |
| 06/22/2020 | 119 | PAPERLESS ORDER denying as moot 59 Plaintiff's Motion to Strike 53 Defendants' Answer and Affirmative Defenses to Amended Complaint, based on Plaintiff's filing of 92 Second Amended Complaint. Signed by Magistrate Judge Alicia O. Valle on 6/22/2020. (sr00) (Entered: 06/22/2020) |
| 06/22/2020 | 120 | NOTICE of Change of Address by Javier Sobrado (Sobrado, Javier) (Entered: 06/22/2020) |
| 06/23/2020 | 121 | CLERK'S NOTICE - Attorney Admissions has not updated address and/or email information for attorney Javier Sobrado re 120 Notice of Change of Address. After filing a Notice of Change of Address, Attorney Javier Sobrado is instructed to go to their PACER account, Manage My Account, to complete the process of updating their information. (pt) (Entered: 06/23/2020) |
| 06/25/2020 | 122 | TRANSCRIPT of discovery hearing held on 6-19-2020 before Magistrate Judge Alicia O. Valle, 1-96 pages, Court Reporter: Dawn Savino, 305-523-5598 / Dawn_Savino@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/16/2020. Redacted Transcript Deadline set for 7/27/2020. Release of Transcript Restriction set for 9/23/2020. (Savino, Dawn) (Entered: 06/25/2020) |
| 06/25/2020 | 123 | Unopposed Motion for Extension of Time to File Response/Reply/Answer as to 114 Response in Opposition to Motion by BPI Sports, LLC. Responses due by 7/9/2020 (Attachments: # 1 Text of Proposed Order)(Hillyer, Gregory) Modified Relief on 6/26/2020 (ls). (Entered: 06/25/2020) |
| 06/26/2020 | 124 | Clerks Notice to Filer re 123 Unopposed MOTION for Extension of Time to file Reply in Support of Motion for Partial Summary Judgment re 114 Response in Opposition to Motion. **Wrong Motion Relief(s) Selected**; ERROR - The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (ls) (Entered: 06/26/2020) |
| 06/29/2020 | 125 | PAPERLESS ORDER GRANTING 123 Plaintiff's Motion for Extension of Time to File Reply to Defendants' Response in Opposition to Motion for Summary Judgment [DE 114]. Plaintiff's Reply is due no later than June 30, 2020. Signed by Judge Rodney Smith on 6/29/2020. (lbn) (Entered: 06/29/2020) |
| 06/30/2020 | 126 | REPLY to Response to Motion re 81 MOTION for Summary Judgment filed by BPI Sports, LLC. (Hillyer, Gregory) (Entered: 06/30/2020) |
| 06/30/2020 | 127 | Joint MOTION for Extension of Time for Parties to Comply with Orders Regarding Discovery Disputes (DE 115, 116, 118) re 116 Order on Motion to Compel,, 118 Motion Hearing, 115 Order on Motion to Compel,,,,,,,,,, by Ronald L. |

| | | |
|---|---|---|
| | | Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Attorney Ana Maria Barton added to party Muscle Beach Nutrition LLC(pty:dft). Responses due by 7/14/2020 (Attachments: # 1 Civil Cover Sheet)(Barton, Ana) (Entered: 06/30/2020) |
| 06/30/2020 | 128 | Statement of: Reply Statement of Facts by BPI Sports, LLC re 126 Reply to Response to Motion (Hillyer, Gregory) (Entered: 06/30/2020) |
| 06/30/2020 | 129 | NOTICE by BPI Sports, LLC re 109 Order *Proposed Amended Scheduling Order* (Attachments: # 1 Text of Proposed Order) (Hillyer, Gregory) (Entered: 06/30/2020) |
| 06/30/2020 | 130 | Plaintiff's MOTION to Strike 113 Answer to Amended Complaint by BPI Sports, LLC. Responses due by 7/14/2020 (Lubetsky, Cary) (Entered: 06/30/2020) |
| 06/30/2020 | 131 | AMENDED ORDER SETTING CIVIL TRIAL DATEAND PRETRIAL DEADLINES: Jury Trial set for 3/1/2021 before Judge Rodney Smith. Calendar Call set for 2/23/2021 09:00 AM before Judge Rodney Smith. Expert Discovery due by 10/30/2020. Fact Discovery due by 10/30/2020. Mediation Deadline 7/10/2020. In Limine Motions due by 1/8/2021. Dispositive Motions due by 11/13/2020. Motions due by 1/8/2021. Pretrial Stipulation due by 2/5/2021. Signed by Judge Rodney Smith on 6/30/2020. *See attached document for full details.* (yha)   **Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 06/30/2020) |
| 06/30/2020 | 132 | PAPERLESS ORDER granting 127 Joint Motion to Extend Time for Parties to Comply with 115 and 116 Court orders regarding discovery. Accordingly, the parties' discovery responses are due by **July 15, 2020**. Signed by Magistrate Judge Alicia O. Valle on 6/30/2020. (sr00) (Entered: 06/30/2020) |
| 07/03/2020 | 133 | MOTION for Extension of Time TO RESPOND TO SECOND AMENDED COMPLAINT re 108 Order on Expedited Motion,,,, 92 Amended Complaint by Muscle Beach Nutrition LLC. Responses due by 7/17/2020 (Attachments: # 1 Text of Proposed Order)(Barton, Ana) (Entered: 07/03/2020) |
| 07/03/2020 | 134 | PAPERLESS ORDER DENYING 133 Muscle Beach Nutrition LLC's Motion for Extension of Time to Respond to Complaint. Signed by Judge Rodney Smith on 7/3/2020. (lbn) (Entered: 07/03/2020) |
| 07/07/2020 | 135 | ANSWER and Affirmative Defenses to Amended Complaint by Muscle Beach Nutrition LLC. (Barton, Ana) (Entered: 07/07/2020) |
| 07/13/2020 | 136 | RESPONSE in Opposition re 130 Plaintiff's MOTION to Strike 113 Answer to Amended Complaint filed by Ronald L. Kramer, ThermoLife International LLC. Replies due by 7/20/2020. (Barton, Ana) (Entered: 07/13/2020) |
| 07/15/2020 | 137 | RESPONSE in Opposition re 130 Plaintiff's MOTION to Strike 113 Answer to Amended Complaint filed by Ronald L. Kramer, ThermoLife International LLC. Replies due by 7/22/2020. (Barton, Ana) (Entered: 07/15/2020) |

| | | |
|---|---|---|
| 07/20/2020 | 138 | RESPONSE in Support re 130 Plaintiff's MOTION to Strike 113 Answer to Amended Complaint filed by BPI Sports, LLC. (Lubetsky, Cary) (Entered: 07/20/2020) |
| 08/19/2020 | 139 | Notice of Supplemental Authority re 114 Response in Opposition to Motion *for Partial Summary Judgment* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC (Attachments: # 1 Supplemental Authority) (Mullins, Edward) (Entered: 08/19/2020) |
| 09/22/2020 | 140 | ORDER SETTING TELEPHONIC HEARING, ( Telephone Hearing set for 9/25/2020 11:30 AM before Judge Rodney Smith.) Signed by Judge Rodney Smith on 9/22/2020. *See attached document for full details.* (jao) (Entered: 09/22/2020) |
| 09/22/2020 | 141 | Unopposed MOTION for Leave to File *Documents Under Seal* by BPI Sports, LLC. (Hillyer, Gregory) (Entered: 09/22/2020) |
| 09/22/2020 | 142 | PAPERLESS ORDER GRANTING 141 Plaintiff's Unopposed Motion for Leave to File Under Seal. Plaintiff may file its Motion for Terminating and Monetary Sanctions, and certain Exhibits in support thereof, under seal. The documents shall remain sealed until further order of the Court. Signed by Judge Rodney Smith on 9/22/2020. (lbn) (Entered: 09/22/2020) |
| 09/24/2020 | | SYSTEM ENTRY - Docket Entry 143 [motion] restricted/sealed until further notice. (941010) (Entered: 09/24/2020) |
| 09/24/2020 | 144 | NOTICE by BPI Sports, LLC *of Filing Exhibits to Motion for Terminating and Monetary Sanctions* (Attachments: # 1 Exhibit 1 Declaration, # 2 Exhibit 2 Records, # 3 Exhibit 3 Deposition, # 4 Exhibit 5 Email, # 5 Exhibit 7 Email, # 6 Exhibit 8 Letter, # 7 Exhibit 9 Email, # 8 Exhibit 10 Email, # 9 Exhibit 11 Letter, # 10 Exhibit 12 Transcript, # 11 Exhibit 13 Email, # 12 Exhibit 19 Fictitious Entity, # 13 Exhibit 20 Trademark Filings, # 14 Exhibit 22 Press Release, # 15 Exhibit 24 BB.com Page, # 16 Exhibit 25 Retail Store, # 17 Exhibit 26 Signage, # 18 Exhibit 28 Transcript, # 19 Exhibit 29 Emails) (Hillyer, Gregory) (Entered: 09/24/2020) |
| 09/25/2020 | 145 | PAPERLESS Minute Entry for proceedings held before Judge Rodney Smith: Telephone Conference held on 9/25/2020, 11:30-11:50am. The parties apprised the Court of the Status on discovery, more depos to be taken but expected to meet October deadline, Trial set 3/21/2021, 5 day trial Attorney Appearance(s): Javier Sobrado, Gregory Loyde Hillyer, Edward Maurice Mullins, Gregory B. Collins, Court Reporter: Ellen Rassie, 305-523-5024 / ellen_rassie@flsd.uscourts.gov. (pm) (Entered: 09/25/2020) |
| 10/07/2020 | 146 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer *to Plaintiff's Motion for Terminating and Monetary Sanctions* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order)(Barton, Ana) (Entered: 10/07/2020) |
| 10/14/2020 | 147 | Unopposed MOTION for Leave to File *Response to 145 Plaintiff's Motion Under Seal* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order)(Barton, Ana) (Entered: 10/14/2020) |

| 10/14/2020 | 148 | Plaintiff's MOTION to Compel *Production of Documents Responsive to BPI's Third Set of Requests for Production to Defendants* by BPI Sports, LLC. Responses due by 10/28/2020 (Attachments: # 1 Exhibit 1 - BPI's Third Set of Requests for Production to Defendants, # 2 Exhibit 2 - Defendants' Response to BPI's Third Set of Requests for Production, # 3 Exhibit 3 - L.R. 26.1 (g) (2) Form Disclosures)(Sobrado, Javier) (Entered: 10/14/2020) |
|---|---|---|
| 10/15/2020 | 149 | PAPERLESS ORDER GRANTING 147 Defendants' Unopposed Motion for Leave to File Under Seal. Defendants may file their Response to Plaintiff's Motion for Terminating and Monetary Sanctions, and accompanying exhibits, under seal. The documents shall remain sealed until further order of the Court. Signed by Judge Rodney Smith on 10/15/2020. (lbn) (Entered: 10/15/2020) |
| 10/15/2020 | 150 | PAPERLESS ORDER GRANTING 146 Defendants' Motion for Extension of Time to File Response to Plaintiff's Motion for Terminating and Monetary Sanctions. Defendants' Response is due by October 15, 2020. Signed by Judge Rodney Smith on 10/15/2020. (lbn) (Entered: 10/15/2020) |
| 10/15/2020 | | SYSTEM ENTRY - Docket Entry 151 [misc] restricted/sealed until further notice. (618890) (Entered: 10/15/2020) |
| 10/16/2020 | 152 | Order of Referral to Magistrate Judge re 143 SEALED MOTION filed by BPI Sports, LLC. Motions referred to Judge Alicia O. Valle. Signed by Judge Rodney Smith on 10/16/2020. *See attached document for full details.* (cbr) (Entered: 10/19/2020) |
| 10/19/2020 | 153 | Unopposed MOTION for Extension of Time to File Reply ISO Motion for Sanctions by BPI Sports, LLC. Responses due by 11/2/2020 (Attachments: # 1 Text of Proposed Order Proposed Order)(Hillyer, Gregory) (Entered: 10/19/2020) |
| 10/19/2020 | 154 | PAPERLESS ORDER GRANTING 153 Unopposed Motion for Extension of Time. Plaintiff's Reply in Support of its 143 Motion for Terminating and Monetary Sanctions is due by **October 27, 2020**. Signed by Magistrate Judge Alicia O. Valle on 10/19/2020. (dpr) (Entered: 10/19/2020) |
| 10/21/2020 | 155 | RESPONSE in Opposition re 148 Plaintiff's MOTION to Compel *Production of Documents Responsive to BPI's Third Set of Requests for Production to Defendants* filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Replies due by 10/28/2020. (Attachments: # 1 Exhibit Exhibit 1)(Barton, Ana) (Entered: 10/21/2020) |
| 10/23/2020 | 156 | Unopposed MOTION to Seal *Reply ISO Motion for Terminating and Monetary Sanctions and Exhibits* per Local Rule 5.4 by BPI Sports, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order) (Hillyer, Gregory) (Entered: 10/23/2020) |
| 10/23/2020 | 157 | PAPERLESS ORDER: It is ordered that:<br><br>1. Plaintiff's Motion to File Under Seal [DE 156] is GRANTED. Plaintiff may file its Reply in Support of the Motion for Terminating and Monetary Sanctions, and exhibits thereto, under seal. The material shall remain sealed until further order of the Court.<br><br>2. No later than October 29, 2020, the parties shall file unsealed, redacted copies of the Motion for Terminating and |

| | | |
|---|---|---|
| | | Monetary Sanctions, the Response, and Reply. Signed by Judge Rodney Smith on 10/23/2020. (lbn) (Entered: 10/23/2020) |
| 10/26/2020 | 158 | PAPERLESS ORDER SCHEDULING EVIDENTIARY HEARING on 143 BPI Sports LLC's Sealed Motion for Terminating and Monetary Sanctions, and 148 BPI Sports LLC's Motion to Compel Production of Documents (together, the "Motions"). An evidentiary hearing on the Motions is tentatively scheduled for **Tuesday, November 3, 2020, at 2:00 p.m.** Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:<br><br>A. In advance of the hearing, the parties shall meet and confer (in person or telephonically) in a good faith effort to resolve the issues in the Motions. By **Friday, October 30, 2020, 4:00 p.m.**, the parties shall file a Joint Status Report ("JSR") setting forth the result of the parties' meet and confer. More specifically, as to 148 the Motion to Compel, the JSR must include: (i) the verbatim discovery request; (ii) the verbatim discovery response; and (iii) a brief summary of each party's position, with one issue per page. The parties may group the discovery requests by issue, as appropriate. As to 143 the Motion for Terminating and Monetary Sanctions, the JSR must include a brief summary of each party's position. The JSR is not intended to be a verbatim recitation of the parties' briefs. Rather, it is meant to summarize the issues in a comparative format (i.e., one column for movant and one column for opponent) to assist the Court in evaluating the disputed issues. This information must be presented in chart form as set forth in Exhibit 1.<br><br>B. If the parties intend to use any exhibits during the evidentiary hearing, the parties must jointly prepare and provide two (2) sets of anticipated pre-marked exhibits in 3-ring binders, which shall be delivered to the undersigned's Chambers in Fort Lauderdale by **4:00 p.m. on Friday, October 30, 2020**. The binders must be indexed and tabbed.<br><br>C. By **October 30, 2020, at 4:00 p.m.**, the parties must notify the Court whether they intend to call any witnesses to testify at the hearing. If so, the parties must file a proposed witness list and provide the Court with any documents about which the witnesses will testify. The Court has reserved two hours for the evidentiary hearing.<br><br>D. The hearing will be conducted by Zoom, with dial-in information to be provided by separate order prior to the hearing. Signed by Magistrate Judge Alicia O. Valle on 10/26/2020. (dpr) (Entered: 10/26/2020) |
| 10/26/2020 | | SYSTEM ENTRY - Docket Entry 159 [misc] restricted/sealed until further notice. (941010) (Entered: 10/26/2020) |
| 10/28/2020 | 160 | Defendant's MOTION to Continue re 158 Order Setting Hearing on Motion,,,,,,,,,, by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 11/12/2020 (Attachments: # 1 Text of Proposed Order) (Barton, Ana) (Entered: 10/28/2020) |
| 10/29/2020 | 161 | PAPERLESS ORDER GRANTING 160 Defendant's Motion to Reschedule Evidentiary Hearing. Accordingly, the hearing is scheduled for **Wednesday, November 18, 2020, at 2:00p.m.** The deadline to *email* the required Joint Status Report, provide hearing binders, and submit witness list (if needed), *see* ECF No. 158, is extended to **Tuesday, November 10, 2020.** Signed by Magistrate Judge Alicia O. Valle on 10/29/2020. (dpr) (Entered: 10/29/2020) |

| | | |
|---|---|---|
| 10/29/2020 | | Reset Hearing as to <u>148</u> Plaintiff's MOTION to Compel *Production of Documents Responsive to BPI's Third Set of Requests for Production to Defendants*, and 143 SEALED MOTION *For Terminating and Monetary Sanctions. See* (ECF No. 161). **TIME CHANGE ONLY** Telephonic Motion Hearing set for 11/18/2020 02:00 PM in Fort Lauderdale Division before Magistrate Judge Alicia O. Valle. (dpr) (Entered: 10/29/2020) |
| 10/29/2020 | | Evidentiary Hearing(s) terminated. Re-Set as Telephonic Motion Hearing per ECF No. 161. (dpr) (Entered: 10/29/2020) |
| 10/29/2020 | <u>162</u> | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Eric B. Hull. Filing Fee $ 200.00 Receipt # AFLSDC-13783413 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 11/12/2020 (Attachments: # <u>1</u> Certification, # <u>2</u> Text of Proposed Order)(Mullins, Edward) (Entered: 10/29/2020) |
| 10/29/2020 | <u>163</u> | NOTICE of Compliance *with Court Order (D.E. #157)* by BPI Sports, LLC (Attachments: # <u>1</u> Redacted Motion for Terminating and Monetary Sanctions (D.E. #143), # <u>2</u> Redacted Reply in Support for Motion for Terminating and Monetary Sanctions (D.E. #159)) (Sobrado, Javier) (Entered: 10/29/2020) |
| 10/29/2020 | <u>164</u> | NOTICE of Compliance *with 157 Court's Order dated October 23, 2020* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC re 157 Order on Motion to Seal,, (Attachments: # <u>1</u> Response to Plaintiff's Motion for Termination and Monetary Sanctions) (Mullins, Edward) (Entered: 10/29/2020) |
| 10/30/2020 | 🔒 | (Court only) ***Attorney Eric B. Hull for Ronald L. Kramer, Eric B. Hull for Muscle Beach Nutrition LLC, Eric B. Hull for ThermoLife International LLC added (cco) (Entered: 10/30/2020) |
| 10/30/2020 | 🔒 | (Court only) ***Clerk's Notice of Compliance with LR 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys re <u>162</u> Motion to Appear Pro Hac Vice, (cco) (Entered: 10/30/2020) |
| 10/30/2020 | <u>165</u> | MOTION for Extension of Time of Discovery Cutoff Deadline *for the Sole Purpose of Deposing Non-Party Matt Titlow* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Text of Proposed Order)(Mullins, Edward) (Entered: 10/30/2020) |
| 11/02/2020 | <u>166</u> | RESPONSE in Opposition re <u>165</u> MOTION for Extension of Time of Discovery Cutoff Deadline *for the Sole Purpose of Deposing Non-Party Matt Titlow* filed by BPI Sports, LLC. Replies due by 11/9/2020. (Attachments: # <u>1</u> Exhibit Declaration, # <u>2</u> Exhibit Subpoena)(Hillyer, Gregory) (Entered: 11/02/2020) |
| 11/02/2020 | 167 | PAPERLESS ORDER GRANTING <u>162</u> Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Eric B. Hull, who appears as co-counsel for Defendants, ThermoLife International, LLC, Muscle Beach Nutrition, LLC, and Ronald L. Kramer. The Clerk shall permit Eric B. Hull to receive Notices of Electronic Filing at email address ebh@kflawaz.com. Signed by Judge Rodney Smith on 11/2/2020. (lbn) (Entered: 11/02/2020) |

| | | |
|---|---|---|
| 11/09/2020 | 168 | REPLY to Response to Motion re 165 MOTION for Extension of Time of Discovery Cutoff Deadline *for the Sole Purpose of Deposing Non-Party Matt Titlow* filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Mullins, Edward) (Entered: 11/09/2020) |
| 11/09/2020 | 169 | NOTICE by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC re 168 Reply to Response to Motion, *of Filing Exhibits* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Mullins, Edward) (Entered: 11/09/2020) |
| 11/10/2020 | 170 | STATUS REPORT *, Joint, re Motion for Sanctions DE 143 and Motion to Compel DE 148* by BPI Sports, LLC (Sobrado, Javier) (Entered: 11/10/2020) |
| 11/10/2020 | 171 | NOTICE of Compliance *With Court Orders (DE 158 & 161)* by BPI Sports, LLC (Attachments: # 1 Exhibit Joint Witness List for Hearing on Motion for Sanctions (DE 143) and Motion to Compel (DE 148)) (Sobrado, Javier) (Entered: 11/10/2020) |
| 11/11/2020 | 172 | Unopposed MOTION for Leave to File Excess Pages *to Defendants' Motion for Summary Judgment* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order) (Barton, Ana) (Entered: 11/11/2020) |
| 11/11/2020 | 173 | Unopposed MOTION for Leave to File *Motion for Summary Judgment Under Seal* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order)(Barton, Ana) (Entered: 11/11/2020) |
| 11/12/2020 | 🔒 | (Court only) ***Motions No Longer Referred: 172 Unopposed MOTION for Leave to File Excess Pages *to Defendants' Motion for Summary Judgment*, 173 Unopposed MOTION for Leave to File *Motion for Summary Judgment Under Seal* (dpr) (Entered: 11/12/2020) |

| 11/13/2020 | 174 | PAPERLESS ORDER. It is ordered:<br><br>1. Defendants' Unopposed Motion to File Under Seal [DE 173] is GRANTED. Defendants may file their Motion for Summary Judgment under seal. The material shall remain sealed until further order of the Court.<br><br>2. No later than November 20, 2020, Defendants shall file an unsealed, redacted copy of the Motion for Summary Judgment.<br><br>3. Defendants' Unopposed Motion for Leave to Exceed Page Limitation as to their Motion for Summary Judgment [DE 172] is GRANTED IN PART. Defendants' Motion for Summary Judgment shall not exceed twenty-five (25) pages in length.<br><br>Signed by Judge Rodney Smith on 11/13/2020. (ogn)<br>(Entered: 11/13/2020) |
| 11/13/2020 | 175 | MOTION Daubert Motion to exclude Expert Testimony by BPI Sports, LLC. (Attachments: # 1 Exhibit 1 - Keegan Report, # 2 Exhibit 2 - S.Bannister Report, # 3 Exhibit 3 - T.Bannister Report, # 4 Exhibit 4 - S.Bannister Reply Report, # 5 Exhibit 5 - S.Bannister Depo Tr., # 6 Exhibit 6 - Aucouturier Reference, # 7 Exhibit 7 - Vanhatalo Reference, # 8 Exhibit 8 - Bailey Reference, # 9 Exhibit 9 - Wylie Reference, # 10 Exhibit 10 - Hobbs Reference, # 11 Exhibit 11 - Moraes Reference, # 12 Exhibit 12 - T.Bannister Depo Tr.)(Sobrado, Javier) (Entered: 11/13/2020) |
| 11/13/2020 | 176 | Defendant's MOTION to Exclude Certain Testimony and Evidence from Plaintiff's Expert, Dr. Steve Bannister by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Mullins, Edward) (Entered: 11/13/2020) |
| 11/13/2020 |  | SYSTEM ENTRY - Docket Entry 177 [motion] restricted/sealed until further notice. (618890) (Entered: 11/13/2020) |
| 11/13/2020 |  | SYSTEM ENTRY - Docket Entry 178 [misc] restricted/sealed until further notice. (618890) (Entered: 11/13/2020) |
| 11/13/2020 | 179 | STIPULATION *, Joint, Regarding Witnesses and Exhibits for Hearing on Plaintiff's Motion for Sanctions (DE 143) and Motion to Compel (DE 148)* by BPI Sports, LLC (Attachments: # 1 Exhibit Plaintiff's Ex. 40 - Excerpts of DE 143, Ex. 2)(Sobrado, Javier) (Entered: 11/13/2020) |
| 11/17/2020 | 🔒 | (Court only) ***Motions No Longer Referred: 177 Defendant's SEALED MOTION *FOR SUMMARY JUDGMENT*, 175 MOTION Daubert Motion to exclude Expert Testimony , 176 Defendant's MOTION to Exclude Certain Testimony and Evidence from Plaintiff's Expert, Dr. Steve Bannister (dpr) (Entered: 11/17/2020) |
| 11/17/2020 | 180 | PAPERLESS ORDER REQUIRING JOINT FILING. **By 5 pm today**, the parties are to file a succinct JOINT CHRONOLOGY OF EVENTS surrounding the creation of the written license agreement (the "License Agreement") between ThermoLife International LLC ("Thermolife") and Muscle Beach Nutrition LLC ("MBN"), beginning with |

| | | |
|---|---|---|
| | | Plaintiff's issuance of a subpoena *duces tecum* on then non-party MBN. The chronology should also include relevant pleadings (e.g., Defendants' Answers to Second Amended Complaint) and motions and any resulting Court Orders regarding the creation and subsequent production of the License Agreement and metadata, including docket entries (ECF) or Exhibits filed with the Court for tomorrow's hearing. Signed by Magistrate Judge Alicia O. Valle on 11/17/2020. (dpr) (Entered: 11/17/2020) |
| 11/17/2020 | 181 | NOTICE of Compliance *With DE 180 and Chronology of Events Re ThermoLife-MBN License Agreement* by BPI Sports, LLC (Attachments: # 1 Exhibit 1 - Meet & Confer Emails) (Sobrado, Javier) (Entered: 11/17/2020) |
| 11/17/2020 | 182 | NOTICE of Compliance *and Clarification that Defendants Complied with Court's Order* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC re 181 Notice of Compliance filed by BPI Sports, LLC (Attachments: # 1 Exhibit A) (Barton, Ana) (Entered: 11/17/2020) |
| 11/18/2020 | 183 | PAPERLESS NOTICE regarding the Motion Hearing set 11/18/2020 at 2:00pm before US Magistrate Judge Alicia O. Valle. Due to the COVID-19 Pandemic the Motion Hearing will be held via Zoom. Accordingly, shortly before the Hearing, all parties shall login to Zoom Meeting ID 161 266 2660, Password 342935. (tpl) (Entered: 11/18/2020) |
| 11/18/2020 | 184 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Alicia O. Valle: Motion Hearing held on 11/18/2020 re 148 Plaintiff's MOTION to Compel *Production of Documents Responsive to BPI's Third Set of Requests for Production to Defendants* filed by BPI Sports, LLC, 143 SEALED MOTION *For Terminating and Monetary Sanctions* filed by BPI Sports, LLC. Oral argument heard on the Motions. The Court admitted into evidence, Plaintiff's Exhibits 1-39, and 41, Defendant's Exhibits 1-22, and Exhibit 40-Rev. The Court reserved ruling on both Motions. Order to follow. Total time in court: 4 hour(s) : 30 minutes. (Digital Zoom Recording 11/18/2020) (tpl) (Entered: 11/19/2020) |
| 11/20/2020 | 185 | MOTION for Summary Judgment *(Redacted) filed under seal as 177 re 174* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 12/4/2020 (Mullins, Edward) (Entered: 11/20/2020) |
| 11/20/2020 | 186 | Statement of: Material Facts in Support of Motion for Summary Judgment *(Redacted) filed under seal as 178 re 174* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC (Mullins, Edward) (Entered: 11/20/2020) |
| 11/20/2020 | 187 | Joint MOTION for Extension of Time to File Response/Reply/Answer as to 175 MOTION Daubert Motion to exclude Expert Testimony , 176 Defendant's MOTION to Exclude Certain Testimony and Evidence from Plaintiff's Expert, Dr. Steve Bannister *, and 177 Defendants' Motion for Sanctions* by BPI Sports, LLC. (Attachments: # 1 Text of Proposed Order)(Sobrado, Javier) (Entered: 11/20/2020) |

| | | |
|---|---|---|
| 11/23/2020 | 188 | PAPERLESS ORDER GRANTING 187 Motion for Extension of Time to File Response. No later than December 7, 2020, the Parties shall file their respective responses in opposition to Plaintiff's Daubert Motion to Strike and Exclude the Expert Report and Testimony of Mark Keegan and to Preclude Certain Opinions from Dr. Thomas Bannister, Ph.D. (DE 175), Defendants' Motion to Exclude Certain Testimony and Evidence From Plaintiff's Expert, Dr. Steve Bannister (DE 176), and Defendants' Motion for Summary Judgment (DE 177). Signed by Judge Rodney Smith on 12/7/2020. (lbn) (Entered: 11/23/2020) |
| 11/23/2020 | 189 | PAPERLESS ORDER GRANTING IN PART AND DENYING IN PART 165 Defendants' Motion for Extension of Discovery Cutoff Deadline for the Sole Purpose of Deposing Non-Party Matt Titlow: Discovery closed on October 30, 2020, and the dispositive motions deadline expired on November 13, 2020. Deposition designations are due by January 8, 2021. Defendants do not address why, as Plaintiff points out, they failed to serve and depose Matt Titlow earlier in the case. The Court will grant Defendants until December 30, 2020 to depose Mr. Titlow. No extension will be granted. Signed by Judge Rodney Smith on 11/23/2020. (lbn) (Entered: 11/23/2020) |
| 11/27/2020 | 190 | TRANSCRIPT of Telephonic hearing held on 9/25/2020 before Judge Rodney Smith, Volume Number 1 of 1, 1-23 pages, Court Reporter: Ellen Rassie, 305-523-5024 / ellen_rassie@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/18/2020. Redacted Transcript Deadline set for 12/28/2020. Release of Transcript Restriction set for 2/25/2021. (Rassie, Ellen) (Entered: 11/27/2020) |
| 12/01/2020 | 191 | SECOND AMENDED SCHEDULING ORDER: Jury Trial set for 4/26/2021 before Judge Rodney Smith. Calendar Call set for 4/20/2021 09:00 AM before Judge Rodney Smith. In Limine Motions due by 1/8/2021. Motions due by 1/8/2021. Signed by Judge Rodney Smith on 12/1/2020. *See attached document for full details.* (jao)<br><br>**Pattern Jury Instruction Builder** - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 12/01/2020) |
| 12/02/2020 | 192 | TRANSCRIPT of Hearing held on 11/18/20 before Magistrate Judge Alicia O. Valle, 1-162 pages, Court Reporter: Joanne Mancari, 305-523-5635. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/23/2020. Redacted Transcript Deadline set for 1/4/2021. Release of Transcript Restriction set for 3/2/2021. (hh) (Entered: 12/03/2020) |
| 12/04/2020 | 193 | Unopposed MOTION to Seal *Opposition to Summary Judgment* per Local Rule 5.4 by BPI Sports, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order) (Hillyer, Gregory) (Entered: 12/04/2020) |
| 12/04/2020 | 194 | PAPERLESS ORDER GRANTING 193 Plaintiff's Motion to Seal. Plaintiff is granted leave to file its Response in Opposition to Defendants' Motion for Summary Judgment, Statement of Material Facts, and the accompanying exhibits under seal. The documents shall remain sealed until further order of the Court. Plaintiff shall separately file a redacted |

| | | |
|---|---|---|
| | | version of the Response by December 7, 2020. Signed by Judge Rodney Smith on 12/4/2020. (lbn) (Entered: 12/04/2020) |
| 12/07/2020 | 195 | RESPONSE in Opposition re 176 Defendant's MOTION to Exclude Certain Testimony and Evidence from Plaintiff's Expert, Dr. Steve Bannister filed by BPI Sports, LLC. Replies due by 12/14/2020. (Hillyer, Gregory) (Entered: 12/07/2020) |
| 12/07/2020 | | SYSTEM ENTRY - Docket Entry 196 [misc] restricted/sealed until further notice. (1069874) (Entered: 12/07/2020) |
| 12/07/2020 | | SYSTEM ENTRY - Docket Entry 197 [misc] restricted/sealed until further notice. (1069874) (Entered: 12/07/2020) |
| 12/07/2020 | 198 | RESPONSE in Opposition re 185 MOTION for Summary Judgment *(Redacted) filed under seal as 177 re 174 (Redacted) filed under seal as D.E. 196* filed by BPI Sports, LLC. Replies due by 12/14/2020. (Sobrado, Javier) (Entered: 12/07/2020) |
| 12/07/2020 | 199 | Statement of: Material Facts, Plaintiff's *(Redacted), filed under seal as D.E. 197* by BPI Sports, LLC re 198 Response in Opposition to Motion (Sobrado, Javier) (Entered: 12/07/2020) |
| 12/07/2020 | 200 | RESPONSE in Opposition re 175 MOTION Daubert Motion to exclude Expert Testimony filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Replies due by 12/14/2020. (Barton, Ana) (Entered: 12/07/2020) |
| 12/09/2020 | 201 | Joint MOTION for Extension of Time to File Response/Reply/Answer as to 175 MOTION Daubert Motion to exclude Expert Testimony , 176 Defendant's MOTION to Exclude Certain Testimony and Evidence from Plaintiff's Expert, Dr. Steve Bannister , 195 Response in Opposition to Motion, 198 Response in Opposition to Motion, 200 Response in Opposition to Motion by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Mullins, Edward) (Entered: 12/09/2020) |
| 12/16/2020 | 202 | Unopposed MOTION for Leave to File Excess Pages *to Reply in Support of Motion for Summary Judgment* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order) (Barton, Ana) (Entered: 12/16/2020) |
| 12/17/2020 | 203 | Unopposed MOTION for Leave to File *Reply Statement of Facts in Support of Motion for Summary Judgment Under Seal* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order)(Barton, Ana) (Entered: 12/17/2020) |
| 12/17/2020 | 204 | PAPERLESS ORDER GRANTING 201 Joint Motion for Extension of Time to File Replies. No later than December 21, 2020, the parties shall file their respective replies in support of (1) Plaintiff's Daubert Motion to Strike and Exclude the Expert Report and Testimony of Mark Keegan and to Preclude Certain Opinions from Dr. Thomas Bannister, PH.D. [DE 175]; (2) Defendants' Motionto Exclude Certain Testimony and Evidence from Plaintiff's Expert Dr. Steve Bannister [DE 176]; and (3) Defendants' Motion for Summary Judgment [DE 177]. Signed by Judge Rodney Smith on 12/17/2020. (lbn) (Entered: 12/17/2020) |

| 12/17/2020 | 205 | PAPERLESS ORDER GRANTING 203 Defendants' Motion for Leave to File Under Seal. Defendants may file their Reply Statement of Facts in Support of the Motion for Summary Judgment under seal. The document shall remain sealed until further order of the Court. Defendants shall also file a redacted version of the Reply Statement of Facts for the public record. Signed by Judge Rodney Smith on 12/17/2020. (lbn) (Entered: 12/17/2020) |
|---|---|---|
| 12/17/2020 | 206 | PAPERLESS ORDER GRANTING 202 Defendants' Motion for Leave to File Excess Pages to Reply in Support of Motion for Summary Judgment. Defendants' Reply shall not exceed 13 pages. Signed by Judge Rodney Smith on 12/17/2020. (lbn) (Entered: 12/17/2020) |
| 12/21/2020 | 207 | REPLY to Response to Motion re 175 MOTION Daubert Motion to exclude Expert Testimony filed by BPI Sports, LLC. (Attachments: # 1 Exhibit Interrogatory Responses)(Hillyer, Gregory) (Entered: 12/21/2020) |
| 12/21/2020 | 208 | REPLY to Response to Motion re 176 Defendant's MOTION to Exclude Certain Testimony and Evidence from Plaintiff's Expert, Dr. Steve Bannister filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Mullins, Edward) (Entered: 12/21/2020) |
| 12/21/2020 | 209 | REPLY to Response to Motion re 185 MOTION for Summary Judgment *(Redacted) filed under seal as 177 re 174* filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Mullins, Edward) (Entered: 12/21/2020) |
| 12/21/2020 | 210 | Defendant's REPLY to 199 Statement *of Material Facts* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Exhibit A)(Mullins, Edward) (Entered: 12/21/2020) |
| 12/30/2020 | 211 | Defendant's MOTION for Extension of Time TO DEPOSE NON-PARTY MATT TITLOW, WHO FAILED TO APPEAR AT A SECOND DULY NOTICED DEPOSITION by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 1/13/2021 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Mullins, Edward) (Entered: 12/30/2020) |
| 01/04/2021 | 212 | RESPONSE in Opposition re 211 Defendant's MOTION for Extension of Time TO DEPOSE NON-PARTY MATT TITLOW, WHO FAILED TO APPEAR AT A SECOND DULY NOTICED DEPOSITION filed by BPI Sports, LLC. Replies due by 1/11/2021. (Attachments: # 1 Exhibit Opposition to Motion to Compel)(Hillyer, Gregory) (Entered: 01/04/2021) |
| 01/05/2021 | 213 | Joint MOTION for Extension of Time to file Deposition Designations by BPI Sports, LLC. Responses due by 1/19/2021 (Attachments: # 1 Text of Proposed Order)(Hillyer, Gregory) (Entered: 01/05/2021) |
| 01/06/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 211 Defendant's MOTION for Extension of Time TO DEPOSE NON-PARTY MATT TITLOW, WHO FAILED TO APPEAR AT A SECOND DULY NOTICED DEPOSITION , 213 Joint MOTION for Extension of Time to file Deposition Designations (dpr) (Entered: 01/06/2021) |

| | | |
|---|---|---|
| 01/08/2021 | 214 | MOTION in Limine by BPI Sports, LLC. (Attachments: # 1 Exhibit Deposition, # 2 Exhibit Record)(Hillyer, Gregory) (Entered: 01/08/2021) |
| 01/08/2021 | 215 | Defendant's MOTION in Limine by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order)(Mullins, Edward) (Entered: 01/08/2021) |
| 01/11/2021 | 216 | REPLY to Response to Motion re 211 Defendant's MOTION for Extension of Time TO DEPOSE NON-PARTY MATT TITLOW, WHO FAILED TO APPEAR AT A SECOND DULY NOTICED DEPOSITION filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Exhibit A)(Mullins, Edward) (Entered: 01/11/2021) |
| 01/13/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 211 Defendant's MOTION for Extension of Time TO DEPOSE NON-PARTY MATT TITLOW, WHO FAILED TO APPEAR AT A SECOND DULY NOTICED DEPOSITION , 214 MOTION in Limine , 215 Defendant's MOTION in Limine (dpr) (Entered: 01/13/2021) |
| 01/22/2021 | 217 | NOTICE of Change of Address, Email or Law Firm Name by Cary Alan Lubetsky (Lubetsky, Cary) (Entered: 01/22/2021) |
| 01/22/2021 | 218 | RESPONSE in Opposition re 215 Defendant's MOTION in Limine filed by BPI Sports, LLC. Replies due by 1/29/2021. (Attachments: # 1 Exhibit Letter Objections, # 2 Exhibit Witness Lists)(Hillyer, Gregory) (Entered: 01/22/2021) |
| 01/22/2021 | 219 | NOTICE of Compliance *Regarding Deposition Designations, Joint* by BPI Sports, LLC (Sobrado, Javier) (Entered: 01/22/2021) |
| 01/22/2021 | 220 | RESPONSE in Opposition re 214 MOTION in Limine filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Replies due by 1/29/2021. (Mullins, Edward) (Entered: 01/22/2021) |
| 01/22/2021 | 221 | Joint MOTION to Seal per Local Rule 5.4 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Barton, Ana) (Entered: 01/22/2021) |
| 02/04/2021 | 222 | NOTICE by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC re 211 Defendant's MOTION for Extension of Time TO DEPOSE NON-PARTY MATT TITLOW, WHO FAILED TO APPEAR AT A SECOND DULY NOTICED DEPOSITION (Attachments: # 1 Exhibit) (Barton, Ana) (Entered: 02/04/2021) |
| 02/05/2021 | 223 | PAPERLESS ORDER DENYING 213 Defendant's Motion for Second Extension of Time to Depose Non-Party Matt Titlow, Who Failed to Appear at a Second Duly Notified Deposition. As noted in [DE 189], the Court stated that no further extensions would be granted. Signed by Judge Rodney Smith on 2/5/2021. (zgs) (Entered: 02/05/2021) |
| 02/09/2021 | 224 | Notice of Supplemental Authority *in Support of 177 Defendants' Motion for Summary Judgment* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC (Attachments: # 1 Exhibit 1) (Mullins, Edward) (Entered: 02/09/2021) |

| 02/16/2021 | 225 | ORDER CONTINUING TRIAL: Jury Trial set for 5/10/2021 before Judge Rodney Smith. Calendar Call set for 5/4/2021 09:00 AM before Judge Rodney Smith. All other deadlines remain unchanged. Signed by Judge Rodney Smith on 2/16/2021. *See attached document for full details.* (mc) (Entered: 02/16/2021) |
|---|---|---|
| 02/25/2021 | 226 | REPORT AND RECOMMENDATIONS TO DISTRICT JUDGE re 143 SEALED MOTION *For Terminating and Monetary Sanctions* filed by BPI Sports, LLC Recommending that 143 Motion for Terminating and Monetary Sanctions be granted in part. Objections to R&R due by 3/11/2021 Signed by Magistrate Judge Alicia O. Valle on 2/24/2021. *See attached document for full details.* (cbr) (Entered: 02/25/2021) |
| 02/25/2021 | 227 | PAPERLESS ORDER DENYING 148 Plaintiff BPI'S Motion to Compel Production of Documents responsive to BPI's Third Set of Requests for Production (the "Motion"). On November 18, 2020, the undersigned held a four-hour evidentiary hearing on the Motion and on Plaintiff's separate but factually-related Motion for Sanctions, ECF No. 143 . *See* (ECF No. 184) (11/18/20 hearing minutes); *see also* (ECF No. 192 ) (11/18/20 hearing transcript) ("Sanctions Hr'g Tr."). Because the two motions are factually and legally related, this Order incorporates the procedural history and all factual and legal findings in 226 the Report and Recommendation ("R&R") on the Motion for Sanctions. In the instant Motion, Plaintiff seeks to compel production of admittedly privileged communications between Defendants and their attorney Gregory Collins regarding the circumstances surrounding the creation of the License Agreement, as defined in the R&R. (ECF No. 148 at 10-11); *see also* (ECF No. 226 at 6). Specifically, Plaintiff argues that production of these documents is warranted pursuant to the crime-fraud exception to the attorney-client privilege. In the Eleventh Circuit, application of the crime-fraud exception requires that Plaintiff make: (i) a *prima facie* showing that the client was engaged in criminal or fraudulent conduct when he sought the advice of counsel, that he was planning such conduct when he sought the advice of counsel, or that he committed a crime or fraud subsequent to receiving the benefit of counsel's advice; and (ii) a showing that the attorney's assistance was obtained in furtherance of the criminal or fraudulent activity or was closely related to it. *U.S. v. Cleckler*, 265 F. App'x 850, 853 (11th Cir. 2008) (citation omitted).

For the reasons discussed in the R&R, *see* Section V.B., the undersigned finds that Plaintiff has failed to meet either prong. As to the first prong, Plaintiff has failed to make a *prima facie* showing that Defendant Kramer sought the advice of counsel when he planned to create the License Agreement or that he created the License Agreement after receiving counsel's advice. Similarly, Plaintiff has failed to show that counsel's assistance was obtained "in furtherance" of the fraudulent activity. *See, e.g.*, Sanctions Hr'g Tr. 43:15-20 (Plaintiff's counsel's admission that he "[could not] say that anybody directed anybody to do it."); *see also id.* 42:1-19 (reference to Kramer's deposition testimony that Kramer did not recall any emails with counsel regarding the creation of the License Agreement); *id.* 116:2-18 (Defendants' counsel's summary of the lack of evidence that Kramer sought the advice of counsel before creating the License Agreement); *id.* 129:24-130:1 (same). Thus, the crime-fraud exception is inapplicable.

Lastly, the attorney-client privilege is "one of the most sacrosanct principles of law," and the undersigned will not disturb it on suspicion or speculation. *See Merrill Reuter, M.D. v. Physicians Cas. Risk Retention Grp.*, No. 16-80581-CV, 2017 WL 395242, at *4 (S.D. Fla. Jan. 27, 2017). The fact that Defendant Kramer "presumably" sought the advice of counsel, Sanctions Hr'g Tr. 142:10, is not enough, nor is Plaintiff's counsel's "infer[ence] that the request must have been |

| | | |
|---|---|---|
| | | communicated to [counsel]." *Id.* 142:11-12 (emphasis added). Accordingly, the undersigned declines Plaintiff's invitation to review the privileged communications in camera. (Sanctions Hr'g. Tr. 46:16-21); *see also Cox v. Adm'r U.S. Steel & Carnegie*, 17 F.3d 1386, 1417 (11th Cir. 1994) (affirming district court's decision to deny in camera review of privileged documents where plaintiffs provided no evidence that the attorney's communication furthered or was closely related to defendant's criminal scheme). Accordingly, for the reasons set forth above, the Motion is DENIED. Signed by Magistrate Judge Alicia O. Valle on 2/25/2021. (dpr) (Entered: 02/25/2021) |
| 03/05/2021 | 228 | REPORT AND RECOMMENDATION that 130 Plaintiff's Motion to Strike Affirmative Defenses be granted. Objections to R&R due by 3/12/2021. Signed by Magistrate Judge Alicia O. Valle on 3/5/2021. *See attached document for full details.* (dpr) (Entered: 03/05/2021) |
| 03/11/2021 | 229 | OBJECTIONS to 226 Report and Recommendations by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Barton, Ana) (Entered: 03/11/2021) |
| 03/12/2021 | 230 | ORDER re 81 MOTION for Partial Summary Judgment filed by BPI Sports, LLC Signed by Judge Rodney Smith on 3/12/2021. *See attached document for full details.* (jao) (Entered: 03/12/2021) |
| 03/15/2021 | 231 | ORDER ADOPTING DE 228 REPORT AND RECOMMENDATIONS and Granting re 130 Motion to Strike filed by BPI Sports, LLC, Signed by Judge Rodney Smith on 3/14/2021. *See attached document for full details.* (lk) (Entered: 03/15/2021) |
| 03/18/2021 | 232 | Defendant's Supplemental Brief Relating to 81 Plaintiff's Motion for Partial Summary Judgement, as required by March 12, 2021 Order to 230 Order by Ronald L. Kramer, ThermoLife International LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Mullins, Edward) (Entered: 03/18/2021) |
| 03/18/2021 | 233 | MEMORANDUM in Support re 81 MOTION for Summary Judgment *Pursuant to the Court's March 12, 2021 Order 230* by BPI Sports, LLC. (Attachments: # 1 Exhibit 1 Notice of Intent, # 2 Exhibit 2 Ex Parte Reexam Certificate, # 3 Exhibit 3 Defendants' Websites)(Sobrado, Javier) (Entered: 03/18/2021) |
| 03/22/2021 | 234 | Agreed MOTION for Extension of Time to Respond to Objections to Report and Recommendation re 229 Objections to Report and Recommendations by BPI Sports, LLC. Responses due by 4/5/2021 (Attachments: # 1 Text of Proposed Order Proposed Order)(Hillyer, Gregory) (Entered: 03/22/2021) |
| 03/22/2021 | 235 | PAPERLESS ORDER GRANTING 234 Plaintiff's Unopposed Motion for Extension of time to Respond to Objections to Report and Recommendation [DE 229]. Plaintiff will file its response no later than April 1, 2021. Signed by Judge Rodney Smith on 3/22/2021. (zgs) (Entered: 03/22/2021) |
| 03/25/2021 | 236 | *Amended* ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by Ronald L. Kramer, ThermoLife International LLC. (Barton, Ana) (Entered: 03/25/2021) |
| 03/26/2021 | 237 | ORDER granting 81 Motion for Partial Summary Judgment filed by BPI Sports, LLC. Signed by Judge Rodney Smith on 3/26/2021. *See attached document for full details.* (jao) (Entered: 03/26/2021) |

| 03/26/2021 | 238 | RESPONSE TO OBJECTION to 226 Report and Recommendations by BPI Sports, LLC. (Attachments: # 1 Exhibit Order Dismissing Arizona Case)(Hillyer, Gregory) (Entered: 03/26/2021) |
| 04/05/2021 | 239 | PRETRIAL STIPULATION *, Joint* by BPI Sports, LLC (Attachments: # 1 Exhibit Schedule A - BPI's Exhibit List, # 2 Exhibit Schedule B - Defendants' Exhibit List)(Sobrado, Javier) (Entered: 04/05/2021) |
| 04/05/2021 | 240 | Proposed Jury Instructions by BPI Sports, LLC. (Sobrado, Javier) (Entered: 04/05/2021) |
| 04/05/2021 | 241 | NOTICE of Compliance *Regarding Proposed Verdict Forms* by BPI Sports, LLC re 191 Scheduling Order,, 225 Scheduling Order, (Attachments: # 1 Exhibit Proposed Verdict Forms by BPI and Defendants) (Sobrado, Javier) (Entered: 04/05/2021) |
| 04/05/2021 | 242 | Defendant's MOTION for Leave to File *Reply in support of Objections to Report and Recommendation* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Barton, Ana) (Entered: 04/05/2021) |
| 04/07/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 242 Defendant's MOTION for Leave to File *Reply in support of Objections to Report and Recommendation* (dpr) (Entered: 04/07/2021) |
| 04/08/2021 | 243 | RESPONSE in Opposition re 242 Defendant's MOTION for Leave to File *Reply in support of Objections to Report and Recommendation* filed by BPI Sports, LLC. Replies due by 4/15/2021. (Hillyer, Gregory) (Entered: 04/08/2021) |
| 04/09/2021 | 244 | MOTION for clarification 237 Order on Motion for Summary Judgment by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 4/23/2021 (Attachments: # 1 Exhibit 1)(Barton, Ana) (Entered: 04/09/2021) |
| 04/13/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 244 MOTION for clarification 237 Order on Motion for Summary Judgment (dpr) (Entered: 04/13/2021) |
| 04/15/2021 | 245 | STATUS REPORT *JOINT REQUEST* by BPI Sports, LLC (Hillyer, Gregory) (Entered: 04/15/2021) |
| 04/16/2021 | 246 | PAPERLESS ORDER DENYING 242 Defendants' Motion for Leave to File Reply in Support of Objections to the Report and Recommendation on Plaintiff's Motion for Terminating and for Sanctions. Signed by Judge Rodney Smith on 4/16/2021. (zgs) (Entered: 04/16/2021) |
| 04/16/2021 | 247 | RESPONSE in Opposition re 244 MOTION for clarification 237 Order on Motion for Summary Judgment filed by BPI Sports, LLC. Replies due by 4/23/2021. (Attachments: # 1 Exhibit Office Action, # 2 Exhibit Office Action)(Hillyer, Gregory) (Entered: 04/16/2021) |
| 04/19/2021 | 248 | ORDER Continuing Trial: ( Calendar Call set for 8/10/2021 09:00 AM in Fort Lauderdale Division before Judge Rodney Smith., Jury Trial set for 8/16/2021 in Fort Lauderdale Division before Judge Rodney Smith.) Signed by Judge Rodney Smith on 4/19/2021. *See attached document for full details.* (lk) (Entered: 04/19/2021) |

| | | |
|---|---|---|
| 04/23/2021 | 249 | REPLY to Response to Motion re 244 MOTION for clarification 237 Order on Motion for Summary Judgment filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Exhibit 1)(Barton, Ana) (Entered: 04/23/2021) |
| 05/20/2021 | 250 | PAPERLESS ORDER GRANTING 221 the parties' Joint Motion for Leave to File Deposition Transcripts Under Seal. Signed by Judge Rodney Smith on 5/20/2021. (zgs) (Entered: 05/20/2021) |
| 06/22/2021 | 251 | PAPERLESS ORDER DENYING 211 Defendants' Motion for Second Extension of Time to Depose Non-Party Matt Titlow. This is the second extension Defendants have sought to depose the non-party witness. The Court issued an Order [DE 189] granting in part Defendants' first request for an extension, notwithstanding the fact that Defendants failed to address why they did not serve and depose the witness earlier in the case. The Court expressly stated that no further extensions would be granted. Therefore, Defendants' motion is denied. Signed by Judge Rodney Smith on 6/22/2021. (zgs) (Entered: 06/22/2021) |
| 07/14/2021 | 252 | ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE re 226 Report and Recommendations, ; Adopting 226 Report and Recommendations on 226 Report and Recommendations, Signed by Judge Rodney Smith on 7/14/2021. *See attached document for full details.* (drz) (Entered: 07/14/2021) |
| 07/14/2021 | 🔒 | (Court only) ***Motions 143 SEALED MOTION filed by BPI Sports, LLC. pursuant to DE 252 Order (mr1) (Entered: 09/01/2021) |
| 07/16/2021 | 253 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Robert J. Scheffel, Esq.. Filing Fee $ 200.00 Receipt # AFLSDC-14853143 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 7/30/2021 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Mullins, Edward) (Entered: 07/16/2021) |
| 07/16/2021 | 254 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Matthew J. Dowd, Esq.. Pay.gov Agency Tracking ID FLSDC-Receipt # AFLSDC-14853211. Filing Fee $ 200.00 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 7/30/2021 (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Mullins, Edward) (Entered: 07/16/2021) |
| 07/16/2021 | 🔒 | (Court only) ***Attorney Matthew J. Dowd, Robert J. Scheffel for Ronald L. Kramer, Matthew J. Dowd, Robert J. Scheffel for Muscle Beach Nutrition LLC, Matthew J. Dowd, Robert J. Scheffel for ThermoLife International LLC added (pt) (Entered: 07/16/2021) |
| 07/16/2021 | 🔒 | (Court only) ***Clerk's Notice of Compliance with LR 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys re 254 Motion to Appear Pro Hac Vice, 253 Motion to Appear Pro Hac Vice, (pt) (Entered: 07/16/2021) |

| | | |
|---|---|---|
| 07/19/2021 | 255 | PAPERLESS ORDER GRANTING 253 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Robert J. Scheffel. Signed by Judge Rodney Smith on 7/19/2021. (zgs) (Entered: 07/19/2021) |
| 07/19/2021 | 256 | PAPERLESS ORDER GRANTING 254 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Matthew J. Dowd. Signed by Judge Rodney Smith on 7/19/2021. (zgs) (Entered: 07/19/2021) |
| 07/27/2021 | | SYSTEM ENTRY - Docket Entry 257 [misc] restricted/sealed until further notice. (1069874) (Entered: 07/27/2021) |
| 07/27/2021 | 258 | ORDER PROVIDING INSTRUCTIONS FOR TRIAL. Signed by Judge Rodney Smith on 7/27/2021. *See attached document for full details.* (drz) (Entered: 07/27/2021) |
| 07/27/2021 | 259 | ORDER Granting In Part 177 Defendant's Motion for Summary Judgment. Signed by Judge Rodney Smith on 7/27/2021. *See attached document for full details.* (nc) (Entered: 07/27/2021) |
| 08/03/2021 | 260 | MOTION to Present Remote Testimony By Video Conference by BPI Sports, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hillyer, Gregory) (Entered: 08/03/2021) |
| 08/04/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 260 MOTION to Present Remote Testimony By Video Conference (dpr) (Entered: 08/04/2021) |
| 08/04/2021 | 261 | Unopposed MOTION to Withdraw as Attorney *and REQUEST to Appear Telephonically at August 10, 2021 Hearing* by Gregory B. Collins and Eric B. Bull of Kercsmar Feltus & Collins PLLC for / by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 8/18/2021 (Attachments: # 1 Text of Proposed Order) (Mullins, Edward) (Entered: 08/04/2021) |
| 08/04/2021 | 262 | NOTICE OF FORMAT FOR CALENDAR CALL HEARING set for 8/10/2021. Counsel shall call the toll-free number 1-877-873-8018 from a landline phone five (5) minutes prior to the start of the hearing. Then, enter Access Code Number 9406706 followed by the pound (#) sign; to bypass the security code, press the star key (*); enter the conference and state your name and the name of the party you represent. (pm) (Entered: 08/04/2021) |
| 08/05/2021 | 263 | RESPONSE in Opposition re 260 MOTION to Present Remote Testimony By Video Conference filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Replies due by 8/12/2021. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Barton, Ana) (Entered: 08/05/2021) |
| 08/06/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 261 Unopposed MOTION to Withdraw as Attorney *and REQUEST to Appear Telephonically at August 10, 2021 Hearing* by Gregory B. Collins and Eric B. Bull of Kercsmar Feltus & Collins PLLC for / (dpr) (Entered: 08/06/2021) |
| 08/06/2021 | 264 | Proposed Voir Dire Questions by BPI Sports, LLC. (Sobrado, Javier) (Entered: 08/06/2021) |

| 08/06/2021 | 265 | REPLY to Response to Motion re 260 MOTION to Present Remote Testimony By Video Conference filed by BPI Sports, LLC. (Attachments: # 1 Exhibit Email, # 2 Exhibit Email, # 3 Exhibit Email)(Hillyer, Gregory) (Entered: 08/06/2021) |
|---|---|---|
| 08/08/2021 | 266 | EXPEDITED MOTION For Trial Continuance by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16)(Barton, Ana) (Entered: 08/08/2021) |
| 08/09/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 266 EXPEDITED MOTION For Trial Continuance (dpr) (Entered: 08/09/2021) |
| 08/09/2021 | 267 | NOTICE by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC re 266 EXPEDITED MOTION For Trial Continuance (Attachments: # 1 Text of Proposed Order) (Barton, Ana) (Entered: 08/09/2021) |
| 08/09/2021 | 268 | Witness List *and Joint Assessment of Trial Time* by BPI Sports, LLC.. (Hillyer, Gregory) (Entered: 08/09/2021) |
| 08/10/2021 | 269 | Proposed Voir Dire Questions by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Barton, Ana) (Entered: 08/10/2021) |
| 08/10/2021 | 270 | NOTICE of Compliance *Regarding Statement of Case* by BPI Sports, LLC (Sobrado, Javier) (Entered: 08/10/2021) |
| 08/10/2021 | 271 | PAPERLESS Minute Entry for proceedings held before Judge Rodney Smith: Calendar Call held on 8/10/2021, 9:07-9:12. Motion to withdraw granted, over plaintiff's objections, motion to continue granted; parties attempt to resolve motions in limine and daubert motions Attorney Appearance(s): Javier Sobrado, Gregory Hillyer, Edward Mullins, Ana Maria Barton, Gregory B. Collins, Matthew J. Dowd, Robert J. Scheffel, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov.

NOTICE OF POLICY RE ELECTRONIC SUBMISSION OF EXHIBITS. Local Rule 5.3 provides that within ten (10) days of the conclusion of a hearing or trial, a party must file in CM/ECF an electronic version of most exhibits offered or introduced into evidence. Before electronically filing, the filer must redact any sensitive, confidential, or private information in accordance with Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and CM/ECF Administrative Procedures, Section 6, or seek an order from the Court either to seal the exhibit or to exempt the exhibit from electronic filing under subsection (b)(3)(C) of the rule. Failure to electronically file exhibits and the The Certificate of Compliance Re Admitted Evidence within ten (10) days may result in the imposition of sanctions. The Local Rule, The Certificate of Compliance Re Admitted Evidence, and the Quick Reference Guide to Electronically Filing Trial Exhibits can be found on the Courts website: http://www.flsd.uscourts.gov. (pm) (Entered: 08/10/2021) |
| 08/11/2021 | 272 | PAPERLESS ORDER Consistent with the Court's Orders issued during the telephonic hearing held on August 10, 2021, it is ORDERED that: (1) Defendants' Expedited Motion for a Continuance of the Trial [DE 266] is GRANTED. The case is continued until the two-week trial period set to begin October 12, 2021. Calendar Call shall take place on October 5, |

|  |  | 2021. The parties are ordered to meet and confer within thirty days to address and attempt to resolve any outstanding issues, including those issues identified in the parties' motions in limine and Daubert motions. In addition, this matter is REFERRED to Magistrate Judge Alicia Valle for a settlement conference to be conducted no later than September 14, 2021. The parties are responsible for contacting Judge Valle's chambers to schedule the settlement conference. (2) The Unopposed Motion by Kercsmar Feltus & Collins PLLC Attorneys to Withdraw as Counsel of Record for Defendants with Request to Appear Telephonically at August 10, 2021 Hearing [DE 261] is GRANTED. (3) The Court DEFERS ruling on Plaintiff's Motion Requesting Permission to Present the Trial Testimony of Dr. Steve Bannister Remotely by Video Conference [DE 260]. (4) The parties shall file a joint status report on September 14, 2021. Signed by Judge Rodney Smith on 8/11/2021. (zgs) (Entered: 08/11/2021) |
|---|---|---|
| 08/11/2021 | 273 | CLERK'S Notice of Policy re Electronic Submission of Exhibit(s) received from Plaintiff and Defendant Re D.E. 184 Motion Hearing,,. Exhibit Numbers: Plaintiff's and Defendant's Hearing Exhibits

Local Rule 5.3 provides that within ten (10) days of the conclusion of a hearing or trial, a party must file in CM/ECF an electronic version of most exhibits offered or introduced into evidence. Before electronically filing, the filer must redact any sensitive, confidential, or private information in accordance with Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and CM/ECF Administrative Procedures, Section 6, or seek an order from the Court either to seal the exhibit or to exempt the exhibit from electronic filing under subsection (b)(3)(C) of the rule. Failure to electronically file exhibits and the Certificate of Compliance Re Admitted Evidence within ten (10) days may result in the imposition of sanctions. The Local Rule, The Certificate of Compliance Re Admitted Evidence, and the Quick Reference Guide to Electronically Filing Trial Exhibits can be found on the Courts website: http://www.flsd.uscourts.gov (drz) (Entered: 08/11/2021) |
| 08/11/2021 | 274 | CLERK'S Notice of Receipt of Plaintiff's Exhibit(s) received from Plaintiff Re D.E. 184 Motion Hearing,,. Exhibit Numbers: Plaintiff's Paper Exhibits from Hearing (drz) (Entered: 08/11/2021) |
| 08/11/2021 | 275 | CLERK'S Notice of Receipt of Defendant's Exhibit(s) received from Defendant Re D.E. 184 Motion Hearing,,. Exhibit Numbers: Defendant's Paper Exhibits from Hearing (drz) (Entered: 08/11/2021) |
| 08/12/2021 |  | Set/Reset Hearings Calendar Call set for 10/5/2021 09:00 AM in Fort Lauderdale Division before Judge Rodney Smith. Jury Trial set for 10/12/2021 09:00 AM in Fort Lauderdale Division before Judge Rodney Smith. (pm) (Entered: 08/12/2021) |
| 08/12/2021 | 276 | ORDER SETTING SETTLEMENT CONFERENCE. Settlement Conference set for 9/13/2021 at 01:30 PM in the Fort Lauderdale Division before Magistrate Judge Alicia O. Valle. Signed by Magistrate Judge Alicia O. Valle on 8/12/2021. *See attached document for full details.* (dpr) (Entered: 08/12/2021) |
| 08/19/2021 | 277 | MOTION For Updated Financial Production *from Muscle Beach Nutrition and ThermoLife* by BPI Sports, LLC. (Attachments: # 1 Exhibit Email, # 2 Exhibit Letter, # 3 Text of Proposed Order Order Granting Relief)(Hillyer, Gregory) (Entered: 08/19/2021) |

| | | |
|---|---|---|
| 08/20/2021 | 278 | SUPPLEMENT to 252 Order Adopting Report and Recommendations,, Order on Report and Recommendations, by BPI Sports, LLC (Attachments: # 1 Affidavit In Support of Supplement)(Hillyer, Gregory) (Entered: 08/20/2021) |
| 08/23/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 277 MOTION For Updated Financial Production *from Muscle Beach Nutrition and ThermoLife* (dpr) (Entered: 08/23/2021) |
| 08/24/2021 | 279 | PAPERLESS ORDER RESCHEDULING SETTLEMENT CONFERENCE. Due to a scheduling conflict, the Settlement Conference currently scheduled for September 13, 2021 at 1:30 PM, *see* (ECF No. 276), is rescheduled to **September 9, 2021 at 9:00 AM**. Signed by Magistrate Judge Alicia O. Valle on 8/24/2021. (dpr) (Entered: 08/24/2021) |
| 08/30/2021 | 280 | PAPERLESS ORDER GRANTING IN PART 185 Defendants' Motion for Summary Judgment, pursuant to the Court's Order Granting In Part Defendants' Motion for Summary Judgment [DE 259]. Signed by Judge Rodney Smith on 8/30/2021. (zgs) (Entered: 08/30/2021) |
| 08/30/2021 | 281 | PAPERLESS ORDER GRANTING 266 Defendants' Expedited Motion for a Continuance of the Trail, pursuant to the Cort's Order [DE 272]. Signed by Judge Rodney Smith on 8/30/2021. (zgs) (Entered: 08/30/2021) |
| 08/30/2021 | 282 | PAPERLESS ORDER GRANTING 261 Unopposed Motion by Kercsmar Feltus & Collins PPLC Attorneys to Withdraw as Counsel of Record for Defendants with Request to Appear Telephonically at August 10, 2021 Hearing, pursuant to the Court's Order [DE 272]. Signed by Judge Rodney Smith on 8/30/2021. (zgs) (Entered: 08/30/2021) |
| 09/02/2021 | 283 | RESPONSE to Motion re 277 MOTION For Updated Financial Production *from Muscle Beach Nutrition and ThermoLife* filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Replies due by 9/9/2021. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mullins, Edward) (Entered: 09/02/2021) |
| 09/07/2021 | 284 | REPLY to Response to Motion re 277 MOTION For Updated Financial Production *from Muscle Beach Nutrition and ThermoLife* filed by BPI Sports, LLC. (Attachments: # 1 Exhibit Email, # 2 Exhibit Letter, # 3 Exhibit Email, # 4 Exhibit Email, # 5 Exhibit Email, # 6 Exhibit Filing)(Hillyer, Gregory) (Entered: 09/07/2021) |
| 09/08/2021 | 285 | MOTION for Leave to File *Sur-Reply* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Barton, Ana) (Entered: 09/08/2021) |
| 09/09/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 285 MOTION for Leave to File *Sur-Reply* (dpr) (Entered: 09/09/2021) |
| 09/09/2021 | 286 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Alicia O. Valle: Settlement Conference held on 9/9/2021. Parties reached an impasse; case did not settle. Total time in court: 2 hour(s) : 40 minutes. (ATT Digital Audio Recording: AOV_01_9_9_2021) (tpl) (Entered: 09/13/2021) |
| 09/14/2021 | 287 | STATUS REPORT *JOINT* by BPI Sports, LLC (Hillyer, Gregory) (Entered: 09/14/2021) |
| 09/20/2021 | 288 | NOTICE by BPI Sports, LLC re 278 Supplement *Non-Response By Defendants* (Attachments: # 1 Exhibit Service of Draft Supplement, # 2 Exhibit Email, # 3 Exhibit Email) (Hillyer, Gregory) (Entered: 09/20/2021) |

| | | |
|---|---|---|
| 09/20/2021 | 289 | Defendant's MOTION Requesting Delayed Start to Trial by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Decl. of Ronald Kramer, # 2 Text of Proposed Order)(Barton, Ana) (Entered: 09/20/2021) |
| 09/21/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 289 Defendant's MOTION Requesting Delayed Start to Trial (js06) (Entered: 09/21/2021) |
| 09/24/2021 | 290 | RESPONSE in Opposition re 289 Defendant's MOTION Requesting Delayed Start to Trial filed by BPI Sports, LLC. Replies due by 10/1/2021. (Attachments: # 1 Exhibit Email)(Hillyer, Gregory) (Entered: 09/24/2021) |
| 09/24/2021 | 291 | ORDER CONCERNING THE PARTIES' MOTION IN LIMINE. Plaintiff's Motion in Limine DE 214 is GRANTED IN PART. Defendants' Motion in Limine DE 215 is GRANTED IN PART. Signed by Judge Rodney Smith on 9/24/2021. *See attached document for full details.* (mc) (Entered: 09/24/2021) |
| 09/28/2021 | 292 | REPLY to Response to Motion re 289 Defendant's MOTION Requesting Delayed Start to Trial filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Exhibit)(Barton, Ana) (Entered: 09/28/2021) |
| 09/30/2021 | 293 | ORDER granting in part and denying in part 175 Motion To Strike and Exclude the Expert Report and Testimony of Mark Keegan and to Produce Certain Opinions from Dr. Thomas Bannister, PHD ; denying 176 Motion to Exclude Certain Testimony and Evidence from Plaintiffs Expert, Dr. Steve Bannister Signed by Judge Rodney Smith on 9/30/2021. *See attached document for full details.* (drz) (Entered: 09/30/2021) |
| 10/01/2021 | 294 | **PAPERLESS NOTICE of Telephonic Hearing**: **TIME CHANGE ONLY** Counsel shall call the toll-free number 1-877-873-8018 from a landline phone five (5) minutes prior to the start of the hearing. Then, enter Access Code Number 9406706 followed by the pound (#) sign; to bypass the security code, press the star key (*); enter the conference and state your name and the name of the party you represent. **Calendar Call set for 10/5/2021 09:20 AM** in Fort Lauderdale Division before Judge Rodney Smith. (pm) (Entered: 10/01/2021) |
| 10/04/2021 | 295 | Defendant's MOTION to Compel *Telephonic Meet and Confer* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 10/18/2021 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Text of Proposed Order)(Barton, Ana) (Entered: 10/04/2021) |
| 10/04/2021 | 296 | NOTICE of Compliance *Regarding Submission of the Concise Statement of the Case* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Barton, Ana) (Entered: 10/04/2021) |
| 10/04/2021 | 297 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Anthony H. Son. Filing Fee $ 200.00 Receipt # AFLSDC-15064895 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 10/18/2021 (Attachments: # 1 Certification of |

| | | |
|---|---|---|
| | | Anthony H. Son, # 2 Text of Proposed Order)(Mullins, Edward) (Entered: 10/04/2021) |
| 10/04/2021 | 🔒 | (Court only) ***Attorney Anthony H. Son for Ronald L. Kramer, Anthony H. Son for Muscle Beach Nutrition LLC, Anthony H. Son for ThermoLife International LLC added (pt) (Entered: 10/04/2021) |
| 10/04/2021 | 🔒 | (Court only) ***Clerk's Notice of Compliance with LR 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys re 297 Motion to Appear Pro Hac Vice, (pt) (Entered: 10/04/2021) |
| 10/04/2021 | 298 | Proposed Jury Instructions by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Barton, Ana) (Entered: 10/04/2021) |
| 10/04/2021 | 299 | NOTICE by BPI Sports, LLC re 277 MOTION For Updated Financial Production *from Muscle Beach Nutrition and ThermoLife of Non-Resolution of Motion* (Attachments: # 1 Exhibit 1. Meet and confer correspondence) (Sobrado, Javier) (Entered: 10/04/2021) |
| 10/04/2021 | 300 | NOTICE by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC re 299 Notice (Other), *of Filing Response* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Barton, Ana) (Entered: 10/04/2021) |
| 10/05/2021 | 301 | NOTICE by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC *of Revised Assessment of Trial Time and Witnesses* (Barton, Ana) (Entered: 10/05/2021) |
| 10/05/2021 | 302 | PAPERLESS ORDER GRANTING 297 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Anthony H. Son. Signed by Judge Rodney Smith on 10/5/2021. (zgs) (Entered: 10/05/2021) |
| 10/05/2021 | 303 | PAPERLESS Minute Entry for proceedings held before Judge Rodney Smith: Calendar Call held on 10/5/202, 9:20-9:25am., 4/5 day trial, counsel shall be ready to proceed to trial on 10/12/21, however, parties to contact chambers by 3pm, Friday, 10/8/21 to determine if criminal trial will proceed. Parties to meet and confer by 12pm 10/7/21 Attorney Appearance(s): Javier Sobrado, Gregory Loyde Hillyer, Matthew J. Dowd, Martin Zilbert Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov.<br><br>NOTICE OF POLICY RE ELECTRONIC SUBMISSION OF EXHIBITS. Local Rule 5.3 provides that within ten (10) days of the conclusion of a hearing or trial, a party must file in CM/ECF an electronic version of most exhibits offered or introduced into evidence. Before electronically filing, the filer must redact any sensitive, confidential, or private information in accordance with Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and CM/ECF Administrative Procedures, Section 6, or seek an order from the Court either to seal the exhibit or to exempt the exhibit from electronic filing under subsection (b)(3)(C) of the rule. Failure to electronically file exhibits and the The Certificate of Compliance Re Admitted Evidence within ten (10) days may result in the imposition of sanctions. The Local Rule, The Certificate of Compliance Re Admitted Evidence, and the Quick Reference Guide to Electronically Filing Trial Exhibits can be found on the Courts website: http://www.flsd.uscourts.gov. (pm) (Entered: 10/05/2021) |

| 10/05/2021 | 🔒 | (Court only) ***Motion No Longer Referred: 295 Defendant's MOTION to Compel *Telephonic Meet and Confer* (js06) (Entered: 10/05/2021) |
|---|---|---|
| 10/06/2021 | 304 | PAPERLESS ORDER Consistent with the Courts orders issued during Calendar Call on October 5, 2021: (1) Defendants Motion to Compel Plaintiffs Counsel to Meet and Confer [DE 295] is GRANTED. Counsel shall meet and confer no later than October 7, 2021 at 12:00 p.m., and, thereafter, Counsel shall file a notice of compliance with the Court. (2) Defendants Motion Requesting a Delayed Start to the Trial [DE 289] is DENIED. The parties shall be prepared to start trial on October 12, 2021. Signed by Judge Rodney Smith on 10/6/2021. (zgs) (Entered: 10/06/2021) |
| 10/06/2021 | 305 | Filed in wrong case - PAPERLESS ORDER Setting Pretrial Conference and Motions Hearing: A Pretrial Conference and Motions Hearing is set for October 29, 2021 at 10:00 a.m. in courtroom 202A, at which time Court intends to address outstanding motions and any pretrial issues raised by the parties. Signed by Judge Rodney Smith on 10/6/2021. (zgs) Modified text per chambers and hearing terminated on 10/6/2021 (mf). (Entered: 10/06/2021) |
| 10/06/2021 | 306 | Clerks Notice of Docket Correction re 305 Order Setting Status Conference. **Docket Entry Filed in Wrong Case**Docket text modified. (mf) (Entered: 10/06/2021) |
| 10/06/2021 | 307 | ORDER denying 260 Motion Requesting Permission to Present the Trial Testimony of Dr. Steve Bannister Remotely by Video Conference. Signed by Judge Rodney Smith on 10/6/2021. *See attached document for full details.* (drz) (Entered: 10/06/2021) |
| 10/06/2021 | 308 | MOTION For Leave to Bring Electronic Equipment into Courthouse by BPI Sports, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hillyer, Gregory) (Entered: 10/06/2021) |
| 10/06/2021 | 309 | Defendant's MOTION to Bring Electronic Equipment into the courtroom by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 10/20/2021 (Attachments: # 1 Text of Proposed Order)(Barton, Ana) (Entered: 10/06/2021) |
| 10/07/2021 | 310 | NOTICE of Compliance *regarding Meet and Confer* by BPI Sports, LLC re 304 Order,, (Sobrado, Javier) (Entered: 10/07/2021) |
| 10/07/2021 | 311 | NOTICE of Compliance *Regarding Exhibit Lists, Witnesses, and Proper Nouns and Names* by BPI Sports, LLC re 258 Order (Attachments: # 1 Exhibit Schedule A - Plaintiff's Exhibit List, # 2 Exhibit Schedule B - Defendants' Exhibit List) (Sobrado, Javier) (Entered: 10/07/2021) |
| 10/08/2021 | 312 | PAPERLESS ORDER GRANTING 308 Plaintiff's Motion for Leave to Bring Electronic Equipment into the Courthouse. Signed by Judge Rodney Smith on 10/8/2021. (zgs) (Entered: 10/08/2021) |
| 10/08/2021 | 313 | PAPERLESS ORDER GRANTING 309 Defendants' Motion for Leave to Bring electronic Equipment into the Courthouse for use During Trial. Signed by Judge Rodney Smith on 10/8/2021. (zgs) (Entered: 10/08/2021) |
| 10/08/2021 | 314 | PAPERLESS ORDER GRANTING 277 Motion for Updated Financial Production from Muscle Beach Nutrition LLC |

| | | |
|---|---|---|
| | | and ThermoLife International, LLC. Defendants shall ensure that Plaintiff is provided with the updated financial discovery requested in the Motion. Signed by Judge Rodney Smith on 10/8/2021. (zgs) (Entered: 10/08/2021) |
| 10/08/2021 | 315 | PAPERLESS ORDER DENYING 285 Motion for Leave to File Sur-Reply. Signed by Judge Rodney Smith on 10/8/2021. (zgs) (Entered: 10/08/2021) |
| 10/08/2021 | 316 | PAPERLESS ORDER DENYING 289 Defendants' Motion Requesting A Delayed Start to Trial per DE 304. Signed by Judge Rodney Smith on 10/8/2021. (zgs) (Entered: 10/08/2021) |
| 10/08/2021 | 317 | PAPERLESS ORDER GRANTING 295 Defendants' Motion to Compel Plaintiff's Counsel to Meet and Confer per DE 304. Signed by Judge Rodney Smith on 10/8/2021. (zgs) (Entered: 10/08/2021) |
| 10/09/2021 | 318 | PAPERLESS ORDER. Counsel are advised to maintain contact with chambers to ascertain the exact start date for trial. The parties may be given one to two day notice. Signed by Judge Rodney Smith on 10/9/2021. (pm) (Entered: 10/09/2021) |
| 10/11/2021 | 319 | Proposed Jury Instructions by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Barton, Ana) (Entered: 10/11/2021) |
| 10/13/2021 | 320 | NOTICE OF TRIAL Jury Trial(selection and possibly opening argument) set for 10/15/2021 11:00 AM in Fort Lauderdale Division before Judge Rodney Smith. (pm) (Entered: 10/13/2021) |
| 10/14/2021 | 321 | Defendant's MOTION to Compel *BPI Sports, LLC to Make its Chairman, Derek Ettinger, Available to Testify at Trial, or in the Alternative to Preclude BPI Testimony on Information Identified Only for Mr. Ettinger* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 10/28/2021 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Affidavit of Octavio Fiol, # 12 Text of Proposed Order)(Barton, Ana) (Entered: 10/14/2021) |
| 10/15/2021 | 🔒 | (Court only) ***Motions No Longer Referred: 321 Defendant's MOTION to Compel *BPI Sports, LLC to Make its Chairman, Derek Ettinger, Available to Testify at Trial, or in the Alternative to Preclude BPI Testimony on Information Identified Only for Mr. Ettinger* (js06) (Entered: 10/15/2021) |
| 10/15/2021 | 322 | PAPERLESS Minute Entry for proceedings held before Judge Rodney Smith: Jury Trial begun on 10/15/2021, 11-12:40. 7 Jurors selected; panel to be sworn in on Monday, trial continued to 10/18/21 at 9m Attorney Appearance(s): Salvatore Hazard Fasulo, Javier Sobrado, Gregory Loyde Hillyer, Matthew J. Dowd, Robert J. Scheffel, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov. (pm) (Entered: 10/15/2021) |
| 10/17/2021 | 323 | Defendant's MOTION TO RECONSIDER THE SANCTION OF INSTRUCTING THE JURY REGARDING THE COURTS FINDING OF ATTEMPT TO MANUFACTURE EVIDENCE by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Barton, Ana) (Entered: 10/17/2021) |

| 10/18/2021 | 324 | PAPERLESS Minute Entry for proceedings held before Judge Rodney Smith: Jury Trial held on 10/18/2021, 9-12:20/1:25-4:50pm. Day 2. Jurors sworn, openings heard, 2 plaintiffs witnesses testimony completed, exhibits admitted, trial continued to 10/19/21 at 9:30am. Attorney Appearance(s): Javier Sobrado, Gregory Loyde Hillyer, Matthew J. Dowd, Robert J. Scheffel, Anthony H. Son, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov. (pm) (Entered: 10/18/2021) |
| 10/19/2021 | 325 | PAPERLESS Minute Entry for proceedings held before Judge Rodney Smith: Jury Trial held on 10/19/2021, 9:30-12pm/1:05-5:30PM. Day 3. Video depo heard, depo designations heard, plaintiff rest at 10:50am; Defendant's motion for judgment of acquittal denied, 2 defense witnesses testimony taken, exhibits admitted, jurors released at 5pm, charge conference held, charge conference continued to 8:30am 10/20; jurors to return at 9am. Attorney Appearance(s): Javier Sobrado, Gregory Loyde Hillyer, Matthew J. Dowd, Robert J. Scheffel, Anthony H. Son, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov. (pm) (Entered: 10/19/2021) |
| 10/20/2021 | 326 | PAPERLESS Minute Entry for proceedings held before Judge Rodney Smith: Jury Trial held on 10/20/2021, 8:50-12:05/1:05-5:30. Day 4.Jury instructions completed, 3 defense witnesses testified, defense rest at 3:50pm, defense renewed motion for acquittal denied, jurors instructed, closings held, deliberations began at 5:30, jurors released at 6:55pm. Further deliberations 10/21/21 at 9am Attorney Appearance(s): Javier Sobrado, Gregory Loyde Hillyer, Matthew J. Dowd, Robert J. Scheffel, Anthony H. Son, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov. (pm) (Entered: 10/20/2021) |
| 10/21/2021 | 327 | Defendant's MOTION for a Corrective Jury Instruction by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Barton, Ana) (Entered: 10/21/2021) |
| 10/21/2021 | 328 | PAPERLESS ORDER DENYING as moot 244 Motion for Clarification. Signed by Judge Rodney Smith on 10/21/2021. (zgs) (Entered: 10/21/2021) |
| 10/21/2021 | 329 | PAPERLESS Minute Entry for proceedings held before Judge Rodney Smith: Jury Trial held on 10/21/2021. Day 5. Jury continues deliberations. Jury reaches unanimous verdict. Attorney Appearance(s): Javier Sobrado, Gregory Loyde Hillyer, Matthew J. Dowd, Robert J. Scheffel, Anthony H. Son, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov. (jcy) (Entered: 10/22/2021) |
| 10/21/2021 | 330 | Court's Jury Instructions. (jcy) (Entered: 10/22/2021) |
| 10/21/2021 | 331 | Jury Notes. (jcy) (Entered: 10/22/2021) |
| 10/21/2021 | 332 | JURY VERDICT. (jcy) (Entered: 10/22/2021) |
| 10/22/2021 | 🔒 | (Court only) ***Motions terminated: 323 Defendant's MOTION TO RECONSIDER THE SANCTION OF INSTRUCTING THE JURY REGARDING THE COURTS FINDING OF ATTEMPT TO MANUFACTURE EVIDENCE filed by Muscle Beach Nutrition LLC, ThermoLife International LLC, Ronald L. Kramer, 321 Defendant's MOTION to Compel *BPI Sports, LLC to Make its Chairman, Derek Ettinger, Available to Testify at Trial, or in the Alternative to Preclude BPI Testimony on Information Identified Only for Mr. Ettinger* filed by Muscle Beach Nutrition |

| | | LLC, ThermoLife International LLC, Ronald L. Kramer, 327 Defendant's MOTION for a Corrective Jury Instruction filed by Muscle Beach Nutrition LLC, ThermoLife International LLC, Ronald L. Kramer. (js06) (Entered: 10/22/2021) |
|---|---|---|
| 10/25/2021 | 333 | FINAL JUDGMENT. Signed by Judge Rodney Smith on 10/25/2021. *See attached document for full details.* (drz) (Entered: 10/25/2021) |
| 11/01/2021 | 334 | STRICKEN per DE# 343 -NOTICE by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC *of Conventional Filing of Trial Exhibits* (Barton, Ana) Modified on 11/2/2021 (drz). (Entered: 11/01/2021) |
| 11/01/2021 | 335 | TRIAL EXHIBITS *Plaintiff's Evidence* 1, 3, 4, 6, 8, 12, 18, 30, 31, 39, 42-R, 43, 44, 45, 48, 49, 50, 51, 52, 55, 56, 57, 57-R2, 65, 65-R, 75, 79, 83-R, 96, 107, 110-R, 128, 147, 149, 150, 151, 158-R2, 170, 173, 174, 175, 176, 183-R, 189, 1081, 1098 by BPI Sports, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 6, # 5 Exhibit 8, # 6 Exhibit 12, # 7 Exhibit 18, # 8 Exhibit 30, # 9 Exhibit 31, # 10 Exhibit 39, # 11 Exhibit 42-R, # 12 Exhibit 43, # 13 Exhibit 44, # 14 Exhibit 45, # 15 Exhibit 48, # 16 Exhibit 49, # 17 Exhibit 50, # 18 Exhibit 51, # 19 Exhibit 52, # 20 Exhibit 55, # 21 Exhibit 56, # 22 Exhibit 57, # 23 Exhibit 57-R2, # 24 Exhibit 65, # 25 Exhibit 65-R, # 26 Exhibit 75, # 27 Exhibit 79, # 28 Exhibit 83-R, # 29 Exhibit 96, # 30 Exhibit 107, # 31 Exhibit 110-R, # 32 Exhibit 128, # 33 Exhibit 147, # 34 Exhibit 149, # 35 Exhibit 150, # 36 Exhibit 151, # 37 Exhibit 158-R2, # 38 Exhibit 170, # 39 Exhibit 173, # 40 Exhibit 174, # 41 Exhibit 175, # 42 Exhibit 176, # 43 Exhibit 183-R, # 44 Exhibit 189, # 45 Exhibit 1081, # 46 Exhibit 1098)(Sobrado, Javier) (Entered: 11/01/2021) |
| 11/01/2021 | 336 | Notice of Conventional Filing of TRIAL EXHIBITS 1, 1098 on Flash Drive by BPI Sports, LLC. (pm) (Entered: 11/01/2021) |
| 11/01/2021 | 337 | TRIAL EXHIBITS *Defendants Evidence* 10, 12, 15, 19, 29, 36, 46, 76, 98, 100, 1016, 1017, 1018, 1019, 1020, 1021, 1024, 1026, 1051, 1057, 1058, 1059, 1075, 1077, 1084, 1095, 1097, 1099, 1102, 1103 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Ex. 10, # 2 Ex. 12, # 3 Ex. 15, # 4 Ex. 19, # 5 Ex. 29, # 6 Ex. 36, # 7 Ex. 46, # 8 Ex. 76, # 9 Ex. 98, # 10 Ex. 100, # 11 Ex. 1016, # 12 Ex. 1017, # 13 Ex. 1018, # 14 Ex. 1019, # 15 Ex. 1020, # 16 Ex. 1021, # 17 Ex. 1024, # 18 Ex. 1026, # 19 Ex. 1051, # 20 Ex. 1057, # 21 Ex. 1058, # 22 Ex. 1059, # 23 Ex. 1075, # 24 Ex. 1077, # 25 Ex. 1084, # 26 Ex. 1095, # 27 Ex. 1097, # 28 Ex. 1099, # 29 Ex. 1102, # 30 Ex. 1103)(Barton, Ana) (Entered: 11/01/2021) |
| 11/01/2021 | 338 | Plaintiff's CERTIFICATE of Compliance Re Admitted Evidence by Javier Sobrado on behalf of BPI Sports, LLC (Sobrado, Javier) (Entered: 11/01/2021) |
| 11/01/2021 | 339 | Joint MOTION to Seal *Certain Trial Exhibits and Portions of the Trial Transcript* per Local Rule 5.4 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) (Barton, Ana) (Entered: 11/01/2021) |
| 11/01/2021 | 340 | Defendant's CERTIFICATE of Compliance Re Admitted Evidence by Ana Maria Barton on behalf of Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC (Barton, Ana) (Entered: 11/01/2021) |

| | | |
|---|---|---|
| 11/01/2021 | 341 | CLERK'S Notice of Release of Plaintiff's Paper Trial Exhibit(s) provided to Plaintiff's Attorney Re D.E. 336 Exhibits, 335 Exhibits,,,,. Exhibit Numbers: Plaintiff's Paper Trial Exhibits **Released to Attorney(s)/Party(s) Plaintiff's Attorney.** (drz) (Entered: 11/02/2021) |
| 11/02/2021 | 342 | Clerks Notice to Filer re 334 Notice (Other). **Conventional Filing Filed Electronically**; CORRECTIVE ACTION REQUIRED - The Filer failed to submit the document in the conventional paper format. The Filer must file a Notice of Striking, then refile the document in the conventional paper format. (drz) (Entered: 11/02/2021) |
| 11/02/2021 | 343 | NOTICE of Striking 334 Notice (Other) filed by Muscle Beach Nutrition LLC, ThermoLife International LLC, Ronald L. Kramer, 342 Clerks Notice of Docket Correction and Instruction to Filer - Attorney, by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC (Barton, Ana) (Entered: 11/02/2021) |
| 11/02/2021 | 344 | NOTICE OF CONVENTIONAL FILING OF USB Drive by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (drz) (Entered: 11/02/2021) |
| 11/02/2021 | 345 | Clerk's Notice of Filing Deficiency Re: 344 Notice of Conventional Filing filed by Muscle Beach Nutrition LLC, ThermoLife International LLC, Ronald L. Kramer. Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a)). (drz) (Entered: 11/02/2021) |
| 11/02/2021 | 346 | NOTICE OF CONVENTIONAL FILING OF EXHIBITS ON FLASH DRIVE by BPI Sports, LLC (drz) (Entered: 11/02/2021) |
| 11/02/2021 | 347 | Clerk's Notice of Filing Deficiency Re: 346 Notice of Conventional Filing filed by BPI Sports, LLC. Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a)). (drz) (Entered: 11/02/2021) |
| 11/05/2021 | 348 | CLERK'S Notice of Receipt of Defendant's Paper Exhibit(s) received from Defendant Re D.E. 337 Exhibits,,,. Exhibit Numbers: Defendant's Paper Exhibits (drz) (Entered: 11/05/2021) |
| 11/05/2021 | 349 | CLERK'S Notice of Maintaining Defendant's Audio-Visual Exhibit(s) received from Defendant Re D.E. 337 Exhibits,,,. Exhibit Numbers: Exhibit 1103 (drz) (Entered: 11/05/2021) |
| 11/05/2021 | 350 | CLERK'S Notice Directing Defendant's Counsel to Retrieve Exhibit(s) sent to Defendant Re D.E. 337 Exhibits,,, 338 Certificate of Compliance Re Admitted Evidence. Exhibit Numbers: Defendant's Paper Exhibits **Attorney(s)/Party(s) Defendant shall retrieve original exhibits within five days.** For retrieval information, please contact the Clerks Office - Records Section of the U.S. Federal Building and Courthouse, 299 East Broward Boulevard #108, Fort Lauderdale, FL 33301, (954) 769-5400. (drz) (Entered: 11/05/2021) |
| 11/05/2021 | 351 | CLERK'S Notice of Release of Defendant's Exhibit(s) provided to Defendant Re D.E. 337 Exhibits,,, 338 Certificate of Compliance Re Admitted Evidence. Exhibit Numbers: Defendant's Paper Exhibits **Released to Attorney(s)/Party(s) Defendant.** (drz) (Entered: 11/05/2021) |
| 11/09/2021 | 352 | CLERK'S Notice of Receipt of Plaintiff's Evidentiary Hearing Paper Exhibit(s) received from Plaintiff Re D.E. 184 |

| | | |
|---|---|---|
| | | Motion Hearing,,. Exhibit Numbers: Plaintiff's Evidentiary Exhibits (drz) (Entered: 11/09/2021) |
| 11/09/2021 | 353 | CLERK'S Notice of Receipt of Defendant's Paper Evidentiary Hearing Exhibit(s) received from Defendant Re D.E. 184 Motion Hearing,,. Exhibit Numbers: Defendant's Evidentiary Haering Exhibits (drz) (Entered: 11/09/2021) |
| 11/09/2021 | 354 | CLERK'S Notice of Policy re Electronic Submission of Exhibit(s) sent to Plaintiff and Defendant Re D.E. 184 Motion Hearing,, 353 Clerk's Exhibit/Notices, 352 Clerk's Exhibit/Notices. Exhibit Numbers: Evidentiary Hearing Exhibits<br><br>Local Rule 5.3 provides that within ten (10) days of the conclusion of a hearing or trial, a party must file in CM/ECF an electronic version of most exhibits offered or introduced into evidence. Before electronically filing, the filer must redact any sensitive, confidential, or private information in accordance with Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and CM/ECF Administrative Procedures, Section 6, or seek an order from the Court either to seal the exhibit or to exempt the exhibit from electronic filing under subsection (b)(3)(C) of the rule. Failure to electronically file exhibits and the Certificate of Compliance Re Admitted Evidence within ten (10) days may result in the imposition of sanctions. The Local Rule, The Certificate of Compliance Re Admitted Evidence, and the Quick Reference Guide to Electronically Filing Trial Exhibits can be found on the Courts website: http://www.flsd.uscourts.gov (drz) (Entered: 11/09/2021) |
| 11/18/2021 | 355 | TRANSCRIPT of Trial Day One held on 10/15/2021 before Judge Rodney Smith, Volume Number 1 of 1, 1-78 pages, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/9/2021. Redacted Transcript Deadline set for 12/20/2021. Release of Transcript Restriction set for 2/16/2022. (Rassie, Ellen) (Entered: 11/18/2021) |
| 11/18/2021 | 356 | TRANSCRIPT of Trial Day Two held on 10/18/2021 before Judge Rodney Smith, Volume Number 1 of 1, 1-299 pages, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/9/2021. Redacted Transcript Deadline set for 12/20/2021. Release of Transcript Restriction set for 2/16/2022. (Rassie, Ellen) (Entered: 11/18/2021) |
| 11/18/2021 | 357 | TRANSCRIPT of Trial Day Three held on 10/19/2021 before Judge Rodney Smith, Volume Number 1 of 1, 1-259 pages, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/9/2021. Redacted Transcript Deadline set for 12/20/2021. Release of Transcript Restriction set for 2/16/2022. (Rassie, Ellen) (Entered: 11/18/2021) |

| | | |
|---|---|---|
| 11/18/2021 | 358 | TRANSCRIPT of Trial Day Four held on 10/20/2021 before Judge Rodney Smith, Volume Number 1 of 1, 1-324 pages, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/9/2021. Redacted Transcript Deadline set for 12/20/2021. Release of Transcript Restriction set for 2/16/2022. (Rassie, Ellen) (Entered: 11/18/2021) |
| 11/18/2021 | 359 | TRANSCRIPT of Trial Day Five held on 10/21/2021 before Judge Rodney Smith, Volume Number 1 of 1, 1-23 pages, Court Reporter: Ellen Rassie, 954-769-5448 / ellen_rassie@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/9/2021. Redacted Transcript Deadline set for 12/20/2021. Release of Transcript Restriction set for 2/16/2022. (Rassie, Ellen) (Entered: 11/18/2021) |
| 11/22/2021 | 360 | MOTION for New Trial by BPI Sports, LLC. (Attachments: # 1 Exhibit Trial Transcript, # 2 Exhibit Verdict Form, # 3 Exhibit Jury Questions)(Hillyer, Gregory) (Entered: 11/22/2021) |
| 11/22/2021 | 361 | Defendant's MOTION for Judgment as a Matter of Law *Under Rule 50(b) [redacted]* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Transcripts Day 1 of trial, # 2 Transcripts Day 2 of trial, # 3 Transcripts Day 3 of trial, # 4 Transcripts Day 4 of trial)(Barton, Ana) (Entered: 11/22/2021) |
| 11/23/2021 | 362 | Joint MOTION for Extension of Time TO FILE BILLS OF COSTS AND TO SERVE MOTIONS FOR ATTORNEYS FEES by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 12/7/2021 (Attachments: # 1 Text of Proposed Order)(Barton, Ana) (Entered: 11/23/2021) |
| 11/24/2021 | 363 | PAPERLESS ORDER GRANTING 362 Joint Motion for an Extension of Time to File Bill of Costs and to Serve Motions for Attorney's Fees. Accordingly, the deadline to present any Motion for Attorney's Fees and Related Nontaxable Expenses pursuant to Local Rule 7.3(a) and Bill of Costs pursuant to Local Rule 7.3(c) is extended to **December 1, 2021**. Signed by Magistrate Judge Alicia O. Valle on 11/24/2021. (js06) (Entered: 11/24/2021) |
| 11/29/2021 | 364 | Unopposed MOTION to Seal *Defendants' Renewed Motion for Judgment as a Matter of Law* per Local Rule 5.4 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order) (Barton, Ana) (Entered: 11/29/2021) |
| 12/01/2021 | 365 | MOTION to Tax Costs by BPI Sports, LLC. Responses due by 12/15/2021 (Attachments: # 1 Exhibit Invoices, # 2 Exhibit Invoices, # 3 Exhibit Bill of Costs)(Hillyer, Gregory) (Entered: 12/01/2021) |
| 12/01/2021 | 366 | Defendant's MOTION to Tax Costs *Pursuant to 28 U.S.C. 1920* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 12/15/2021 (Attachments: # 1 Exhibit Bill of Costs AO133, # 2 Exhibit itemization of costs, # 3 Exhibit invoices)(Barton, Ana) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/06/2021 | 367 | RESPONSE in Opposition re 361 Defendant's MOTION for Judgment as a Matter of Law *Under Rule 50(b) [redacted]* filed by BPI Sports, LLC. Replies due by 12/13/2021. (Attachments: # 1 Exhibit Deposition Designations)(Hillyer, Gregory) (Entered: 12/06/2021) |
| 12/06/2021 | 368 | RESPONSE in Opposition re 360 MOTION for New Trial filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Replies due by 12/13/2021. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit)(Barton, Ana) Modified on 12/7/2021 (drz). (Entered: 12/07/2021) |
| 12/07/2021 | 369 | RESPONSE in Opposition re 360 MOTION for New Trial filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Replies due by 12/14/2021. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Barton, Ana) (Entered: 12/07/2021) |
| 12/07/2021 | 370 | CLERK'S First Notice of Noncompliance: Failure to Electronically File Exhibit(s) sent to Plaintiff Re D.E. 352 Clerk's Exhibit/Notices. Exhibit Numbers: Plaintiff's Paper Evidentiary Exhibits Unless otherwise ordered by the Court, within ten (10) days of the conclusion of a hearing or trial, a party must file in the CM/ECF system (a) an electronic version of each documentary exhibit that the party offered or introduced into evidence and (b) a digital photograph of each non-documentary physical exhibit that the party offered or introduced into evidence. See Local Rule 5.3(b)(3) for exemptions to mandatory electronic filing. **Attorney(s)/Party(s) Plaintiff shall file exhibits and a certificate of compliance within three days.** Clerk - check for certificate of compliance on 12/13/2021. (drz) Modified on 12/7/2021 (drz). (Entered: 12/07/2021) |
| 12/07/2021 | 371 | CLERK'S First Notice of Noncompliance: Failure to Electronically File Exhibit(s) sent to Defendant Re D.E. 353 Clerk's Exhibit/Notices. Exhibit Numbers: Paper Evidentiary Exhibits Unless otherwise ordered by the Court, within ten (10) days of the conclusion of a hearing or trial, a party must file in the CM/ECF system (a) an electronic version of each documentary exhibit that the party offered or introduced into evidence and (b) a digital photograph of each non-documentary physical exhibit that the party offered or introduced into evidence. See Local Rule 5.3(b)(3) for exemptions to mandatory electronic filing. **Attorney(s)/Party(s) Defendant shall file exhibits and a certificate of compliance within three days.** Clerk - check for certificate of compliance on 12/13/2021. (drz) (Entered: 12/07/2021) |
| 12/07/2021 | 372 | CLERK'S Notice Directing Plaintiff's Counsel to Retrieve Plaintiff's Evidentiary Exhibit(s) sent to Plaintiff Re D.E. 144 Notice (Other),,,. Exhibit Numbers: Plaintiff's Evidentiary Hearing Exhibits **Attorney(s)/Party(s) Plaintiff shall retrieve original exhibits within five days.** For retrieval information, please contact the Clerks Office - Records Section of the U.S. Federal Building and Courthouse, 299 East Broward Boulevard #108, Fort Lauderdale, FL 33301, (954) 769-5400. (drz) (Entered: 12/07/2021) |
| 12/07/2021 | 373 | Clerks Notice of Docket Correction re 370 Clerk's Exhibit/Notices, 371 Clerk's Exhibit/Notices,. **Correction** Other. Clerk issued notice in error. Documents were filed by attorneys. (drz) (Entered: 12/07/2021) |

| | | |
|---|---|---|
| 12/07/2021 | 374 | CLERK'S Notice Directing Defendant's Counsel to Retrieve Defendant's Evidentiary Paper Exhibits sent to Defendant. Exhibit Numbers: Defendant's Evidentiary Paper Exhibits **Attorney(s)/Party(s) Defendant shall retrieve original exhibits within five days.** For retrieval information, please contact the Clerks Office - Records Section of the U.S. Federal Building and Courthouse, 299 East Broward Boulevard #108, Fort Lauderdale, FL 33301, (954) 769-5400. (drz) (Entered: 12/07/2021) |
| 12/08/2021 | 375 | Unopposed MOTION to Seal *Unredacted Opposition to Plaintiff's Motion for New Trial* per Local Rule 5.4 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order) (Barton, Ana) (Entered: 12/08/2021) |
| 12/09/2021 | 376 | Transcript Redaction Request re 356 Transcript,, 359 Transcript,, 358 Transcript,, 357 Transcript,, by attorney Ana Maria Barton (Barton, Ana) (Entered: 12/09/2021) |
| 12/10/2021 | 377 | CLERK'S Notice of Release of Defendant's Evidentiary Paper Exhibit(s) provided to Defendant Re D.E. 374 Clerk's Exhibit/Notices,,. Exhibit Numbers: Defendant's Evidentiary Paper Exhibits **Released to Attorney(s)/Party(s) Defendant.** (drz) (Entered: 12/13/2021) |
| 12/13/2021 | 378 | REPLY to Response to Motion re 360 MOTION for New Trial filed by BPI Sports, LLC. (Hillyer, Gregory) (Entered: 12/13/2021) |
| 12/13/2021 | 379 | RESPONSE in Support re 361 Defendant's MOTION for Judgment as a Matter of Law *Under Rule 50(b) [redacted]* filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Barton, Ana) (Entered: 12/13/2021) |
| 12/14/2021 | 380 | CERTIFICATE of Compliance Re Admitted Evidence for exhibit(s): 1-39, 40R & 41 *Re Hearing on Motion for Sanctions* by Javier Sobrado on behalf of BPI Sports, LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40R, # 41 Exhibit 41) (Sobrado, Javier) (Entered: 12/14/2021) |
| 12/14/2021 | 381 | CLERK'S Notice of Release of Plaintiff's Evidentiary Paper Exhibit(s) provided to Plaintiff Re D.E. 372 Clerk's Exhibit/Notices,, 380 Certificate of Compliance Re Admitted Evidence,,,. Exhibit Numbers: Plaintiff's Paper Exhibits **Released to Attorney(s)/Party(s) Plaintiff.** (drz) (Entered: 12/14/2021) |
| 12/15/2021 | 382 | RESPONSE in Opposition re 366 Defendant's MOTION to Tax Costs *Pursuant to 28 U.S.C. 1920* filed by BPI Sports, LLC. Replies due by 12/22/2021. (Hillyer, Gregory) (Entered: 12/15/2021) |

| | | |
|---|---|---|
| 12/15/2021 | 383 | RESPONSE in Opposition re 365 MOTION to Tax Costs filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Replies due by 12/22/2021. (Barton, Ana) (Entered: 12/15/2021) |
| 12/20/2021 | 384 | Unopposed MOTION to Seal *Unredacted Reply In Support of Defendants' Renewed Motion for Judgment as a Matter of Law* per Local Rule 5.4 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order) (Barton, Ana) (Entered: 12/20/2021) |
| 12/22/2021 | 385 | REPLY in Support re 366 Defendant's MOTION to Tax Costs *Pursuant to 28 U.S.C. 1920* filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Barton, Ana) (Entered: 12/22/2021) |
| 12/23/2021 | 386 | MOTION for Attorney Fees *[Selected Exhibits Redacted]* by BPI Sports, LLC. Responses due by 1/6/2022 (Attachments: # 1 Affidavit Declaration, # 2 Exhibit 1-10 (Correspondence), # 3 Exhibit 11-20 (Correspondence), # 4 Exhibit 21-30 (Correspondence), # 5 Exhibit 31-40 (Correspondence), # 6 Exhibit 41-50 (Correspondence), # 7 Exhibit 51-60 (Correspondence), # 8 Exhibit 61-70 (Correspondence), # 9 Exhibit 71-80 (Correspondence), # 10 Exhibit 81-87 (Correspondence))(Hillyer, Gregory) (Entered: 12/23/2021) |
| 12/23/2021 | | SYSTEM ENTRY - Docket Entry 387 [motion] restricted/sealed until further notice. (pes) (Entered: 01/03/2022) |
| 12/29/2021 | 388 | Unopposed MOTION to Seal *Exhibits 1, 27, 30, 35, 36, 37, 38 and 67 to Motion for Attorneys' Fees* per Local Rule 5.4 by BPI Sports, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order) (Hillyer, Gregory) (Entered: 12/29/2021) |
| 12/30/2021 | 389 | EXPEDITED MOTION to Seal Docket Entry 387 re 387 MOTION for Attorney Fees *and Sanctions* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order) (Barton, Ana) (Entered: 12/30/2021) |
| 12/31/2021 | 390 | PAPERLESS ORDER GRANTING 389 Defendants' Unopposed Motion to Seal and for Leave to File Under Seal Unredacted Supporting Exhibits. Accordingly, the Clerk is directed to immediately seal 387 Defendants' Motion for Attorney's Fees and Sanctions, which shall remain sealed until further order of the Court. Furthermore, by **January 4, 2022**, Defendants shall file: (i) an unsealed, redacted version of 387 ; and (ii) a sealed, unredacted version of [387-4] Exhibit 40. Signed by Magistrate Judge Alicia O. Valle on 12/31/2021. (js06) (Entered: 12/31/2021) |
| 01/03/2022 | 391 | CLERK'S NOTICE of Compliance re 390 Order. Docket entry 387 is sealed per order. (pes) (Entered: 01/03/2022) |
| 01/04/2022 | 392 | MOTION for Attorney Fees *and Sanctions (REDACTED)* re 387 390 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 1/18/2022 (Attachments: # 1 Decl. of Matthew J. Dowd, # 2 Decl. of Robert J. Scheffel, # 3 Exhibits 1-20, # 4 Exhibits 21-42, # 5 Exhibits 48-53, # 6 Exhibits 75-95, # 7 Exhibits 96-101, # 8 Text of Proposed Order)(Barton, Ana) (Entered: 01/04/2022) |
| 01/04/2022 | | SYSTEM ENTRY - Docket Entry 393 [misc] restricted/sealed until further notice. (1562480) (Entered: 01/04/2022) |
| 01/06/2022 | 394 | Joint MOTION for Extension of Time to File Response/Reply/Answer as to 392 MOTION for Attorney Fees *and* |

| | | |
|---|---|---|
| | | *Sanctions (REDACTED) re 387 390* , [386](#) MOTION for Attorney Fees *[Selected Exhibits Redacted]* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # [1](#) Affidavit, # [2](#) Text of Proposed Order)(Barton, Ana) (Entered: 01/06/2022) |
| 01/10/2022 | 395 | PAPERLESS ORDER GRANTING [394](#) the parties' Joint Motion for Extension of Time to File Oppositions to the Motions for Attorneys' Fees. Accordingly, the parties shall file their respective Responses to the [386](#) , 387 Motions for Attorneys' Fees by **January 13, 2022**. If necessary, the parties shall file their respective Replies to the Responses to the Motions for Attorneys' Fees by **January 20, 2022**. Signed by Magistrate Judge Alicia O. Valle on 1/10/2022. (js06) (Entered: 01/10/2022) |
| 01/10/2022 | 396 | PAPERLESS ORDER GRANTING [388](#) Plaintiff's Unopposed Motion for Leave to File Under Seal Exhibits to Plaintiff's [386](#) Motion for Attorney's Fees. Accordingly, Exhibits 1, 27, 30, 35, 36, 37, 38, and 67 to [386](#) Plaintiff's Motion for Attorney's Fees shall be sealed and remain sealed until further order of the Court. Signed by Magistrate Judge Alicia O. Valle on 1/10/2022. (js06) (Entered: 01/10/2022) |
| 01/10/2022 | | SYSTEM ENTRY - Docket Entry 397 [misc] restricted/sealed until further notice. (941010) (Entered: 01/10/2022) |
| 01/13/2022 | [398](#) | RESPONSE in Opposition re [392](#) MOTION for Attorney Fees *and Sanctions (REDACTED) re 387 390* filed by BPI Sports, LLC. Replies due by 1/20/2022. (Attachments: # [1](#) Exhibit Meet and Confer, # [2](#) Exhibit Email, # [3](#) Exhibit Proposed Motion, # [4](#) Exhibit Letter, # [5](#) Exhibit Instagram, # [6](#) Exhibit Email, # [7](#) Exhibit Objections, # [8](#) Exhibit Objections)(Hillyer, Gregory) (Entered: 01/13/2022) |
| 01/13/2022 | [399](#) | RESPONSE in Opposition re [386](#) MOTION for Attorney Fees *[Selected Exhibits Redacted]* filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Replies due by 1/20/2022. (Attachments: # [1](#) Affidavit, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6, # [8](#) Exhibit 7, # [9](#) Exhibit 8, # [10](#) Exhibit 9, # [11](#) Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12, # [14](#) Exhibit 13)(Barton, Ana) (Entered: 01/13/2022) |
| 01/14/2022 | [400](#) | Defendant's MOTION to Seal *399 Opposition and Exhibit to Plaintiff BPI Sports, LLC's Motion for Attorneys' Fees* per Local Rule 5.4 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # [1](#) Text of Proposed Order) (Barton, Ana) (Entered: 01/14/2022) |
| 01/17/2022 | 401 | PAPERLESS ORDER GRANTING [400](#) Defendants' Unopposed Motion to Seal Opposition and Exhibit to Plaintiff BPI Sports, LLC's Motion for Attorneys' Fees [D.E. 399]. Accordingly, by **January 21, 2022**, Defendants shall file a sealed, unredacted version of [399](#) and [399-4]. Both filings shall remain sealed until further order of the Court. Signed by Magistrate Judge Alicia O. Valle on 1/17/2022. (js06) (Entered: 01/17/2022) |
| 01/19/2022 | | SYSTEM ENTRY - Docket Entry 402 [misc] restricted/sealed until further notice. (1562480) (Entered: 01/19/2022) |
| 01/20/2022 | [403](#) | REPLY to Response to Motion re [386](#) MOTION for Attorney Fees *[Selected Exhibits Redacted]* filed by BPI Sports, LLC. (Attachments: # [1](#) Exhibit Annotated (redline) of Exhibit 13)(Hillyer, Gregory) (Entered: 01/20/2022) |

| | | |
|---|---|---|
| 01/20/2022 | 404 | REPLY to Response to Motion re 392 MOTION for Attorney Fees *and Sanctions (REDACTED) re 387 390* filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Barton, Ana) (Entered: 01/20/2022) |
| 01/26/2022 | 405 | Defendant's MOTION to Seal per Local Rule 5.4 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order) (Barton, Ana) (Entered: 01/26/2022) |
| 02/10/2022 | | Civil Case Terminated. Closing Case. Per Chambers - See Order ECF No. 333 FINAL JUDGMENT. (sk) (Entered: 02/10/2022) |
| 05/04/2022 | 406 | ORDER ON MOTIONS FOR FEES AND COSTS. Signed by Magistrate Judge Alicia O. Valle on 5/4/2022. *See attached document for full details.* (js06) (Entered: 05/04/2022) |
| 05/05/2022 | 407 | PAPERLESS ORDER GRANTING 364 Defendants' Unopposed Motion for Leave to File Renewed Motion for Judgment as a Matter of Law under Seal. Signed by Judge Rodney Smith on 5/5/2022. (zgs) (Entered: 05/05/2022) |
| 05/05/2022 | 408 | PAPERLESS ORDER GRANTING 375 Defendants' Unopposed Motion for Leave to File under Seal Defendants' Opposition to Plaintiff's Motion for a New Trial. Signed by Judge Rodney Smith on 5/5/2022. (zgs) (Entered: 05/05/2022) |
| 05/05/2022 | 409 | PAPERLESS ORDER GRANTING 384 Defendants' Motion for Leave to File Under Seal Defendants' Reply in Support of Their Renewed Motion for Judgment as a Matter of Law. Signed by Judge Rodney Smith on 5/5/2022. (zgs) (Entered: 05/05/2022) |
| 05/05/2022 | 410 | ORDER GRANTING JOINT MOTION TO SEAL. ORDER granting 339 Motion to Seal. Signed by Judge Rodney Smith on 5/5/2022. *See attached document for full details.* (amb) (Entered: 05/05/2022) |
| 05/12/2022 | | SYSTEM ENTRY - Docket Entry 411 [misc] restricted/sealed until further notice. (1562480) (Entered: 05/12/2022) |
| 05/18/2022 | | SYSTEM ENTRY - Docket Entry 412 [misc] restricted/sealed until further notice. (1562480) (Entered: 05/18/2022) |
| 05/18/2022 | | SYSTEM ENTRY - Docket Entry 413 [misc] restricted/sealed until further notice. (1562480) (Entered: 05/18/2022) |
| 05/18/2022 | | SYSTEM ENTRY - Docket Entry 414 [misc] restricted/sealed until further notice. (1562480) (Entered: 05/18/2022) |
| 08/18/2022 | 415 | NOTICE of Change of Address, Email or Law Firm Name by Ana Maria Barton (Barton, Ana) (Entered: 08/18/2022) |
| 09/30/2022 | 416 | PAPERLESS ORDER denying 361 Motion for Judgment as a Matter of Law. Defendants filed a renewed motion for judgment as a matter of law under Federal Rule of Civil Procedure Rule 50(b) arguing that Plaintiff failed to prove the elements of unfair competition and false advertising under the applicable law as relates to Defendants conduct. Under Rule 50(b), a partys renewed motion for judgment as a matter of law brought after a jury has returned a verdict should only be granted if there is no legally sufficient evidentiary basis for a reasonable jury to find for the non-moving party. Chaney v. City of Orlando, 483 F.3d 1221, 1227 (11th Cir. 2007). In considering whether the verdict is supported by |

| | | |
|---|---|---|
| | | sufficient evidence, the court must evaluate all the evidence, together with any logical inferences, in the light most favorable to the non-moving party. McGinnis v. Am. Home Mortg. Servicing, Inc., 817 F.3d 1241, 1254 (11th Cir. 2016). The Eleventh Circuit has advised that [i]t is the jurys task not [the courts] to weigh conflicting evidence and inferences and determine the credibility of witnesses. Chaney, 483 F.3d at 1254.The Court finds that there is a legally sufficient evidentiary basis for a reasonable jury to find for Plaintiff BPI Sports, LLC on Count I (false advertising under the Lanham Act) and Count II (unfair competition under Florida law) of Plaintiffs Amended Complaint. Plaintiff presented sufficient evidence that Defendants false advertisement was literally false, that it was material to consumers purchasing decisions, and that it resulted in harm to Plaintiff. Similarly, Plaintiff presented evidence sufficient to establish all elements of its unfair competition claim, including evidence showing a likelihood of consumer confusion and of Defendants deceptive behavior. For these reasons and for those stated in the Opposition, it is hereby ORDERED that Defendants Renewed Motion for Judgment as a Matter of Law Under Rule 50(b) is DENIED. Signed by Judge Rodney Smith on 9/30/2022. (agy) (Entered: 09/30/2022) |
| 09/30/2022 | 417 | ORDER DENYING 360 Plaintiff's Motion for New Trial. Signed by Judge Rodney Smith on 9/30/2022. *See attached document for full details.* (caw) (Entered: 09/30/2022) |
| 10/10/2022 | 418 | MOTION to Withdraw as Attorney by Ana M. Barton for / by Ronald L. Kramer, ThermoLife International LLC. Responses due by 10/24/2022 (Attachments: # 1 Text of Proposed Order)(Barton, Ana) (Entered: 10/10/2022) |
| 10/11/2022 | 419 | PAPERLESS ORDER granting 418 Motion to Withdraw as Attorney. Ana Maria Barton representing ThermoLife International LLC (Defendant) and Kramer, Ronald L. (Defendant) and Muscle Beach Nutrition LLC (Defendant); withdrawn from case. Signed by Judge Rodney Smith on 10/11/2022. (agy) (Entered: 10/11/2022) |
| 10/12/2022 | 420 | Notice of Appeal as to 416 Order on Motion for Judgment as a Matter of Law,,,,,,,, by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Filing fee $ 505.00 receipt number AFLSDC-16017913. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Mullins, Edward) (Entered: 10/12/2022) |
| 10/13/2022 | | Transmission of Notice of Appeal, Order under appeal and Docket Sheet to US Court of Appeals for the Federal Circuit re 420 Notice of Appeal. Notice has been electronically mailed. (jes) Modified text on 10/13/2022 (jes). (Entered: 10/13/2022) |
| 10/20/2022 | 421 | Renewed MOTION to Tax Costs by BPI Sports, LLC. Responses due by 11/3/2022 (Attachments: # 1 Exhibit Invoices, # 2 Exhibit Invoices, # 3 Exhibit Bill of Costs)(Hillyer, Gregory) (Entered: 10/20/2022) |
| 10/20/2022 | 422 | ORDER of USCA. This appeal was erroneously docketed as to Thermolife International, LLC., Ronald L. Kramer and Muscle Beach Nutrition LLC by the Eleventh Circuit Court of Appeals and is hereby dismissed RE 420 Notice of Appeal, filed by Muscle Beach Nutrition LLC, ThermoLife International LLC, Ronald L. Kramer. USCA # 22-13424-B. (DE 420 - NOA was forwarded to Federal Circuit and error was corrected). (jes) (Entered: 10/20/2022) |

| | | |
|---|---|---|
| 10/20/2022 | 423 | Renewed MOTION for Attorney Fees *[Selected Exhibits Redacted]* by BPI Sports, LLC. Responses due by 11/3/2022 (Attachments: # 1 Affidavit Declaration, # 2 Exhibit 1-10 (Correspondence), # 3 Exhibit 11-20 (Correspondence), # 4 Exhibit 21-30 (Correspondence), # 5 Exhibit 31-40 (Correspondence), # 6 Exhibit 41-50 (Correspondence), # 7 Exhibit 51-60 (Correspondence), # 8 Exhibit 61-70 (Correspondence), # 9 Exhibit 71-80 (Correspondence), # 10 Exhibit 81-87 (Correspondence), # 11 Exhibit 88 (Order))(Hillyer, Gregory) (Entered: 10/20/2022) |
| 10/20/2022 | | SYSTEM ENTRY - Docket Entry 424 [misc] restricted/sealed until further notice. (941010) (Entered: 10/20/2022) |
| 10/21/2022 | 425 | Clerk's Notice to Filer re 424 Sealed Document. Document Not Captioned. In the Future the Filer must File a Notice of Filing with the attached Exhibit with the proper caption pursuant to Local Rules. It is not necessary to refile this document. (kpe) (Entered: 10/21/2022) |
| 10/21/2022 | 426 | Renewed MOTION to Tax Costs by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 11/4/2022 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Mullins, Edward) (Entered: 10/21/2022) |
| 10/21/2022 | 427 | Renewed MOTION to Tax Costs *Pursuant to 28 U.S.C. § 1920* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 11/4/2022 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Mullins, Edward) (Entered: 10/21/2022) |
| 10/21/2022 | 428 | Renewed MOTION for Attorney Fees *and Sanctions* by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Responses due by 11/4/2022 (Attachments: # 1 Declaration of Matthew Dowd, # 2 Declaration of Robert Scheffel, # 3 Text of Proposed Order, # 4 Ex. 1-20, # 5 Ex. 21-42, # 6 Ex. 48-53, # 7 Ex. 75-95, # 8 Ex. 96-101) (Mullins, Edward) (Entered: 10/21/2022) |
| 10/21/2022 | 429 | MOTION to Seal *[DE 428] Defendants' Renewed Motion for Attorney's Fees and Sanctions and [DE 428-5] Exhibit 40 Thereto* per Local Rule 5.4 by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Text of Proposed Order) (Mullins, Edward) (Entered: 10/21/2022) |
| 10/21/2022 | 430 | Acknowledgment of Receipt of NOA from USCA Federal Circuit re 420 Notice of Appeal, filed by Muscle Beach Nutrition LLC, ThermoLife International LLC, Ronald L. Kramer. Date received by USCA: 10/21/2022. USCA Federal Circuit Case Number: 23-1068. (jes) (Entered: 10/24/2022) |
| 10/25/2022 | 431 | ORDER ON RENEWED MOTIONS FOR FEES AND COSTS. Signed by Magistrate Judge Alicia O. Valle on 10/25/2022. *See attached document for full details.* (jve) (Entered: 10/25/2022) |
| 10/25/2022 | 432 | Notice of Cross Appeal as to 417 Order on Motion for New Trial by BPI Sports, LLC. Filing fee $ 505.00 receipt number AFLSDC-16051420. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Hillyer, Gregory) (Entered: 10/25/2022) |

| 10/25/2022 | 🔒 | (Court only) ***Motions terminated Per Chambers - See ECF No. 431 ORDER ON RENEWED MOTIONS FOR FEES AND COSTS: 428 Renewed MOTION for Attorney Fees *and Sanctions* filed by Muscle Beach Nutrition LLC, ThermoLife International LLC, Ronald L. Kramer, 421 Renewed MOTION to Tax Costs filed by BPI Sports, LLC, 423 Renewed MOTION for Attorney Fees *[Selected Exhibits Redacted]* filed by BPI Sports, LLC, 426 Renewed MOTION to Tax Costs filed by Muscle Beach Nutrition LLC, ThermoLife International LLC, Ronald L. Kramer, 427 Renewed MOTION to Tax Costs *Pursuant to 28 U.S.C. § 1920* filed by Muscle Beach Nutrition LLC, ThermoLife International LLC, Ronald L. Kramer, 429 MOTION to Seal *[DE 428] Defendants' Renewed Motion for Attorney's Fees and Sanctions and [DE 428-5] Exhibit 40 Thereto* per Local Rule 5.4 filed by Muscle Beach Nutrition LLC, ThermoLife International LLC, Ronald L. Kramer. (sk) (Entered: 10/25/2022) |
| --- | --- | --- |
| 10/25/2022 | 433 | Defendant's MOTION UNDER RULE 60(b) re 226 REPORT AND RECOMMENDATIONS re 143 SEALED MOTION *For Terminating and Monetary Sanctions* filed by BPI Sports, LLC Recommending that 143 Plaintiffs Motion for Terminating and Monetary Sanctions be granted in part.., 333 Judgment, 252 Order Adopting Report and Recommendations,, Order on Report and Recommendations, by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Text of Proposed Order)(Mullins, Edward) (Entered: 10/25/2022) |
| 10/26/2022 | | Transmission of Notice of Cross Appeal, Order under appeal and Docket Sheet to US Court of Appeals for the Federal Circuit RE: 432 Notice of Cross Appeal. Notice has been electronically mailed. (jes) Modified text on 10/26/2022 (jes). Modified on 10/26/2022 (jes). (Entered: 10/26/2022) |
| 10/26/2022 | 🔒 | (Court only) ***Motion No Longer Referred: 433 Defendant's MOTION UNDER RULE 60(b) re 226 REPORT AND RECOMMENDATIONS re 143 SEALED MOTION *For Terminating and Monetary Sanctions* filed by BPI Sports, LLC Recommending that 143 Plaintiffs Motion for Terminating and Monetary (jve) (Entered: 10/26/2022) |
| 11/02/2022 | 436 | Acknowledgment of Receipt of NOA from USCA Federal Circuit RE: 432 Notice of Cross Appeal, filed by BPI Sports, LLC. Date received by USCA Federal Circuit: 11/02/2022. USCA Federal Circuit Case Number: 23-1112. (jes) (Entered: 11/16/2022) |
| 11/08/2022 | 434 | RESPONSE in Opposition re 433 Defendant's MOTION UNDER RULE 60(b) re 226 REPORT AND RECOMMENDATIONS re 143 SEALED MOTION *For Terminating and Monetary Sanctions* filed by BPI Sports, LLC Recommending that 143 Plaintiffs Motion for Terminating and Monetary filed by BPI Sports, LLC. Replies due by 11/15/2022. (Attachments: # 1 Exhibit Emails)(Hillyer, Gregory) (Entered: 11/08/2022) |
| 11/09/2022 | 435 | Corrected RESPONSE in Opposition re 433 Defendant's MOTION UNDER RULE 60(b) re 226 REPORT AND RECOMMENDATIONS re 143 SEALED MOTION *For Terminating and Monetary Sanctions* filed by BPI Sports, LLC Recommending that 143 Plaintiffs Motion for Terminating and Monetary *[CORRECTED]* filed by BPI Sports, LLC. Replies due by 11/16/2022. (Attachments: # 1 Exhibit Emails)(Hillyer, Gregory) (Entered: 11/09/2022) |
| 11/16/2022 | 437 | RESPONSE in Support re 433 Defendant's MOTION UNDER RULE 60(b) re 226 REPORT AND RECOMMENDATIONS re 143 SEALED MOTION *For Terminating and Monetary Sanctions* filed by BPI Sports, LLC |

| | | |
|---|---|---|
| | | Recommending that 143 Plaintiffs Motion for Terminating and Monetary filed by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. (Mullins, Edward) (Entered: 11/16/2022) |
| 02/14/2023 | 438 | PAPERLESS ORDER denying 433 Defendants' Motion for Relief Under Rule 60(b). Defendants' Motion is brought pursuant to Federal Rule of Civil Procedure 60(b)(1) and 60(b)(3), and seeks relief from Court Orders entered on July 14, 2021 and October 25, 2021. Under Rule 60(c), "a motion under Rule 60(b) must be made within a reasonable time and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding." Defendants Motion is thus untimely: the portion of the Motion that seeks relief from the Court's July 14, 2021 Order is brought over a year after the entry of that Order, and the portion of the Motion that seeks relief from the Final Judgment entered on October 25, 2021 is not made within a reasonable time after the entry of Final Judgment. For these reasons, Defendants Motion shall be DENIED. SO ORDERED. Signed by Judge Rodney Smith on 2/14/2023. (agy) (Entered: 02/14/2023) |
| 03/10/2023 | 439 | NOTICE by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC re 438 Order on Motion for Miscellaneous Relief,,, *TO APPEAL TO THE FEDERAL CIRCUIT* (Mullins, Edward) (Entered: 03/10/2023) |
| 03/10/2023 | 440 | Notice of Appeal re 438 Order on Motion for Miscellaneous Relief, by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC. Filing fee $ 505.00 (NOT PAID). Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the United States Court of Appeals for the Federal Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (jes) Modified text on 3/10/2023 (jes). **SEE DE 439 FOR IMAGE]. (Entered: 03/10/2023)** |
| 03/10/2023 | 441 | Clerk's Notice to Filer re 439 Notice (Other). **Notice of Appeal Requires a Fee**; CORRECTIVE ACTION REQUIRED Appellate Filing Fee Not Paid. The Filer must file a Notice of Compliance of Filing Fee-Notice of Appeal and electronically pay the correct fee of $505.00 within 24 hrs of this notice.**Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see DE 440 . It is not necessary to refile this document. (jes) (Entered: 03/10/2023) |
| 03/10/2023 | 442 | Notice of Compliance of Filing Fees $505.00, receipt number AFLSDC-16417431 - Notice of Appeal by Ronald L. Kramer, Muscle Beach Nutrition LLC, ThermoLife International LLC re 441 Clerk's Notice of Docket Correction and Instruction to Filer - Attorney, (Mullins, Edward) (Entered: 03/10/2023) |
| 03/10/2023 | | Transmission of Notice of Appeal, Order under appeal and Docket Sheet to US Court of Appeals for the Federal Circuit re 440 Notice of Appeal. Notice has been electronically mailed. (jes) (Entered: 03/10/2023) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CIV-60505-SMITH/VALLE

BPI SPORTS, LLC,

      Plaintiff,

v.

THERMOLIFE INTERNATIONAL, LLC,
MUSCLE BEACH NUTRITION LLC, and
RONALD L. KRAMER,

      Defendants.

_____

## REPORT AND RECOMMENDATION TO DISTRICT JUDGE

THIS CAUSE is before this Court on Plaintiff BPI Sports, LLC's Motion for Terminating and Monetary Sanctions (the "Motion"). (ECF No. 143). U.S. District Judge Rodney Smith referred the Motion to the undersigned for a Report and Recommendation. (ECF No. 152).

Accordingly, having reviewed the Motion, Defendants' response (ECF No. 151), Plaintiff's reply (ECF No. 159), having held an evidentiary hearing, and being otherwise fully advised in the premises, the undersigned respectfully recommends that the Motion be **GRANTED IN PART** for the reasons set forth below.[1]

---

[1] On November 18, 2020, the undersigned held a four-hour evidentiary hearing on this Motion and also on Plaintiff's Third Motion to Compel (as defined below), (ECF No. 148). (ECF No. 184) (11/18/20 hearing minutes); *see also* (ECF No. 192) (11/18/20 hearing transcript) ("Sanctions Hr'g Tr."). In advance of the hearing, the parties filed a Joint Stipulation, agreeing to the admissibility of Plaintiff's pre-marked exhibits (Pl. Exhs. 1-39, 41), Defendants' pre-marked exhibits (Def. Exhs 1-22), and Exhibit 40-Rev, all of which the Court admitted into evidence during the hearing. *See* (ECF No. 179) (Joint Stipulation); (Sanctions Hr'g Tr. 7:7-14). The parties also agreed to forego live witness testimony and rely instead on the deposition transcript of Defendant Kramer. (ECF No. 179); (Pl. Exh. 33)(the "Kramer Dep.").

# I.     THE MOTION FOR SANCTIONS

On September 24, 2020, Plaintiff filed the instant Motion for Sanctions.  (ECF No. 143).

In the Motion, Plaintiff seeks sanctions against Defendants and their attorney Gregory Collins

based on: (i) Defendant Ronald Kramer's ("Kramer") creation of a License Agreement (as further

defined below) on March 9, 2020 for use in the litigation; (ii) Defendants' production of allegedly

false financials that under-report Defendant Muscle Beach Nutrition's (as defined below) profits

by deducting costs paid for by Defendant ThermoLife International, LLC ("ThermoLife");

(iii) attorney Collins' allegedly perjured statements in two declarations filed with the Court, *see*

(ECF Nos. 65-1 and 69-1); (iv) attorney Collins' overall conduct during the proceedings (including

bullying, yelling, making threats and intimidating tactics during deposition and meet and confers,

and emailing a purportedly unjustified Rule 11 motion that was never filed); (v) Defendants'

overall litigation conduct (including discovery obfuscation and alleged forum shopping in another

lawsuit filed by ThermoLife against Plaintiff); and (vi) Defendant Kramer's conduct at an

unrelated patent hearing (including alleged threats, intimidation, and bullying).  *See generally*

(ECF No. 143).

Based on these purported procedural and substantive abuses, Plaintiff asks the Court to

enter a default judgment against Defendants and sanction attorney Collins, pursuant to the Court's

inherent powers, 28 U.S.C. § 1927, and/or Federal Rule of Civil Procedure 37.[2]  (ECF No. 143

at 5, 21-26).   Plaintiff argues that no sanction short of default will adequately remedy the

---

[2] Plaintiff also requests fees and costs under Rule 54(d)(2)(B).  *Id.*  Additionally, on October 14, 2020, Plaintiff filed a separate motion to compel production of documents responsive to BPI's Third Set of Requests for Production to Defendants.  (ECF No. 148) ("Plaintiff's Third Motion to Compel").  In the Third Motion to Compel, Plaintiff seeks to obtain communications between Defendants and their counsel under the crime-fraud exception to the attorney-client privilege regarding the circumstances surrounding the creation of the License Agreement document.  *Id.* The undersigned will address Plaintiff's Third Motion to Compel by separate order.

cumulative effect of these abuses, which render Defendants' evidence generally untrustworthy and tarnish the integrity of the judicial proceedings. (Sanctions Hr'g Tr. 36:24-37:8, 37:16-21).

In response, Defendants assert that they have not violated any court orders, have provided all discovery, Plaintiff has not suffered any prejudice, and there is simply no sanctionable conduct under any of the rules or the Court's inherent powers. (ECF No. 151 at 2-3). As to Plaintiff's allegation that Defendants manufactured the License Agreement during the litigation, Defendants argue that Defendant Kramer simply "memorialized" a pre-existing oral/implied agreement, which is a common practice in intellectual property cases, so that no fraud was committed on Plaintiff or the Court. *Id.* at 7-10.

This Report will focus on whether Defendant Kramer and his attorney acted in bad faith in creating the License Agreement for use in this litigation. A finding of bad faith unlocks this Court's "inherent powers" to sanction parties and attorneys who knowingly perpetrate a fraud on the Court. *Chambers v. NASCO Inc.*, 501 U.S. 32, 43-51 (1991); *Barnes v. Dalton*, 158 F.3d 1212, 1214 (S.D. Fla. 1998). Here, as discussed more fully below, the undersigned finds that the circumstances surrounding the creation of the License Agreement, coupled with its seemingly innocuous production during discovery and Defendants' subsequent tactical attempts to stimy discovery on this issue, provide clear and convincing evidence of Defendants' bad faith so as to warrant the imposition of sanctions pursuant to the Court's inherent powers.

Nevertheless, the undersigned finds that sanctions are not warranted in connection with the other alleged misconduct, singly or in combination. Specifically, the undersigned finds that: (i) questions regarding the accuracy of the Muscle Beach financials can adequately be addressed through cross-examination and impeachment at trial; (ii) attorney Collins' statements in two Declarations filed with the Court, *see* (ECF Nos. 65-1 and 69-1), do not rise to the level of perjury;

and (iii) attorney Collins' and Defendant Kramer's individual conduct and overall litigation strategy may not be a model for civility, but do not warrant the extreme sanction Plaintiff requests. Thus, Plaintiff's Motion is denied as to these allegations.

## II.     RELEVANT PROCEDURAL BACKGROUND

This case has a long litigation history, which is accurately stated in the Motion and Defendants' response and will not be recounted here. *See generally* (ECF Nos. 143, 151); *see also* (ECF Nos. 181, 182 at 2) (Plaintiff's Chronology of Events, to which Defendants do not substantively object). In summary, Plaintiff filed the initial Complaint in February 2019 alleging claims under the Lanham Act, 15 U.S.C. § 1125(a), unfair competition, trade libel, libel per se, and tortious interference with business relations. (ECF No. 1). In April 2020, Plaintiff filed its Amended Complaint. (ECF No. 12). Subsequently, Defendants ThermoLife and Kramer moved to dismiss the Amended Complaint, arguing *inter alia* that the allegations in the Amended Complaint related to Muscle Beach Nutrition LLC ("Muscle Beach"), one of ThermoLife's licensees, and not to Defendants ThermoLife and Kramer. (ECF No. 16 at 3, 4, 8) (generally alleging that BPI was, in effect, suing the wrong company).

On June 5, 2020, following a partial grant of Defendants' motion to dismiss the Amended Complaint and upon obtaining leave of Court, *see* (ECF Nos. 37, 91), Plaintiff filed the Second Amended Complaint ("SAC"), which remains the operative pleading. (ECF No. 92). Notably, the SAC added Defendant Muscle Beach as a party to the action. The SAC alleges violations of the Lanham Act, unfair competition, and false patent marketing against all Defendants. *Id.* ¶¶ 115-136.

On June 10, 2020, five days after the filing of the SAC, Defendants filed an Expedited Request for a Telephonic Status Conference with the District Judge. *See* (ECF No. 98) (the

"Expedited Request"). In the Expedited Request, Defendants ThermoLife and Kramer advised the District Judge that they had agreed to "indemnify, defend, and hold harmless" Muscle Beach and agreed to be "held jointly and severally liable for any judgment against [Muscle Beach] in order to streamline this action including any remaining discovery and the issues for trial," contingent upon the Court maintaining the then-existing pretrial schedule, despite the filing of the SAC. (ECF No. 98 at 2-4). On June 16, 2020, the District Judge denied the Expedited Request, stating, in part, "consistent with the Rules, Plaintiff is entitled to discovery; Defendants cannot unilaterally limit Plaintiff's discovery rights. In sum, regardless of any indemnification agreement between Defendants, Defendants must comply with rules and law governing this action." (ECF No. 108).

On June 18, 2020, two days after the District Court' rejection of ThermoLife and Kramer's attempt to limit the scope of discovery by offering to indemnify and hold Muscle Beach harmless, Defendants ThermoLife and Kramer filed their Answer and Affirmative Defenses ("Answer") to the SAC. (ECF No. 113). Defendant Muscle Beach separately filed its Answer to the SAC on July 7, 2020. (ECF No. 135). Relevant to the instant Motion, after having spent months arguing that Muscle Beach was a separate entity and that Plaintiff had sued the wrong entities, Defendants' Answers admitted that "ThermoLife and Muscle Beach are alter egos of each other, with ThermoLife controlling Muscle Beach." (ECF Nos. 113 ¶¶ 64 n.1, 68 n.2, 135 ¶¶ 64 n.1, 68 n.2).

### III.   RELEVANT DISCOVERY MOTIONS

Plaintiff's current Motion is the latest in a series of motions aimed at obtaining documents relevant to a purported license agreement between ThermoLife and Muscle Beach. The relevant discovery requests and resulting motions to compel are summarized below.

*First Request for Production to Defendants ThermoLife and Kramer and*
*Subpoena to then Non-Party Muscle Beach*

In February 2020, Plaintiff served its First Requests for Production ("RFP") on Defendants ThermoLife and Kramer. *See* (ECF Nos. 62 at 2, 62-2, 181 at 2). Specifically, RFP No. 11 to ThermoLife requested the production of "[a]ll licenses to the ThermoLife patents, including licenses with any of the third parties named (or the associated products listed) on http://www.no3-t.com/patents/ or docket entry number 22-5." (ECF No. 62-2 at 20). In response, on March 20, 2020, ThermoLife, through its attorney Collins, produced a document titled "Purchase and License Agreement," purporting to be the License Agreement between ThermoLife and Muscle Beach (the "License Agreement"). (ECF Nos. 143-1, 181 at 2). The License Agreement listed an effective date of March 16, 2017, but was otherwise undated and signed by Defendant Kramer on behalf of both companies. *See* (ECF No. 143-1); (Sanctions Hr'g Tr. 20:5-9). Notably, nothing in the License Agreement or ThermoLife's written response to RFP No. 11 alerted Plaintiff that the License Agreement was, in fact, created during this litigation on March 9, 2020 by Defendant Kramer purportedly to "memorialize" a pre-existing oral/implied license between ThermoLife and Muscle Beach. (ECF No. 143-1); (Sanctions Hr'g Tr. 19:4-24).

Relatedly, on February 21, 2020, Plaintiff served a subpoena on then non-party Muscle Beach requesting production of any license agreements with ThermoLife. (ECF No. 181 at 2). On April 2, 2020, Muscle Beach's attorney Matthew Wolf produced a second copy of the License Agreement that had been previously produced by attorney Collins on behalf of ThermoLife. (Sanctions Hr'g Tr. 26:7-13); *see also* (Pl. Exh. 4).

*Second Discovery Requests to ThermoLife and Kramer*

On April 3, 2020, Plaintiff propounded its Second Set of Discovery Requests to Defendants ThermoLife and Kramer. (ECF Nos. 87-2, 97 at 3, 181 at 2). The goal of these requests was,

among other things, to obtain additional information regarding the relationship between ThermoLife and then non-party Muscle Beach, including electronic discovery regarding the License Agreement that had been produced in March 2020. (ECF No. 87 at 2-5). For example, in RFP Nos. 1-3, Plaintiff sought native files (including Word and PDF versions) of the License Agreement and the underlying metadata. *Id*. at 6. Interrogatory No. 1 sought basic information about the circumstances surrounding the creation and execution of this document (author, date, signatory, place, and witnesses). *Id*. Defendants refused to provide discovery, objecting that this discovery "[was] not relevant to any claim or defense in this action" because Plaintiff had not pled alter ego and "[Muscle Beach] is not a party to this lawsuit." (ECF No. 89 at 8-9). Consequently, Plaintiff filed its Second Motion to Compel on May 26, 2020. *See generally* (ECF No. 87). In the Second Motion to Compel, Plaintiff asserted that it had a right to discover the "bona fides" of the License Agreement. *Id*. at 6.

*Discovery Hearing on Plaintiff's First and Second Motions to Compel and ThermoLife's and Kramer's Amended Responses*

On June 19, 2020, the undersigned held a hearing on Plaintiff's First and Second Motions to Compel. (ECF Nos. 62, 87); *see also* (ECF Nos. 115, 118). At the conclusion of the hearing, the undersigned granted in part Plaintiff's motions to compel, ordering Defendants ThermoLife and Kramer to provide amended responses to Plaintiff's interrogatories and RFPs regarding the creation of the License Agreement and providing additional information regarding its financial business dealings with Muscle Beach. *See generally* (ECF No. 122) (6/19/20 hearing transcript) ("Discovery Hr'g Tr."). In doing so, the undersigned found that despite ThermoLife and Kramer's judicial admission of alter ego liability in the Answer filed the day before the hearing, the License Agreement remained relevant to the issues in the case. (Discovery Hr'g Tr. 88:16-18); *see also id*. 89:24-90:1 ("Defendants' decision to indemnify Muscle Beach and to admit alter ego doesn't

alter the parties' discovery obligations going forward."). The undersigned reiterated that "the license agreement is a very important part of this litigation" and that Defendants' admission of "alter ego liability does not change the scope of the discovery as to the underlying licensing agreement." *Id.* 89:5-10.

In compliance with the Court's Order, ThermoLife and Kramer supplemented their discovery responses on July 15, 2020. (ECF No. 143-4) (ThermoLife's Amended Responses to Plaintiff's Second Set of Interrogatories); (ECF No. 143-8, Pl. Exh. 15) (Kramer's Amended Responses to Plaintiff's Second Set of Interrogatories). In its response, ThermoLife included the underlying metadata for the License Agreement, which showed that the License Agreement had been created on March 9, 2020 by Defendant Kramer, almost one year after the filing of the instant lawsuit and after Plaintiff had propounded its discovery requests to ThermoLife and Kramer, and issued a subpoena to then non-party Muscle Beach. *See* (ECF No. 143-3, Pl. Exh. 8). More specifically, in response to Interrogatory No. 1, which asked ThermoLife to "[d]escribe the circumstances surrounding the creation and execution of the License Agreement]," ThermoLife stated:

> On or about March 9, 2020, Ron Kramer created the [License Agreement] between [Muscle Beach] and [ThermoLife] to memorialize in writing the oral agreement that was reached between Muscle Beach and ThermoLife, on or about March 16, 2017, when Mr. DeLuca was still a part-owner of Muscle Beach. To create the [License Agreement], Mr. Kramer accessed one of ThermoLife's other license agreements in a Microsoft Word document. Mr. Kramer does not remember which licensing agreement he accessed. Using another purchase and license agreement from the same time period of early 2017 as a template, Mr. Kramer made the necessary edits to the document, using Microsoft Word. When Mr. Kramer was done making edits to the document, he printed off the document. He did not save the modified [License Agreement] in Microsoft Word.
>
> With the document printed off, he signed the document on behalf of both [Muscle Beach] and ThermoLife. He then handed the agreement to administrative assistant Cynthia Andrade. On March 9, 2020, Ms. Andrade created a PDF of the document. The native PDF file and the metadata associated with the PDF file have been

produced in response to BPI's requests for production, along with this interrogatory response.

The PDF document was then sent to [Muscle Beach's] counsel, Matt Wolf for production in response to a subpoena that was served upon [Muscle Beach] by [Plaintiff]. On April 2, 2020, in an email from [Matt Wolf, Muscle Beach's counsel] to [Plaintiff's counsel], Matt Wolf provided a native of the PDF file, which has been reproduced along with this amended response.

(ECF No. 143-4 at 3-4, Pl. Exh. 9).

*Plaintiff's Motion for Sanctions and November 18, 2020 Hearing*

On September 24, 2020, Plaintiff filed the instant Motion seeking sanctions against Defendants and attorney Collins based on Defendant Kramer's creation of the License Agreement, which Plaintiff claims was done in bad faith and constitutes a fraud on the Court. (ECF No. 143 at 15, 21, 23). Thus, Plaintiff asks the Court to enter a default judgment against Defendants and to sanction attorney Collins for these purported abuses, pursuant to the Court's inherent powers, 28 U.S.C. §1927, and/or Rule 37.[3] *Id.* at 5, 23.

## IV. <u>LEGAL STANDARDS</u>

The Court has "an inherent power to regulate litigation and sanction the parties, as well as their counsel, for abusive practices." *Brandt v. Magnificent Quality Florals Corp.*, No. 07-20129-CIV, 2009 WL 899925, at *4 (S.D. Fla. Mar. 31, 2009), *aff'd*, 371 F. App'x 994 (11th Cir. 2010);

---

[3] The parties disagree on whether Plaintiff's motion properly seeks sanctions against attorney Collins, or only against Defendants. Although some parts of Plaintiff's Motion refer only to sanctions against Defendants while other sections refer to sanctions against attorney Collins, the Motion is sufficiently clear to put attorney Collins on notice that sanctions were being sought against him. *See, e.g.*, (ECF No. 143 at 21, 22-24) (discussing sanctions under 28 U.S.C. § 1927, which can only be imposed on attorneys); *id.* at 18-21, 24 (discussion of allegedly perjured Declarations by attorney Collins). Nonetheless, because the undersigned ultimately concludes that Plaintiff has not established the requisite bad faith necessary for the imposition of sanctions under either the Court's inherent powers or § 1927 against attorney Collins, Defendants' argument that Plaintiff's motion fails to comply with due process notice requirements is moot and need not be addressed. (Sanctions Hr'g Tr. 67:11-14, 68:10-69:7).

*Spolter v. Suntrust Bank*, 403 F. App'x 387, 390 (11th Cir. 2010) (noting that federal courts have the inherent power to sanction parties and lawyers). This includes the "inherent power to sanction a fraud upon the Court, which sanction can include dismissal of a case." *Gyasi v. M/V "ANDRE,"* No. 07-23282-CIV, 2008 WL 162644, at *2 (S.D. Fla. Jan. 16, 2008). "Invocation of a court's inherent power requires a finding of bad faith." *In re Mroz*, 65 F.3d 1567, 1575 (11th Cir. 1995) (citation omitted); *Brown Jordan Int'l, Inc. v. Carmicle*, No. 0:14-CV-60629-ROSENBERG/BRANNON, 2016 WL 815827, at *34-35 (S.D. Fla. Mar. 2, 2016), *aff'd*, 846 F.3d 1167 (11th Cir. 2017); *Amlong & Amlong, P.A. v. Denny's, Inc.,* 500 F.3d 1230, 1251 (11th Cir. 2007) ("[B]efore a court can impose sanctions on an attorney under its inherent powers, it must make a finding of bad faith.") (citation omitted).

In determining whether sanctions are appropriate under the bad faith standard, "the inquiry will focus primarily on the conduct and motive of a party, rather than on the validity of the case." *Barash v. Kates*, 585 F. Supp. 2d 1347, 1362 (S.D. Fla. 2006) (quotation omitted). "Bad faith exists when the court finds that a fraud has been practiced upon it, or that the very temple of justice has been defiled, or where a party or attorney knowingly or recklessly raises a frivolous argument, delays or disrupts the litigation, or hampers the enforcement of a court order." *Brown Jordan Int'l*, 2016 WL 815827, at *35. However, "[b]ecause of their very potency, inherent powers must be exercised with restraint and discretion." *Chambers*, 501 U.S. at 44; *see also Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1223 (11th Cir. 2017) (same). Thus, courts in this District have held that "fundamentally penal" sanctions, such as dismissals or an award of attorneys' fees, require proof by clear and convincing evidence. *See, e.g., In re Brican Am. LLC Equip. Lease Litig.*, 977 F. Supp. 2d 1287, 1293 n.6 (S.D. Fla. 2013); *JTR Enters., LLC v. An*

*Unknown Quantity*, 93 F. Supp. 3d 1331, 1367 (S.D. Fla. 2015), *aff'd sub nom. JTR Enters., LLC v. Columbian Emeralds*, 697 F. App'x 976 (11th Cir. 2017).

## V.     DISCUSSION

**A**.  **Sanctions against Defendants are Warranted under the Court's Inherent Powers**

Based on the record before the court, the undersigned finds that sanctions are warranted against Defendants Kramer, ThermoLife, and Muscle Beach.  Here, Plaintiff has shown by clear and convincing evidence that Defendant Kramer knowingly created a document for use in this litigation to advance his case and impede the efficient presentation of Plaintiff's case.  Moreover, Kramer produced the License Agreement through ThermoLife in its March 2020 discovery responses and through Muscle Beach in its April 2020 response to Plaintiff's subpoena.[4]

Plaintiff argues that Defendants' overall conduct, especially relating to the fabrication of the License Agreement, is so abusive as to constitute an "unconscionable scheme" that warrants the ultimate sanction of a judgment against Defendants, as well as costs and fees.  *See generally* (ECF No. 143 at 5-25).  In response, Defendants do not dispute the Court's inherent authority to impose such sanctions, but argue that: (i) ThermoLife's admission of alter ego liability makes the Muscle Beach License Agreement irrelevant; (ii) Defendants disclosed and explained the circumstances surrounding the creation of the License Agreement, so that neither Plaintiff nor the fact-finding process was prejudiced; (iii) Kramer lawfully memorialized a pre-existing oral/implied agreement that existed since March 2017 between ThermoLife and Muscle Beach;

---

[4] Before discussing the evidence of bad faith, which supports sanctions, the undersigned notes that, contrary to Defendants' argument, Plaintiff need not seek Rule 11 sanctions before proceeding under § 1927 or the Court's inherent powers.  (Sanctions Hr'g Tr. 68:2-8; 75:23-76:4).  That is simply not the law.  *See Chambers*, 501 U.S. at 33 ("Requiring the court to apply the other mechanisms to discrete occurrences before invoking the inherent power to address remaining instances of sanctionable conduct would serve only to foster extensive and needless satellite litigation, which is contrary to the aim of the rules themselves.").

and (iv) Defendants did not act purposefully or in bad faith. *See generally* (ECF No. 151); *see also* (Sanctions Hr'g Tr. 103:21-107:22). For the reasons discussed below, the undersigned disagrees.

First, the License Agreement is relevant to discovery on the claims and defenses at issue. Indeed, as to the License Agreement, both the District Judge and the undersigned have previously warned Defendants that they cannot seek to limit the scope of discovery by first agreeing to indemnify and hold Muscle Beach harmless and then by admitting alter ego liability in their Answers. *See, e.g.*, (ECF No. 108) (District Judge: "Defendants cannot unilaterally limit Plaintiff's discovery rights" by agreeing to indemnify Muscle Beach); (Discovery Hr'g Tr. 88:16-18) (undersigned: "[D]espite Defendants' judicial admission of alter ego, [the License Agreement] remains relevant to the issues in this case, and should be produced"); *id.* 89:24-90:1 (undersigned: "Again, Defendants' decision to indemnify Muscle Beach and to admit alter ego doesn't alter the parties' discovery obligations going forward."); *id.* 90:5-10 (undersigned: "[T]he licensing agreement is a very important part of this litigation" and "to judicially admit alter ego liability does not change the scope of the discovery as to the underlying licensing agreement.").

Second, when the License Agreement was produced to Plaintiff in March 2020, the operative complaint was the Amended Complaint and there was a dispute as to the relationship between the corporate entities. At that time, Defendants ThermoLife and Kramer's main defense was that Plaintiff had incorrectly sued ThermoLife, and that the correct defendant was its licensee, Muscle Beach. *See, e.g.,* (ECF No. 16 at 3, 4, 8) (Motion to Dismiss); *see also* (ECF No. 89 at 5, 8) (Defendants' Opposition to Plaintiff's Second Motion to Compel). To be clear, the SAC, which alleged alter ego liability and added Muscle Beach as a party defendant, was not filed until June 2020. Moreover, Defendants did not admit alter ego liability until June 18 and July, 7, 2020.

(ECF Nos. 113 ¶¶ 64 n.1, 68 n.2, 135 ¶¶ 64 n.1, 68 n.2).  Thus, it is disingenuous for Defendants to argue that the License Agreement was irrelevant when the parties disputed the relationship between the corporate entities.

Third, Defendant Kramer's argument that he simply "memorialized" a pre-existing oral/implied agreement with Muscle Beach, and that such "memorializations" are "extremely common in intellectual property cases," (Sanctions Hr'g Tr. 66:1-2), ignores the stark contrast between his purported "memorialization" and that accepted by courts as legitimate in other intellectual property cases.   (Sanctions Hr'g Tr. 82:1-12, 99:14-15).   For example, in *Balsamo/Olson Grp., Inc. v. Bradley Place Ltd. P'ship*, 966 F. Supp. 757, 763 (C.D. Ill. 1996), the newly created document evidenced an arms-length agreement and expressly stated that it was a "memorialization" of an earlier oral agreement.[5]  *Id. at* 761 n.9.  In contrast, Kramer's newly created document did not alert Plaintiff that the License Agreement was a memorialization until compelled to do so by this Court.   (Discovery Hr'g Tr. 88:19-22).   Further obfuscating the authenticity of the License Agreement, the License Agreement did not reflect the date on which it was memorialized, was signed by Defendant Kramer for both parties, and did not reflect the actual terms that purportedly governed the relationship between ThermoLife and Muscle Beach.[6]  (ECF No. 143 at 4).  Thus, the License Agreement simply does not reflect the true course of conduct between the parties.  (Sanctions Hr'g Tr. 132:15-16).  Furthermore, sanctions are appropriate under the court's inherent powers when a party fabricates evidence to enhance his case.  *See, e.g.,*

---

[5] *Balsamo* is also factually distinguishable as it relates to an issue of statutory standing requirements, and not sanctions.

[6] Indeed, the terms contained in the License Agreement bore little resemblance to the terms described by ThermoLife and Kramer in discovery.  For example, although the License Agreement did not include any payment terms, the record reflects that ThermoLife purportedly loaned funds to Muscle Beach, which Muscle Beach was obligated to repay.  (Sanctions Hr'g Tr. 132:15-16).

*Vargas v. Peltz*, 901 F. Supp. 1572, 1580 (S.D. Fla. 1995) (dismissing case when "[p]laintiff . . . attempted, by fraudulent means, to 'enhance' her case through the introduction of fabricated [evidence] and through fictionalized testimony concerning how she supposedly received the [evidence]"). Here, circumstantial evidence suggests that Defendant Kramer tried to enhance his case by manufacturing a written License Agreement at a time when the license was a disputed issue in the case.

Next, Defendants' argument that sanctions are unwarranted because they were forthright in producing the License Agreement and in disclosing the circumstances surrounding its creation rings hollow and sounds of revisionist history. (ECF No. 151 at 3); (Sanctions Hr'g Tr. 122:5-124:2). Although Defendants produced the License Agreement in ThermoLife's March 2020 Response to Plaintiff's First Set of Request for Production, nowhere in that response did ThermoLife indicate that this document was a memorialization of an existing oral or implied license. (Sanctions Hr'g Tr. 19:4-8: Pl. Exh. 2). Rather, Defendants waited until Plaintiff suspected the irregularities surrounding the License Agreement, and then tried to foreclose discovery on the issue: (i) first by filing the Expedited Request before the District Judge and offering to indemnify and hold Muscle Beach harmless if the Judge maintained the existing pre-trial deadlines (despite the filing of the SAC adding Muscle Beach as a defendant); (ii) then by filing their Answers admitting alter ego liability for Muscle Beach; and (iii) lastly before the undersigned by arguing that their admission of alter ego liability foreclosed Plaintiff's right to discovery on the License Agreement, which was now irrelevant. The record clearly reflects Defendants' vigorous objections to discovery requests about the License Agreement; Defendants did not produce the underlying metadata and a narrative explaining the circumstances surrounding the execution of the License Agreement until ordered by the Court. *See generally* (Discovery

14

Hr'g Tr. 88:19-22); *see also* (Sanctions Hr'g Tr. 46:10-49:21).  Simply put, Defendants cannot escape sanctions because they eventually rectified their misconduct after being ordered by the Court.  *See, e.g., TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917 (9th Cir. 1987) (confirming district court's entry of default judgment against defendant who committed perjury during depositions, even though defendant clarified the statements under questioning by the district judge before trial started).

Furthermore, bad faith includes situations where a party purposely "tamper[s] with the evidence."  *Bashir v. Amtrak*, 119 F.3d 929, 931 (11th Cir. 1997).  Here, Defendant Kramer fabricated a written agreement that did not exist prior to this lawsuit, and initially tried to pass it if off as legitimate.  Defendant Kramer's belated explanation that he created the License Agreement in response to a Request for Production is unconvincing.  *See* (Sanctions Hr'g Tr. 43:5-9); *also* (Kramer Dep. 228:1-6) ("Well, you know, when Mr. Wolf was badgering my attorney, I gave this agreement to memorialize the license so he would understand that there was no, really no difference in the terms of this license than any other previous licenses from ThermoLife.").  Defendants were not asked to fabricate a license; they were asked to produce existing licenses.  If no written license existed, then Defendant Kramer could have explained that an oral or implied license had existed, as he tried to convince the Court during the hearing.  *See, e.g.*, (Sanctions Hr'g Tr. 96:3-19; 115:13-116:1); *see also* (Kramer Dep. 153:2-154:1) (Kramer's testimony that he was knowledgeable about the legality of oral and implied licenses).  Moreover, according to Defendants, Kramer is a sophisticated litigant who "does a lot of IP."  (Sanctions Hr'g Tr. 79:24-80:4).  Against this backdrop, it is evident that the goal of Kramer's conduct was to advance the defenses in the lawsuit.  Accordingly, the undersigned recommends that the Motion be granted as to Defendant Kramer and Defendants ThermoLife and Muscle Beach based

on the clear and convincing evidence of Kramer's bad faith in fabricating the License Agreement, and ThermoLife's and Muscle Beach's knowing production of the License Agreement.

### B. Sanctions Against Defense Counsel are Not Warranted

The above notwithstanding, the undersigned finds insufficient evidence to sanction attorney Collins either through use of the Court's inherent powers or pursuant to 28 U.S.C. § 1927.[7]  As with inherent powers, sanctions under § 1927 require a finding of bad faith.  During the hearing, the undersigned questioned Plaintiff's counsel about Plaintiff's request for sanctions against attorney Collins.  *See* (Sanctions Hr'g Tr. 34:7-35:21).  In response, Plaintiff's counsel ambivalently stated, "My position at this point is to defer to the court on how [the issue of sanctions against attorney Collins] resolves itself.  We did include 1927 as a remedy."  *Id.* 35:8-10.  Counsel later suggested that the Court might wish to conduct an *in camera* review of emails between attorney Collins and Defendants to determine the attorney's role in the incident and "if the Court feels like there's something to support this argument, so be it . . . . I don't want to create facts that don't exist and I don't want to argue that situations exist that don't [exist]."  *Id.* 46:16-23.

Given counsel's lukewarm pursuit of sanctions against attorney Collins, coupled with the lack of evidence that attorney Collins was personally involved in, directed, or advised Defendant Kramer to create the License Agreement, the undersigned declines to invoke its inherent authority or § 1927 to sanction attorney Collins, finding no evidence that attorney Collins acted in bad faith.

---

[7] Section 1927 provides that "[a]ny attorney . . . who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."  *See generally, McMahan v. Toto*, 256 F.3d 1120, 1128 (11th Cir. 2001), amended on reh'g, 311 F.3d 1077 (11th Cir. 2002) (citing 28 U.S.C. § 1927).  The statute was designed to sanction attorneys who willfully abuse the judicial process by conduct tantamount to bad faith.  *Schwartz v. Millon Air, Inc.*, 341 F.3d 1220, 1225 (11th Cir. 2003) (citation omitted).

*See, e.g., id.* 43:15-20 (Plaintiff's counsel's admission that he "[could not] say that anybody directed anybody to do it."); *see also id.* 42:1-19 (referring to Kramer's deposition testimony that he did not recall any emails with counsel); *id.* 116:2-18 (Defendants' counsel's discussion of lack of evidence that Defendant Kramer sought the advice of counsel before creating the License Agreement); *id.* 129:24-130:1 (Defendants' counsel argument that there is "no evidence that Mr. Collins had any scienter, that he was trying to commit fraud upon this court at all."). Accordingly, the undersigned recommends against an award of sanctions against attorney Collins.

## VI. RECOMMENDED SANCTIONS AGAINST DEFENDANTS

Plaintiff argues that no lesser sanction other than default is appropriate to punish Defendants, deter future misconduct, and restore the integrity of the proceedings. *Id.* 36:24-40:18); *see also* (ECF No. 143 at 1). Where documents are fabricated and used in support of claims, courts often find that only dismissal "can insure against abuse of the judicial process . . . ." *Benjamin v. BWIA Airlines*, No. 07-20017-CIV, 2009 WL 10667416, at *7 (S.D. Fla. Jan. 13, 2009). Moreover, dismissal or default judgment is particularly appropriate where the fabricated evidence concerns a "pivotal" or "linchpin" issue in the case. *Qantum Commc'ns Corp. v. Star Broad., Inc.*, 473 F. Supp. 2d 1249, 1269 (S.D. Fla. 2007) (citing Vargas, 901 F. Supp. at 1582; *Nichols v. Klein Tools, Inc.*, 949 F.2d 1047, 1049 (8th Cir. 1991)). Plaintiff argues that the License Agreement was such a linchpin issue. (Sanctions Hr'g Tr. 192:3-4, 28:10).

Although not a "linchpin" document, the License Agreement was directly relevant to a disputed issue in the case, and its existence served to advance Defendants' case. But defaulting a defendant is a "drastic remedy" that should only be used in "extreme situations." *Perlman v. Theodule*, No. 09-80477-CIV, 2010 WL 11505826, at *1 (S.D. Fla. Aug. 10, 2010) (citation omitted). With this in mind, and after considering Defendants' actions, the prejudice to Plaintiff's

17

case (including wasted time and labor), and the Court's interest in promoting fairness and protecting the integrity of the judicial system, the undersigned concludes that lesser sanctions will serve to preserve the integrity of the judicial system and deter future misconduct by Defendants, while also ensuring Plaintiff's right to a fair trial. *See, e.g., Rybner v. Cannon Design, Inc.*, No. 95 CIV. 0279 (SS), 1996 WL 470668, at \*6 (S.D.N.Y. Aug. 20, 1996) (finding lesser sanctions in the form of jury instructions and award of fees and costs were "adequate to protect the integrity of the judicial system" despite plaintiff's fabrication of evidence and perjury). Lastly, the undersigned need not consider whether sanctions against Defendants are also appropriate under Rule 37.

Accordingly, the undersigned recommends that: (i) Defendants be precluded from introducing into evidence or otherwise using the License Agreement in their case-in-chief; (ii) the jury be advised of Defendant Kramer's attempt to manufacture favorable evidence, and its effect on his overall credibility;[8] and (iii) Plaintiff be awarded reasonable fees and costs incurred in connection with this Motion and the two prior motions to compel discovery regarding the License Agreement, ECF Nos. 62 and 87.

## VII. RECOMMENDATION

Accordingly, for the reasons discussed above, the undersigned respectfully **RECOMMENDS** that Plaintiff's Motion for Sanctions (ECF No. 143) be **GRANTED IN PART**. More specifically: (i) Defendants should be precluded from introducing into evidence or otherwise using the License Agreement in their case-in-chief; (ii) the jury should be advised of

---

[8] *See Rybner*, 1996 WL 470668, at \*6 (permitting charge to jury that plaintiff's falsehood under oath should be "considered seriously . . . in assessing [plaintiff's] credibility"); *Bernal v. All Am. Inv. Realty, Inc.,* 479 F.Supp.2d 1291, 1293-94 (S.D. Fla. 2007) (allowing jury instruction regarding defendant's spoliation of evidence and procurement of false evidence, "which [the jury] may consider in assessing his credibility").

Defendant Kramer's attempt to manufacture favorable evidence and its effect on his overall credibility; and (iii) Plaintiff should be awarded reasonable fees and costs incurred in connection with this Motion and the two prior motions to compel discovery regarding the License Agreement, ECF Nos. 62, 87.[9]

Within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this District. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b). Failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1 (2020); *see Thomas v. Arn*, 474 U.S. 140 (1985).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on February 24, 2021.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Rodney Smith
All Counsel of Record

---

[9] Toward that end, upon a ruling on this Report, the Court should also direct that Plaintiff file a supplement, including billing records, to support the requested attorney's fees and costs incurred in connection with the discovery motions and this Motion.

19

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/14/2023 at 11:30 AM EST and filed on 2/14/2023

**Case Name:**      BPI Sports, LLC v. ThermoLife International LLC et al

**Case Number:**    0:19-cv-60505-RS

**Filer:**

**WARNING: CASE CLOSED on 02/10/2022**

**Document Number:** 438(No document attached)

**Docket Text:**

**PAPERLESS ORDER denying [433] Defendants' Motion for Relief Under Rule 60(b). Defendants' Motion is brought pursuant to Federal Rule of Civil Procedure 60(b)(1) and 60(b)(3), and seeks relief from Court Orders entered on July 14, 2021 and October 25, 2021. Under Rule 60(c), "a motion under Rule 60(b) must be made within a reasonable time and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding." Defendants Motion is thus untimely: the portion of the Motion that seeks relief from the Court's July 14, 2021 Order is brought over a year after the entry of that Order, and the portion of the Motion that seeks relief from the Final Judgment entered on October 25, 2021 is not made within a reasonable time after the entry of Final Judgment. For these reasons, Defendants Motion shall be DENIED. SO ORDERED. Signed by Judge Rodney Smith on 2/14/2023. (agy)**